# IN THE UNITED STATES DISTRICT COURT

### For the District of Southern Ohio

Southern Ohio District - Cincinnati, Ohio

**1 : 25 C V 6 6 1**

Bardes v. Bush et al (No. _____)

**J. HOPKINS**

| | |
|---|---|
| *Plaintiff:* | ) |
| | ) |
| David Andrew BARDES, as a taxpayer | ) |
| | ) |
| *Defendants:* | ) |
| | ) |
| George Walker BUSH, individually | ) |
| Richard Bruce CHENEY, individually | ) |
| Barack Hussein OBAMA II, individually | ) COMPLAINT |
| Joseph Robinette BIDEN Jr., individually | ) |
| Donald John TRUMP, officially and individually | ) |
| William Henry GATES, III | ) |
| MICROSOFT Corporation | ) |
| Lawrence Edward PAGE | ) |
| ALPHABET, Inc. | ) |
| Timothy Donald COOK | ) |
| APPLE, Inc. | ) |
| Mark Elliot Zuckerberg | ) |
| META PLATFORMS, INC. | ) |
| Jeffrey Preston Bezos | ) |
| AMAZON.COM, INC. | ) |
| GODADDY INC. | ) |
| UNITED STATES OF AMERICA | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| CENTRAL INTELLGENCE AGENCY | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Laura Lane Welch Bush | ) |
| Assistant US Attorney John J. Stark, officially and individually | ) |
| Jose A. Rodriguez Jr., individually | ) |
| James Alton Cannon Jr., officially and individually | ) |
| Paul W. Garfinkel, officially and individually | ) |
| Dr. Ralph B. Piening III, MD | ) |
| John and Jane DOE(s) | ) |
| | ) |

## TABLE OF CONTENTS

i. PREVIOUS CASES ................................................................................................................2

ii. LIST OF EXTERNAL EXHIBITS.......................................................................................3

iii. LIST OF INTERNAL EXHIBITS........................................................................................3

A. JURISDICTION ..................................................................................................................4

B. PROPER VENUE ................................................................................................................4

C. TOLLING STATUES...........................................................................................................4

D. OVERVIEW .........................................................................................................................4

E. PARTIES ...............................................................................................................................5

F. FACTS OF THE CASE .......................................................................................................5

G. STATEMENT OF CLAIMS ..............................................................................................52

H. JURY DEMAND AND RELIEF SOUGHT .....................................................................59

I. CONCLUSION ...................................................................................................................59

## i. PREVIOUS CASES

1 **Bardes v. Bush et al (1:22-cv-290)** was dismissed with prejudice by Judge Douglas R. Cole on March 6, 2023. Two weeks later, on March 20, 2023 evidence was obtained that Judge Douglas R. Cole accepted bribes from the Defendants to dismiss the lawsuit. On December 4, 2023, the Sixth Circuit Court of Appeals modified the district court's judgement to be a dismissal without prejudice. On December 9, 2024, I sued the federal judges for civil claims under charges of criminal bribery under Title 18, sections 666 and 201 in **Bardes v. Cole et al (1:24-cv-701.)** That lawsuit is hopelessly stuck in deep corruption because I obtained and submitted the evidence in subsequent filings the new judges on the case were also bribed by my Defendant such the judges were replaced with even more bribed judges, or simply recused themselves. The magistrate recused himself from the case with no replacement named. Due to the evidence presented in the case, the law requires referral to the federal authorities for criminal prosecutions, but the judges refuse to obey the law. The outcome of the case is uncertain, as to the best of my knowledge, the current situation has never occurred before in the history of the federal courts.

But with the previously bribed judges out of the way, I can now refile ***Bardes v. Bush et al*** in the

hopes of being assigned new judges who obey the law and Constitution and resist more bribery

by my Defendants.

## ii. LIST OF EXTERNAL EXHIBITS

From **Bardes v. Cole et al (1:24-cv-701):**
- Doc 3, ORDER REASSIGNING CASE. Judge Matthew W. McFarland replaced by retired Judge Michael R. Barrett.
- Doc 6 & 13, Motion to dismiss filed by fired US Attorney, then refiled.
- Doc 15, Objections and Sounding Alarm Over Threats to the National Security of the United States
- Doc 16, ORDER OF REASSIGNMENT - Judge Michael R. Barrett replaced by retired Judge Jack Zouhary,
- Doc 17, Objections to the Court Playing Musical Judges
- Doc 18, ORDER - Magistrate Judge Peter B. Silvain RECUSES himself from this case.

From **Bardes v. Bush et al (1:22-cv-290):**
- Doc 1, Exhibit A (77 Website Traffic Log Snippets)
- Doc 31, Exhibit 1
- Doc 31, Exhibit 2
- Doc 31, Exhibit 3
- Doc 31, Exhibit 4

From **Bardes v. US Courts et al (1:17-cv-89):**
- Doc 1, Exhibit A-Unspeakable Pain

## iii. LIST OF INTERNAL EXHIBITS

- Exhibit A – 17 lawsuits in 17 Years Dismissed by Bribed Judges
- Exhibit B – Chronological Website Records from 7/27/2016 to 6/10/2021
- Exhibit C – Social Security Disability Overpayment Claim for $72,310.20

***Note:*** *Exhibit B is 1,920 pages in length, I am requesting the right to submit to the court in a PDF document to avoid a stack of paper a foot tall that places a burden on the clerk to scan in with a scanner that is known to skip pages. The file is 23MB is size and a copy can be downloaded from: https://coldcelltorture.com/Exhibit-B-Website-Log-Records.pdf*

# Complaint

## A. JURISDICTION

2. This court has jurisdiction under Diversity of Parties (28 U.S.C 1332(a)) and Federal Question (28 U.S.C. § 1331) and Civil Rights Jurisdiction (28 U.S.C. § 1343.) This action arises under the Constitution and laws of the United States, including 42 U.S.C. §§ 1983, 1985, and 1988. This Court has supplemental jurisdiction over Plaintiff's state-law tort claims pursuant to 28 U.S.C. § 1367.

## B. PROPER VENUE

3. Venue is proper in this District under 28 U.S.C. § 1391 because a majority of my Defendant's attempts to kill me occurred in Cincinnati, Ohio. The last two lawsuits dismissed by judges criminally bribed by my Defendants, occurred in Cincinnati, Ohio. There is no other more proper venue. I have lived in Cincinnati and the Erlanger, Kentucky suburb of Cincinnati during these periods of attempted killing and criminal bribery to dismiss lawsuits.

## C. TOLLING STATUES

4. Ever since my cold cell torture and gunshot by Defendant James Alton Cannon, Jr. on April 3 to 5, 2006, I have never stopped suing for justice. I have litigated seventeen (17) federal lawsuits over seventeen (17) years, so the clock has never run out of time on the statute of limitations. Please see *Exhibit A – 17 lawsuits in 17 Years Dismissed by Bribed Judges*.

## D. OVERVIEW

5. This is a personal injury lawsuit, among other claims, against a group of Defendants who caused me great and prolonged suffering and unspeakable pain along with many attempts to

outright kill me. I am now suing my oppressors for the reckless infliction of emotional distress, and violations of civil rights, among other claims.

## E. PARTIES

Plaintiff, David Andrew Bardes, is a private citizen and taxpayer.

Defendants are individuals, corporations, and governmental bodies listed in the masthead of this complaint.

## F. FACTS OF THE CASE

### Preface

6. In his last year of being President of the United States, on January 6, 2008, George Walker BUSH traveled to Israel where he was presented with a parchment scroll signed by two Orthodox Rabbis (Rabbi A Even Yisrael Steinzaltz and Rabbi Chaim Richman) and a Rabbinical scholar (Dr. Gadi Eshel) from leading Jewish end times organizations, that has come to be called *"The Bush Scroll."* See copy (https://juchre.org/nor/bushscroll.htm)

7. The first words of the scroll read *"To The Honorable Mr. George W. Bush, President of the United States of America,...Esteemed Mr. George W. Bush, the chief prince of Meshech and Tubal (Ezekiel 38:1), leader of the west!"* This title of *"chief prince of Meshech and Tubal"* with the biblical citation, refers to God's greatest enemy: *GOG from the land of MAGOG.* Quoting God from Ezekiel 38:3 *"'This is what the Sovereign Lord says: I am against you, Gog, chief prince of Meshek and Tubal."*

8. *The Bush Scroll* concludes with giving George Walker BUSH a choice where he can either choose eternal life by repentance, or eternal destruction at the hands of God extinguishing his spirit. The scroll ends with *"Before you is a choice: You can merit to eternal life, or be inscribed for eternal disgrace. Your [GOG] fate and that of all those with you [MAGOG]*

*hangs in the balance of the destiny of our land."*

9. The gifting of this *Bush Scroll* to GOG, which is every other letter of GeOrGe, was reported in the news by a few religious organizations, but was mostly ignored by the general press, likely due to a lack of understanding its meaning or purpose.

10. According to God's prophecy from the biblical prophets of Israel, GOG AND MAGOG is an end times secret underground corrupt criminal organization comprising of 120,000 to 185,000 of the world's top governmental and business leaders who rule the world with crime, corruption, and murder. GOG AND MAGOG are ultimately destroyed by God raising up the Jewish Messiah named *"David"* who has the spirit of Elijah, who unites the three faiths of the God of Abraham playing the roles of the return of John the Baptist to Christians, the Jewish Messiah to the Jews, and the Islamic Mahdi to the Muslims. *"David"* defeats GOG AND MAGOG using only words on paper after great and prolonged suffering at their hands to earn God enough owed back good due from Satan for God to win the *Battle of GOG AND MAGOG*. This end times battle is also known as *Satan's Last Stand*, as the resulting worldwide peace that *"David"* establishes, defeats Satan winning the game for God.

11. *The Bush Scroll* effectively identifies George Walker BUSH as GOG, and the United States as the *"Babylon"* where MAGOG has its secret homebase. Just how and where these Rabbis gained their insight, be it from Israeli intelligence or divine revelation, or both, is unknown. But as the facts of my lawsuit will reveal, GeOrGe (GOG) Walker BUSH clearly chose the latter of the two options the scroll presented before him.

**Background on Plaintiff**

12. I am a 62-year-old Cincinnati born grandfather, non-prisoner, fee paying, *Pro Se*, non-lawyer, college educated taxpaying law-abiding citizen of the United States with no criminal record. I

have never been accused of a crime nor charged with one. I work full time, I am not disabled, and I am not suffering from a mental illness. I have doctors to testify I am sane.

13. I earned a BA in Economics from Northwestern University. At age nineteen, I was tested at the Johnson O'Connor Institute with a near-photographic memory and scored 90 to 100 percentiles in inductive reasoning, foresight, and three-dimensional thinking.

**Definition of "Cold Cell" Hypothermic Torture**

14. "Cold Cell" torture, also known as "induced hypothermia" or "cold air" torture, is the United State's most frequently used form of torture. Our jails and prisons maintain specially engineered "cold cells" super-chilled down to 40-to-45-degree F temperatures to cause victims to shiver violently for hours. Referred to as "drunk tanks" or "intensive management" cells, I have found eighteen inmates who have died from this most painful death a human can endure, being the same torturous death Jesus Christ succumbed to with bones nailed to a cross to prevent shivering that can prolong the onslaught of death.

15. Once a much denied most coveted secret, the horrific high profile cold cell murder of Alabama jail inmate Tony Mitchell on January 26, 2023 went viral in the national news and resulted in the first cold cell torture criminal convictions of jailers in our nation's history. The now infamous jail video of the cold dead body of Tony Mitchell being carried into a patrol car contradicted jailer's testimony that Mitchell was alive when they took his body to the hospital. Doctors ruled his death as homicide by hypothermia.

16. When the US Senate published their Report on CIA Torture on December 9, 2014, it revealed President George W. BUSH and Vice President Dick CHENEY's widespread use of Cold Cell Torture used to freeze to death innocent Muslims in their campaigns of torture after the attacks of 9/11. One innocent Muslim named Gul Rahman was deemed guilty for resisting the

torture and was brutally beaten until bones were broken, stripped naked below the waist, and frozen to death with cold cell torture. Rahman's family was denied his dead body for burial as it would reveal the cause of his horrific murder.

17. Of the hundreds of Muslims packed into the Guantanamo Bay prison for round the clock cold cell torture, only five had anything to do with the attacks of 9/11. All the others were completely innocent. One inmate lost his mind from the constant torture becoming a vegetable. The 9/11 victim's families were denied justice because the five terrorists could not be put on trial due to the prolonged and prolific torture they endured.

18. But the failed BUSH/CHENEY torture program started what would a two-decade long process of the White House and federal judges dismissing every torture related lawsuit to protect their friends in government from facing prosecution for torture and murder. This became known as the *TortureGate Corruption Scandal*.

**Chronological Order of Events**

**March 18, 2003 (Charleston, South Carolina):**

19. On March 18, 2003, my ex-wife Betsy Foos Bardes, submitted a notarized affidavit to the South Carolina Department of Social Services ("DSS") claiming I owed her $13,596 in unpaid child support over a five-year period. Fortunately, I kept excellent records, and assembled every canceled check and every bank statement, such after a four-hour meeting with the prosecutor, South Carolina State Attorney John M. Magera, I had proved to him that not only was I not in arrears, but rather I had overpaid my child support by $12,633.91. John M. Magera agreed, and obtained a signed court order striking the falsely reported arrears.

20. The problem was the lazy prosecutor John M. Magera took over a year to get the signed court order striking the falsely reported arrears, during which time my name had been reported to

county, state, and federal databases, that I was a "mega-deadbeat dad." These triggered hundreds

of mechanisms designed to obliterate and punish deadbeat dads. Once reported to the credit

bureaus, my business working capital was shut off, then my personal credit was shut down,

credit cards canceled, debts recalled, loans cancelled, money was confiscated, tax receipts

intercepted. Over a period of eighteen months, I went from being a multi-millionaire business

owner, to being broke, homeless, $300,000 in debt, and being deeply depressed and living in

tents. South Carolina had no due process protections in place for the falsely accused, just upon

the testimony of the mother, the father was instantly declared guilty and immediately destroyed

and wiped off the financial grid.  It was fast and brutal.

21.  After I had proven to John M. Magera that I was not in child support arrears, he met

privately with Betsy Foos Bardes to confront her with what was obviously a falsely reported

affidavit of arrears. In what John M. Magera later confessed to his employer, upon which his

employment was terminated, he received oral sex from Betsy to not prosecute her for lying and

committing perjury. I found out about the oral sex after John M. Magera told my sister upon my

release from jail.

22.  Due to John M. Magera's sex crimes, and my efforts to sue him and the state for financially

wiping me out, John M. Magera made the decision to prosecute me for real child support arrears,

because I was disabled with severe depression and unemployable and unable to pay $50,000 a

year in child support, as I was broke. I was put on trial twice, and declared innocent each time.

23. This angered John M. Magera so much that after my second trial on October 18, 2005, he

approached our family pastor, whom I brought to the trial as a witness, saying as Deron Thomas

Peterson wrote in his affidavit of support *"At this point Mr. Magera became quite frustrated*

*and stated angrily, 'You go tell Mr. Bardes he's fucked!' I then asked him to calm down and*

*refrain from using such profane language in mine and Ms. Foos-Bardes' presence."*

24. I took John M. Magera's vulgar warning as a death threat, which was soon to be carried out as exactly that. John M. Magera conspired with a close friend from his synagogue, Family Court **Judge Paul W. Garfinkel**, and **Sheriff James Alton Cannon Jr.** to arrange a third snap trial, throw me in jail without listening to my testimony, and immediately kill me the moment I stepped inside the sheriff's jail.

25. I had to make the decision to flee from the third trial, or voluntarily submit to being jailed and killed. I did not know how they would kill me, but I made the decision to attend my trial and voluntarily go to jail.

**Trial of April 3, 2006 (Charleston, South Carolina):**

26. As I suspected, South Carolina Family Court **Judge Paul W. Garfinkel** refused to listen to me, and just immediately sentenced me to six months in the Charleston County Detention Center without any good time or work credits. After I was sentenced, I looked into the eyes of the evil judge, and said *"You are fired, the public trust of the United States has fired you. Get down from the bench, you are a disgrace."* **Judge Garfinkel's** face was pale in shock and his eyes wide open, as four sheriff deputies picked me up into the air and carried me out of the courtroom to be bound in body chains and hauled off to jail (It took me and many others six years to get **Judge Garfinkel** fired, but sure enough, the state fired him after so much corruption cost the state so much money.)

27. Once I stepped foot inside of the jail, they did not even bother taking my mugshot as I was immediately locked inside of cold cell 1613, located off of the booking room. Called the *"Intensive Management Cell"* cell 1613 was located directly underneath the air conditioning air handler, which blew 45-degree F air through a huge hole in the wall, super chilling the tiny cell

such my hair was blowing in the cold wind.

28. I asked for my jacket three times and was denied each time. Wearing only a thin polo shirt and a pair of khaki pants, I sat on the small cold bench shivering violently. I looked up at the steel grate over the hole in the wall as the frigid cold air blew in my face, and thought to myself, if they do not get me out of here, I will die of hypothermia in a matter of hours. Realizing this highly engineered cold cell was specifically made for torture and murder, I prayed to God saying *"God if you get me out of this cold cell, I will stop at nothing to being an end to its use."* Each minute that past brought enormous amounts of shivering pain, as my body lost its heat one degree at a time. By what I guessed to be about midnight, a guard came into the cell, but my eyes by that time only saw a blurred outline of his body, and I said to him *"If you do not get me out of here, I am going to dye from hypothermia."* He replied *"I will do no such thing until you comply."* I replied to him *"that is your decision to make."* I was really out of it, as he left the cell locking the door behind him.

29. At about what I guessed as 2:00am, I entered the last phase of a slow hypothermic death, something doctors call *"paradoxical undressing and terminal burrowing."* I experienced something so horrific that I refer you to read the full description in my book *"Unspeakable Pain"* (listed exhibit from Bardes v. US Courts et al (1:17-cv-89), Doc 1, Exhibit A-Unspeakable Pain) but I describe it as being similar to burning alive by fire over and over again. After an hour of this burning alive the pain came to a complete and sudden end, I lost consciousness, I slipped into a medical condition called *"hypothermic coma."* This condition of coma is not death, and I do not claim I died, rather it is similar to death, but from which one out of six thousand victims fully recover. They rest just die.

30. During the 24-hour period my body was in coma over two days, someone shot me with a

gun, and someone with medical knowledge sutured the bullet wound closed with three overhand cadaver sutures, preparing me for the morgue. Just who shot me and why, and who sutured the wound closed, is unknown, but using inductive reasoning the list of most likely possibilities indicate **Sheriff James Alton Cannon Jr.** shot me, and the jail's doctor **Dr. Ralph Peoning, MD** is the one who sutured the bullet wound closed. Based on what we do know, and the jail's transaction log, these are the only two people who could.

31. There are many guesses as to why I was shot, and the most likely guess is that once the jailers found me unconscious on the floor of the cold cell, they summoned the doctor, **Dr. Ralph Peoning, MD** who likely declared me dead from hypothermia (I was not dead) and then summoned the sheriff. **Sheriff James Alton Cannon Jr.** was also convinced I was dead from hypothermia (I was not dead.) The sheriff fearing the medical examiner determining me dead from hypothermia (I was not dead) would give away the existence of a secret torture chamber designed to induce hypothermia, so **Sheriff James Alton Cannon Jr.** had to find a creative way to blame my death (I was not dead) on a different cause. The bad decision was made to shoot me with a gun, suture up the wound, and then declare I purposely committed suicide before my trial so as to expire inside the jail. I had previously told the nurse that I was suffering from depression, so that became a convenient excuse to fabricate a feigned cause of death.

32. **Sheriff James Alton Cannon Jr.** then put an untraceable gun to the lower right quadrant of my stomach, pointed it to my spine, and pulled the trigger. The bullet ricocheted off my spine, taking out my legs, then settled in the tissue of my right hip (Which is where the two emergency room doctors discovered the bullet five years later.) My shot-up body was then left on the floor of cold cell 1613 for two more days, to give my body enough time to otherwise cool down naturally to avoid the medical examiner from suspecting hypothermia. But again, these two

paragraphs are guesses as to what took place, but based on the evidence of the bullet and the scar on my stomach, they are educated guesses.

33. But in an unexpected turn of events, on the morning of the third day, at 2:55am according to the jail's transaction log, I beat one in six thousand odds, when by body naturally reanimated from hypothermic coma, and I was paralyzed below the waist. Video evidence obtained during discovery of my first federal lawsuit, shows the jailers taking me to the jail's hospital on the third floor in a wheelchair, with my head flopped to one side looking barely alive. At this point of my story, I refer you to my book, *Unspeakable Pain*, for a full explanation of what transpired, as there were three more attempts on my life to cover up and prevent me from discovering I had been shot during my period of hypothermic coma. By reasons I can only ascribe to the will of God, I survived.

35. After spending 72 days in the "*Medical Observation Unit*" I was released from jail on June 15, 2006, but only after being forced to sign under much duress, a jailhouse agreement written by **Judge Paul W. Garfinkel**, that I would not sue anyone for the what took place inside of what I called "*Satan's House.*"

**February 12, 2008 - First Federal Torture Lawsuit:**

36. When I got out of jail, I sought help from lawyers to sue my torturers, but each told me there was nothing they could do to help me because every torture lawsuit would be dismissed to protect George Walker BUSH, Dick CHENEY, and the CIA from prosecution for their use of cold cell torture to kill innocent Muslims. This nationwide dismissal of all torture lawsuits, even from domestic torture, was known as the *TortureGate Corruption Scandal*.

37. Undeterred, I taught myself the law and on February 12, 2008, I filed my own *Pro Se* civil rights lawsuit *Bardes v. Magera* (2:08-cv-487-PMD-RSC) in Charleston, South Carolina. The

lawsuit was instantly dismissed without the judge even reading it claiming I had not paid my

filing fee. I filed objections pointing out I had paid my filing fee, and won; the case rolled into

discovery.

38. **Magistrate Robert Carr** denied me access to the jail, in which case I could have proved my

case in five minutes, but I was able to issue interrogatories, take depositions, obtain documents,

photos, and other evidence. I proved I was tortured in a highly engineered cold cell. But **District**

**Judge Patrick Michael Duffy** ultimately dismissed the case with a complicated fifty-page order

claiming near-death hypothermic torture was not a violation of the Constitution.

39. What I did not know at that time, was George Walker BUSH and the CIA bribed the judges to

dismiss the lawsuit, as no rational person would believe a federal judge would actually rule being

brutally tortured almost to death was not *cruel or unusual punishment*. But this knowledge of

bribes being paid would not be proven until thirteen years later, on March 20, 2023.

40. I appealed the case to the Fourth Circuit Court of Appeals and lost. Then on March 25, 2011,

the US Supreme Court denied my petition asking *"Is near-death hypothermic torture a*

*violation of the Constitution?"* **Justice Scalia's** ardent and fierce support of George Walker

BUSH brutely torturing innocent Muslims to death would not be fully known until **Justice**

**Scalia's** untimely death in 2016.

**Later in 2011 (Charleston, South Carolina):**

41. **Magistrate Robert Carr** was deemed *disabled* and his contract was canceled prematurely.

Lawyers who practiced in his courtroom ganged up on **Magistrate Robert Carr** due to bizarre

courtroom behavior while repeatedly dismissing their domestic torture lawsuits. I was to learn

after the fact, the judge was whacked. The South Carolina state attorney for the Department of

Social Services, Prosecutor John Magara, was fired by the state after confessing he received oral

sex from my ex-wife to continue to prosecute me despite my evidence proving I had actually

overpaid my child support. Then after my second lawsuit was filed, the family court judge who

illegally jailed me, **Judge Paul W. Garfinkel,** was fired by the state in the middle of his contract

term due to severe undiagnosed mental illness causing unstoppable corruption and large legal

claims the state no longer wanted to pay.

**November 17, 2011 - Second Federal Torture Lawsuit:**

42. On November 17, 2011 (Burlington, North Carolina,) I filed my second federal civil rights

lawsuit, *Bardes v. South Carolina* (1:11-cv-999-CCE-LPA). **Magistrate L. Patrick Auld**

purposely delayed responding to my initial complaint for over two years, setting the record.

43. **Magistrate L. Patrick Auld** then **Judge Catherine C. Eagles**, dismissed the case

proclaiming cold cell torture did not exist and that I was *"fabricating delusions"* about such

torture, further I was severely mentally ill and obviously needed help the courts could not

provide. I decided not to appeal, as I needed more evidence about cold cell torture. Cold cell

torture was a much denied and well-kept secret.

44. Cold cell torture may have been a well-kept secret, but in 2010 I put up a website

*ColdCellTorture.com* and started tracking all of the inmates around the country tortured to death

with **hypothermia.** The current total death count is up to eighteen (18.) The most frequent

visitors were the government types who themselves used cold cell torture.

45. By no fault of my own, I found myself in an unwilling proxy battle with George Walker

BUSH, Dick CHENEY, and the CIA who were protecting themselves from prosecution for their

use of brutal cold cell torture to murder innocent Muslims. While I was earnestly seeking justice

from my own domestic torture, I ran into a brick wall – dark forces of corruption that would take

me twelve more years to defeat.

**December 9, 2011 – Auto Accident Discovers Bullet in Hip:**

46. On the evening of December 9, 2011, while driving through the Elon University campus, in Elon, North Carolina, I was rear ended in a slow speed accident by a student driving an SUV, and suffered no injury save my already fractured hip being crushed into small pieces. Both x-ray doctors at the hospital told me I needed full hip joint replacement surgery, and then they asked me when I was shot with a gun.

47. I looked at my ex-wife Betsy (who previously apologized for her adultery and false accusations, and I forgave her,) who had known me since I was fifteen years old, my adult daughter Allison Pape Bardes, and answered *"I have never been shot, not that I am aware."* The doctors pointed to the x-ray, saying there is a bullet in your right hip.

48. The bullet explained the mysterious scar on my stomach, and the nerve damage down my right leg that eventually led to a fracture in my left hip, putting me back in a wheelchair for four years. Discovering the bullet five years after being shot was too late for my first torture lawsuit, South Carolina SLED (SBI) protected their own people by doing nothing, and the FBI told me to hire a lawyer.

**PTSD From Torture/Gunshot:**

49. When I got out of jail on June 14, 2006, I sought the services of both a psychiatrist and psychologist, as I knew my body had suffered a severe trauma and likely had PTSD as a result. In 2008, and again in 2010, I was diagnosed with PTSD, depression, and anxiety. I stuck with the same doctors and regime for ten years and took the medication as prescribed. There is no medication for PTSD (PTSD is not a mental illness, rather a physical malady,) but there is for symptoms of depression and anxiety (which are treatable mental illnesses.) With PTSD you are fully *sane*, rather you just feel very poorly.

50. After hip surgery in March of 2013 to restore my walking, my depression lifted, and in 2014 my psychologist told me I no longer needed to see him, by 2018 I had been cured of PTSD. Back then there was only one proven therapy to cure PTSD, today there are three proven therapies. I am the textbook example that the mental health profession works. It is not perfect, and problems exist, but if you stick with the program and work it, great successes are routine.

**December 9, 2014 (Elon, North Carolina):**

51. My long-sought break about cold cell torture came on December 9, 2014, when the US Senate published their Report on CIA Torture. President OBAMA spoke to the nation saying *"We tortured some folks."*

52. The report detailed in way too graphic of terms the ghoulish murders of innocent Muslims being tortured to death with cold cell torture, and *ice baths* similar to Adolph Hitler. One innocent victim, Gul Rahman, was kidnapped off the street and taken to a secret torture camp in Kabul, Afghanistan. Convinced the hapless Gul was hiding secret attack plans, his torture was ratcheted up each time Gul resisted the torture. Beaten until bones were broken, Gul was stripped naked below the waist to inflict extreme cold pain upon his genitals, and was frozen to death overnight with **hypothermia.** The CIA refused to give his cold dead beaten body back to his family for burial.

53. To give you a baseline of the pain from dying from *hypothermia*, Jesus Christ naked on the cross, painfully shivered to death in six hours. The term *Cold Cell* torture comes from George Walker BUSH's infamous torture memos. He called his *enhanced interrogation technique* *"Cold Cell"* or *"Induced Hypothermia."* Rome called it crucifixion.

54. While hundreds of innocent Muslims were packed into Guantanamo Bay Torture Camp for round the clock cold cell torture, only five (5) had anything to do with the attacks on 9/11. The

rest were innocent. One innocent soul became so severely mentally ill from the constant torture, that he lost his mind becoming a vegetable. From 1997 to 2000, I worked on the 101st floor of 2 World Trade, and on 9/11, I lost 176 friends and colleagues, three of whom were close mentors. I can personally vouch they would be aghast at the failed BUSH/CHENEY torture response as a result of their deaths. These people were righteous ethical hardworking God-fearing law-abiding citizens.

55. Also on December 9, 2014, *The Marshall Project* published their article on many of the domestic inmate deaths from cold cell torture. After a week of news shows discussing cold cell torture, it became common knowledge, and was no longer a much-denied secret.

56. But the fallout from the BUSH/CIA Torture Report set up two events to occur less than a year later. I sued the four federal judges for their corruption of dismissing my first two cold cell torture lawsuits. Then the ACLU filed their cold cell torture lawsuit against the two CIA torture doctors who ran the torture/murder program. The three plaintiffs were CIA/BUSH torture victims, one being the family of Gul Rahman.

57. Both of us were obviously hoping for better outcomes in the courts than before the BUSH/CIA Torture Report was published. Both of our lawsuits were risky, being well before the OBAMA White House finally reversed course unblocking torture lawsuits, and before the Supreme Court voted to no longer dismiss torture lawsuits, ending the *TortureGate Corruption Scandal*.

**September 24, 2015 - Race to the Supreme Court:**

58. On September 24, 2015, I filed *Bardes v. Auld* **(1:15-cv-214-MR-DLH).** Suing the four federal judges for *TortureGate* corruption dismissing my two previous torture lawsuits. I filed *Bardes v. Auld* on a Friday, by Monday morning the website traffic exploded, Harvard

Law, Vanderbilt Law, Duke Law, Yale, Princeton, Boston, Texas, Penn, dozens of other law schools and universities. Visits from all over Washington, DC, lots from the FBI and DOJ. Seems no one had ever sued four federal judges for corruption before.

59. A few days after I filed the lawsuit, in the middle of the night, two men appeared out of the dark knocking on the door of my cabin. My dog scared them away. I do not know who sent them or what they wanted, but inductive reasoning yields ill intentions.

60. *Bardes v. Auld* was instantly dismissed with the speed of lightening, and I appealed to the Fourth Circuit Court of Appeals and was denied in a day. Setting up the race to the Supreme Court of the United States for the second time with the same Constitutional question.

**October 13, 2015 (Seattle, Washington):**

61. The ACLU filed their cold cell torture lawsuit, *Salim v. Mitchell* **(2:15-cv-00286-JLQ)** on behalf of three cold cell torture victims, against the two CIA torture doctors. Gul Rahman was represented by a family member.

**January 17, 2016 (Kennebunkport, Maine):**

62. Someone in Kennebunkport, Maine visited *coldcelltorture.com* coming from *Google.com*. When you Googled *cold cell torture* my website *coldcelltorture.com* would come up in first place.

**January 26, 2016 (Washington, DC):**

63. My Supreme Court petition (15-983) was docketed at the Supreme Court.

*Highlights from petition:*

**Constitutional Question Presented:**
Are citizens, being brutally tortured with hypothermia until dead a violation of the Constitution? Does the Constitution exist?

**Statement of the Case:**
Why must stopping our beloved nation from brutally torturing and brutally torturing until dead,

the citizens with slow brutal hypothermic torture be such a chore?

United States Appeals Court Judges Wynn, Agee, and Floyd now join those before in continuing the ongoing murders of citizens.

Are not salaries being paid to prevent me from becoming a victim barely survived and having to do my civic duty by being here today? To stop it. Stop it.

We are doing ISIS like things to our own people, crucifixion is a hypothermic death, ask ISIS. Stop it.

Stop it. Please. Now.

**Reasons for Granting the Petition and Conclusion:**
Perhaps never before has a more important Constitutional question been asked of the United States Supreme Court, as now the continued existence of our great nation as such lies in your answer or silence.

Submitted day 21, January 2016, by
X_____
David Andrew Bardes, *Pro Se*

64. My petition was distributed for a conference vote on March 18, 2016. The official entry

posted to the docket was ***"DISTRIBUTED for Conference of March 18, 2016."***

**February 5, 2016 (New York City):**

65. Someone from CBS News visited ***davidbardes.com*** Then visited my pictures page, then my

contact page, but no one ever contacted me.

**February 13, 2016 (Cibolo Creek Ranch, Texas):**

66. **Justice Antonin Scalia** died suddenly in his sleep while on a super-secret hunting trip.

**Justice Antonin Scalia** was a widely-known and stubborn protector of the BUSH/CHENEY

torture/murder program. In 2008, **Justice Scalia's** public remarks supporting such heinous

torture, drove the National Lawyers Guild to issue a press release demanding **Justice Scalia**

recuse himself from any torture related lawsuits. **Justice Scalia** refused. God saw it otherwise,

God hates torture.

**What we know about Justice Scalia's death from news reports:**

67. **Justice Scalia** was invited to become a lifetime member in a super-private 400-year-old European based hunting fraternity. His initiation was planned with thirty other members at a hunting ranch in way west Texas. **Justice Scalia** left his federal security detail behind in Houston and flew to ranch without them. **Justice Scalia** died in his sleep the first night, after retiring to bed early claiming he was not feeling well. Highest secrecy was maintained as to the identity of the other hunting members on the trip, not wanting to be discovered.

**Using inductive reasoning:**

68. **Justice Scalia's** federal security officers are sworn to never leave him alone. The only way his federal security officers would be allowed to leave him, was if too many other federal security officers were already on the plane and on the ground at the ranch. Then when **Justice Scalia** flew back to Houston, his security detail would resume protection duty.

69. For federal security officers to already be on the plane in Houston, and at the ranch, either a current or former federal executive who is entitled to such detail, was present on the flight and at the ranch. This bodes well for George Walker BUSH (and Dick CHENEY) to be these former executives. Both are avid hunters. **Justice Scalia** actively supported BUSH/CHENEY torture/murder. Therefore, George Walker BUSH planned the entire elaborate caper as a way to secure **Justice Scalia's** sway influence on my pending petition vote before the Supreme Court. It was a last-ditch grand corruption plan.

70. After God foiled their grand corruption plan, George Walker BUSH lost his most ardent supporter to torture/murder, and faced uncertainty with the eight remaining justices. This sent George Walker BUSH back to the corruption drawing board.

**February 14, 2016 (Kennebunkport, Maine):**

71. The next day George Walker BUSH was in Kennebunkport, which means the moment **Justice Scalia** died, George Walker BUSH flew to the farthest shore to not be found out. George Walker BUSH was focused on me that day, visiting my website coming from *Google.com*.

**February 20, 2016 (Kennebunkport, Maine):**

72. George Walker BUSH spoke with someone in Vero Beach, Florida, where my father lived. Both visited *davidbardes.com* coming from *Google.com*, so I was the topic of their conversation. My family members vacation and hunt with the BUSH family. My sister and Laura Lane Welch Bush are close friends. Whatever George Walker BUSH wanted from my father, came to no effect.

**March 10, 2016 (Jackson Hole, Wyoming area):**

73. Home of Dick CHENEY, who visited *coldcelltorture.com* coming from Google.

**March 13, 2016 (Brevard, North Carolina):**

74. Three days later, at my cabin an old red pickup truck from South Carolina kept driving in and leaving, only to return. The driver brandished a handgun out his window. I walked out onto my front porch and sat down, to entice him to come up to me, or take a shot at me. A neighbor watching this unfold grabbed his assault rifle yelling down the pointed barrel towards the coward causing the driver to flee at a high rate of speed. I do not know who sent the lone gunman, nor if his mission was only to frighten me or to actually kill me.

**March 18, 2016 (Washington, DC) - Supreme Court petition vote day**

75. The Supreme Court did not deny or approve my petition, rather they just made the entry disappear from the docket. Five days later on March 23, 2016 a new entry was posted **"DISTRIBUTED for Conference of April 15, 2016."** Apparently, the justices needed more time,

another month. Torture was coming to a decision point, plans required timing.

76. The reason for the delay became evident based on what occurred next. President OBAMA made the decision to NOT block *Salim v. Mitchell* from moving forward in the courts against the CIA. This abrupt reversal sent shockwaves throughout the legal profession and marked the end of decades long practice of blocking all torture lawsuits. The unknown was if the US Courts would follow suit, and stop their decades long practice of dismissing torture lawsuits to protect George Walker BUSH from our laws that require his execution.

**March 23, 2016 (Washington, DC):**

77. Same day as above, the FBI in Washington, DC visited *davidbardes.com* coming from *Google.com*.

**April 8, 2016 (Seattle, Washington):**

78. A *Statement of Interest* was filed by The United States of America in the *Salim v. Mitchell* case. The OBAMA Administration was NOT going to block the cold cell torture case against the CIA doctors from moving forward in the courts.

79. A Boston Globe article titled *A key shift on shielding torture from lawsuits* by Dror Ladin, the lawyer for the ACLU, wrote of the unusual change in long term OBAMA policy of torture lawsuit dismissals, highlighting the fact someone would actually be held accountable.

80. President OBAMA's abrupt reversal in protecting torturers from our laws, paved the way for the US Courts to either follow suit, or continue to dismiss. But it was my case, *Bardes v. Auld*, that was coming up for a vote before the Supreme Court, creating the forced decision point on the court's overall continuation of *TortureGate*.

**April 9, 2016 (Kennebunkport, Maine):**

81. George Walker BUSH visited *coldcelltorture.com* having come from *Google.com*.

Then a Secret Service agent, according to her lapel pin, using the screen name *Gidget Hall*,
contacted me on Facebook. I assumed she worked for George Walker BUSH and I did not
respond. Seems George Walker BUSH wanted to communicate with me.

82. After failing to contact me, at 9:02pm that night, two trucks and a sedan drove into our
community called *Rainbow Lake Resort* and parked around the circle in front of my cabin. They
honked their horns, and flashed their lights. One man got out of his truck and stood in the beam
of his headlights. They were beckoning me to come outside onto my porch like I did before. But
the dark of night could have hidden a rifle with scope in the darkened sedan, so I did not step
outside. After twelve minutes they all left. My security camera recorded their actions. I do not
know who sent them, but inductive reasoning would indicate George Walker BUSH sent them
after *Gidget Hall* failed.

**Friday, April 15, 2016 (Washington, DC) Supreme Court Petition Vote Day:**

83. According to SCOTUSblog.com, the justices canceled their entire day's normal voting
routine and spent the whole day working on one important case. All cases to have been voted on
that day were moved to the next conference date. All except for my petition. My petition was the
only one voted on and denied that day.

**Monday April 18, 2016 (Washington, DC):**

84. On Monday after the Friday vote, a new entry was posted on the docket: *PETITION Denied*.
The justices, however, voted to end the practice of instantly dismissing all torture lawsuits. Hours
later on April 22, 2016, Seattle Federal Judge Quakenbush did not dismiss *Salim v. Mitchell* in a
hearing, and on April 28, 2016, Judge Quakenbush further ordered a full denial of the motion to
dismiss. In what shocked not just the legal community, but the whole world, someone would
finally be held accountable for torture in a United States court of law. The *TortureGate*

*Corruption Scandal* had ended.

85. Despite further efforts to dismiss by the CIA, Judge Quakenbush forced the case to trial. The two CIA cold cell torture doctors settled the case one day before trial was to begin.

**May 12, 2016 (Kennebunkport, Maine):**

86. George Walker BUSH visited *coldcelltorture.com* coming from *Google.com*.

**May 14, 2016 (Kennebunkport, Maine):**

87. George Walker BUSH along with someone in Washington, DC, both visited *coldcelltorture.com* coming from *Google.com*, indicating a joint conversation where the topic was me and cold cell torture.

**May 17, 2016 (Washington, DC):**

88. Someone in Washington, DC visited *davidbardes.com* coming from *Google.com*. They visited the pictures page looking at my 2 World Trade office.

**More *TortureGate Corruption Scandal* Fallout**

**May 31, 2016 (South Carolina):**

89. The next judge to finally rule against cold cell torture was South Carolina State Judge Baxley. In a case he called "*the most troubling*" of his career, Judge Baxley ruled against his state, settling an 11-year-old class action cold cell torture lawsuit. Where inmate **Jerome Laudman** was stripped naked and locked in a frigid suicide watch cold cell, and violently shivered to death over eleven (11) days.

**August 18, 2016 (Los Angeles, California):**

90. A Los Angeles Times article published a photo that a federal judge finally agreed to release in a cold cell torture lawsuit of immigrants on our southern border. The picture depicts a large frigid super-chilled holding cell where dozens of all-male victims were shivering under reflective

mylar blankets handed out to feign concern. The federal judge, however, refused to release the picture of women and children being tortured under the same conditions, citing the picture to inflammatory for release.

**2016 Post Supreme Court *TortureGate Scandal* Victory:**

91. After the Supreme Court ended ***TortureGate***, George Walker BUSH was not very happy with me, but because I lost the biggest case in my life, and it was over, I thought George Walker BUSH would leave me alone.

**CIA Employee *Karen Thomas:***

92. I was living in a failed wedding resort that rented out small cabins around a small lake on annual leases. ***Rainbow Lake Resort*** was high up and deep in the temperate rainforest covering the mountains outside of Brevard, North Carolina.

93. When the new renter in the cabin in front of mine first drove in with Florida plates in an older SUV, without any furniture or belongings, just a few handbags, it looked like she was not planning on staying long. Her name was ***Karen Thomas***, she was my age, recently divorced, from Jacksonville, Florida, and had a black dog just like my black dog. She kept trying to invite me into her cabin, asking me to help her on her computer; she was overly eager towards me. It was like she had been hand selected for a mission.

94. I suspected she was planted by George Walker BUSH and the CIA to spy on me, but I treated her with kindness and respect. My ex-wife Betsy however, was not so diplomatic, and confronted her saying "you work for the CIA." ***Karen*** fell silent with no response, and I changed the subject to avoid conflict. I had other plans.

95. ***Karen*** befriended adult daughter Allison, and took Allie on drives in the mountains to pump her for information about me. Upon return, Allie would debrief me on all the personal questions

about me. Questions about who I associate with, am I leading a following of people, am I a computer wiz, do I use violence, am I hiding anything. I fully allowed the questioning and told Allie to answer truthfully. I was confident there was nothing to find, which would be bad news for them.

96. Instead, George Walker BUSH and the CIA would only learn that I was celibate, did not drink alcohol, lived at peace with my neighbors, and led a boring law-abiding life. And after *Karen* had accessed my cabin, computer, and car, they found no evidence of wrong doing on my computer, or in my possessions.

97. I had no way of proving *Karen* worked for the CIA, so on August 18, 2016, I tried an experiment. I printed an anonymous note and put it in her mailbox at noontime. The note said ***"I know who you work for, and I am willing to help the two CIA doctors in their lawsuit." Karen*** picked up the note at 2:00pm. Later that afternoon, the mailroom clerk at the US Department of Justice (DOJ,) in Washington, DC, placed in the outgoing mail a form letter stating they had just received my letter dated June 10, 2016 (70 days prior I mailed a letter to Attorney General Lynch) and the attorney general would get back with me at some point.

98. The next day I received the DOJ mailroom clerk's letter. The DOJ does not take 70 days to open their mail, not when their form letter stated they received the letter that 70th day. The timing of the clerk's form letter, mailed the afternoon I offered *Karen Thomas* help, reveals through inductive reasoning that my original letter to Attorney General Lynch of June 10, 2016, sat on her desk until *Karen Thomas* reported my note offering help.

99. The resulting message I understood was that Attorney General Lynch was trying to ascertain just what kind of *help* I was willing to offer. I never responded, and *Karen Thomas* suddenly broke her annual lease packed her few handbags, and left never to be seen again. Nor did

Attorney General Lynch's office ever get back to me like their form letter of August 18, 2016 stated they would.

100. It was clear *Karen Thomas* was a plant sent to spy on me, hand selected by George Walker BUSH to become my new girlfriend. It tied in Attorney General Lynch, and President OBAMA, to be implicit in the cover up of BUSH cold cell torture. George Walker BUSH was by no means done with me.

**Publishing My Book *Unspeakable Pain* on Amazon and for free as a PDF file:**

101. After the Supreme Court ended *TortureGate*, George Walker BUSH decided to abruptly cut off my Social Security disability benefits. After the doctors discovered the bullet in my hip in 2011, my disability claim was approved. But I had no proof George Walker BUSH was behind the cessation.

**December 19, 2016 Letter to Crown Publishing:**

102. I decided to write a book about my cold cell torture and the *TortureGate Corruption Scandal* lawsuit victory. I looked up George Walker BUSH's book publisher, and on December 19, 2016, I mailed Tina Constable at Crown Publishing a letter shopping interest in the corruption of George Walker BUSH.

103. After visiting my website with her employers, Tina Constable gave my letter to George Walker BUSH on the Friday before Christmas weekend. Because first thing Monday morning after Christmas, I had a website visit from the Social Security Administration ("SSA") in Baltimore, Maryland, leaving me to assume George Walker BUSH ordered the SSA to turn my disability benefits back on.

104. Sure enough. the next day, Tuesday, I received a letter from Social Security turning my benefits back on, including a check for $9,296.10 for back payments. The problem was I never

reapplied for disability benefits, I never claimed I was disabled again, so their letter could not say *we find you disabled again...* or *based on medical evidence...* my letter rather stated *We can pay you...* And they paid me. See Exhibit C - Social Security Disability Overpayment Claim.

105. So, just as fast as George Walker BUSH turned my benefits back on, proved he was the one who turned them off. Despite George Walker BUSH's cash incentive to not publish my book, I wrote and published my free book anyway. This angered George Walker BUSH so he cut off my disability benefits once again, permanently. I received a letter from the SSA claiming I owe them $72,310.20.

106. This letter in my SSA record today stands as a testament to the corruption of George Walker BUSH as well as the criminal corruption of the SSA. After Joseph Robinette BIDEN Jr. became President, he fired the two top people at the SSA for massive corruption in the disability program. Both were BUSH loyalists. One refused to leave, and President BIDEN had to force him out with a pen.

107. But in April of 2017, I published my free book *Unspeakable Pain*. A book proving BUSH corruption compromised the entire federal government where even the Supreme Court was crooked and corrupt.

**The Seven Month FBI Investigation:**

108. For seven months over 2017 to 2018, the FBI went out to my friends trying to dig up dirt on me to prosecute me into submission, to take down my cold cell torture website and pull my book. I was confident the FBI would not find anything because there was nothing to find. The FBI concluded their investigation finding nothing.

**Enter Technology CEOs and Billionaires:**

109. In Google, when you searched for *cold cell torture* my website *coldcelltorture.com* came

up in the first result position, and it did so for almost ten years. But on July 8, 2018, it disappeared from searching after website logs showed Goerge Walker BUSH met with someone at Google. The next day, on Jul 9, 2018, I sent a blistering email to Lawrence Edward PAGE, the founder of Google and CEO of ALPHABET, INC., saying to not give into corruption and torture. The next day on July 10, 2018, *Coldcelltorture.com* was restored to the first-place result position.

110. But during the rest of 2018, several other technologies CEOs joined Goerge Walker BUSH's people becoming regular visitors, but I did not know why. Frequent visits from corporate IP addresses from MICROSOFT, ALPHABET, APPLE, Facebook (META,) GODADDY, AMAZON, CISCO, ORACLE, and someone in Omaha, Nebraska (home of Warren Buffet.) It was a small world at the top. See Exhibit B for all the website visits from the technology CEOs.

111. I kept recording daily traffic logs with annotations hoping to reveal why these ten CEOs and billionaires would join the BUSH corruption crime club. I pulled the seventy-seven most significant website events out of the 2,920 log pages, and placed them in Exhibit A of the *Bardes v. Bush* complaint (*Bardes v. Bush* PACER No. 1, Exhibit A.) Exhibit B contains all 2,920 pages of website log files.

**ICC – International Criminal Court (The Hague, Netherlands):**

112. On November 3, 2017, the International Criminal Court (ICC) began their investigation into BUSH/CIA war crimes of torturing innocent Muslims to death with cold cell torture in Afghanistan. Three of the ICC judges were set to vote on opening the investigation. I started having website visits from the ICC judges chosen to vote along with George Walker BUSH and the CIA.

113. Then in 2018, I started having website traffic from Interpol in France, along with the ICC

judges. The logs revealed many meetings between George Walker BUSH, the CIA, the ICC judges, and someone at Interpol. But I did not know who or why. See Exhibit B for all the website visitors.

114. I did not know until the news reported that the President of Interpol, Chinese citizen Meng Hongwei, age 72, was secretly detained by Chinese anti-corruption authorities on suspicion of accepting bribes. On January 21, 2020, Meng Hongwei was sentenced to 13.5 years in prison for accepting $2.11 million dollars in bribes. Hongwei did not appeal his sentence.

115. But this solved my query as George Walker BUSH and the CIA used Interpol to pass along bribes to the ICC judges to vote against opening the BUSH/CIA war crimes investigation, but the Chinese anti-corruption unit foiled their caper. This is when website traffic from China started as routine along with BUSH, the CIA, and CEOs. (The three bribed ICC judges subsequently voted to NOT open the Bush war crimes investigation, only for the ICC to select a new panel of judges to vote, whom then did authorize the opening of the BUSH war crimes investigation.)

116. But this forced China to decide to either keep BUSH corruption secret, or publicly reveal the truth. I mistakenly thought China would take advantage of the situation and media-blast George Walker BUSH corruption and embarrass and humiliate the United States. But China made the decision to remain silent, keep BUSH crimes secret, and effectively protect George Walker BUSH from our laws that require his execution.

117. But it would take weeks of negotiation between the two groups to reach that decision. According to website meetings the negotiations were led by William Henry GATES, III. The results of the meetings made China a co-equal member of the BUSH corruption crime club. I could not make sense of why China would keep BUSH crimes secrets, nor why the technology CEOs and billionaires would even team up with BUSH and CIA corruption. The only common

denominator between them was a deep mutual hatred of then President Donald John TRUMP. Were they needing each other to rig the upcoming 2020 election? If so, how?

118. In any event, on April 4, 2018, I emailed ICC Prosecutor, Fatou Bensouda, informing her the court's judges had been completely compromised by George Walker BUSH and the CIA. On February 22, 2019, I mailed a letter to the head of the Liaison Office of the International Criminal Court to the United Nations in New York City, explaining their judges were accepting bribes writing '*Your organization is completely compromised.*' This resulted in a new panel of three judges being chosen whom did vote to finally open the investigation.

119. During the 2018-2019 period, I recorded website traffic between GATES, BUSH, the CIA, and some people in Toronto and the UK. The identity of the Toronto and UK visitors was initially unknown until after the 2020 election when it was reported in the news that the two electronic voting machine companies were located in Toronto and the UK. It was not until after the election, did I realize I had recorded the website meetings of the CIA secretly recruiting employees from the two voting machine companies for the purpose of allowing GATES to infiltrate the voting machines with malicious code completely undetected to rig the 2020 election. Without any such knowledge of this rigging, I had the evidence contained in my 2,920 pages of annotated website traffic logs all along (See Exhibit B for all the website visits.) While I was not aware of this, BUSH and the CEOs did, and was the main reason they launched the first prolonged occultation period of trying to kill me.

**May 29, 2019 - First Occultation Exile of David Andrew Bardes:**

120. Between my failed lawsuits, websites, published book, failed FBI investigation, letters to ICC, and collecting website log evidence of their upcoming election rigging crimes, the bad decision was made to just kill me. On May 29, 2019, after website traffic revealed local killers

being recruited, I left Brevard, North Carolina to drive to northern Michigan. My adult son David

had already driven up to Michigan, so I drove to meet up with him.

121. David and I rented a cottage on Lake Haughton. I thought I was safe, until the special forces

attack helicopters arrived. The events that cover the five-month period of trying to kill are

already in the record, see (***Bardes v. Bush*** PACER No. #31, Exhibit 3.)

122. The first prolonged occultation of trying to kill me ended with me in the hospital for

eighteen (18) days followed by eighteen (18) weeks in a homeless shelter.

**The 2020 Election Rigging Caper:**

123. After the first five month long occultation period of trying to kill me ended, and Donald

John TRUMP lost his 2020 election blaming computerized voting machine companies in the UK

and Toronto, did it dawn on me that my website traffic logs contained so many visits between the

UK and Toronto and BUSH, CIA, GATES, and other technology CEOs such it was actually the

background activity evidence of their planning the rigging the 2020 election. I posted this

allegation on my website, only to incite the second prolonged occultation period of trying to kill

me.

**Election Rigging in Detail:**

**FACT:** President Donald John TRUMP declared war against the technology CEOs and

threatened to destroy their companies.

**FACT:** China hated Donald John TRUMP because Donald John TRUMP hated and punished

China with huge tariffs.

**FACT:** George Walker BUSH hated Donald John TRUMP for dividing the GOP between those

Donald John TRUMP called the ***deep state***, and those loyal to Donald John TRUMP whose

mutual enemy was the ***deep state***. Donald John TRUMP prophetically revealed the leader of his

so-called *deep state* when he posted a picture of Liz Cheney with the face of George Walker
BUSH over Cheney's, saying *she looks good*.

(I do not know anything about a so-called *deep state* rather I have been dealing with the very real
and practical problem at the hands of those loyal to George Walker BUSH. These loyalists
comprise all levels of government and world governmental leaders. If you want to refer to their
crime club of corruption and as some sort of *deep state* then I can understand what you mean. I
prefer the term *GOG AND MAGOG*, as *GOG* is every other letter of *GeOrGe*, and *MAGOG* are
his loyalists. This also ties into the three orthodox Rabbis who gave GeOrGe Walker BUSH the
***Bush Scroll*** on January 6, 2008 calling him GOG.)

124. The truth tends to follow the most logical explanation incorporating all known facts. Using
inductive reasoning, it appears the technology CEOs originally joined forces with George Walker
BUSH and CIA corruption to somehow rig the upcoming 2020 election to save the United States
from Donald John TRUMP. Then China agreed to keep BUSH corruption crimes secret under the
promise that Donald John TRUMP would lose the election, and that they would have equal
membership in the crime club that effectively controlled the federal government of the United
States. This explains all the facts logically, and sadly reveals BUSH crimes include selling out
our nation's sovereignty just to protect himself from our laws that require his execution.

125. I have no direct evidence the 2020 election was rigged, because it was rigged in a way
where there would NEVER be any evidence left behind to find. Otherwise, it would never be
attempted.

126. Also, I have no knowledge the two voting machine companies are complicit and I rather
doubt they even know how badly they had been compromised by covert CIA recruiting. The CIA
members of GOG and MAGOG operate by infiltrating companies with spies, they twist existing

employees then swear them to silence under agreements, fear, and fast money.

127. My question is do these voting machines use Microsoft Windows® as the underlying operating system? Are the machines ever connected to the Internet? Do the machines ever *Update* Windows®? If all three questions are yes, then I would have suspicion as to being able to be hijacked by William Henry GATES, III himself.

128. Based on what I witnessed GATES/CIA do on my laptop at the height of the first occultation period of trying to kill me – coming in undetected through the OS, moving from one code function in memory to another, appearing as routine background processes, but mimicking what is called *full control* while never leaving breadcrumbs behind to detect later. Only in real time can it even be detected, and only by an experienced coder who knows what to monitor.

129. Doing the equivalent on the voting machines, would allow William Henry GATES, III and only William himself could pull it off, being both an original coder and only known witness, to hijack machines with malicious code in real time and as voters actually voted. Creating no irregularities in the data to raise suspicion.

130. I was finally convinced of the rigging after the election was over, when Chinese President Xi Jinping purged his entire government of every computer that ran the Microsoft Windows® operating system. It appears Xi Jinping knew of GATES/CIA ability to remotely control Windows® computers without detection.

131. So, if the voting machines do/did run Windows®, then I have serious reservations, but at present I have no knowledge if the rigging unfolded this way, or even involved the voting machines or their companies.

132. What I do have as far as evidence, are all the website traffic meetings between George Walker BUSH, the CIA, GATES, the other CEOs, and the infiltrated employees at the voting

machine companies in Toronto and UK. See Exhibit B for all the website traffic.

133. Making my 2,920 pages of annotated website traffic logs (Exhibit B), along with my testimony, indirectly prove the 2020 election was rigged *evidence free* by George Walker BUSH, GATES, CIA, and the other CEOs using their companies' tools. They are the only people who could and would pull it off.

134. In what can be credited to fate, their rigging success could only be pulled off once, because once all eyes were on the voting machines, and I had even called out their rigging in court filings, the 2024 election resulted in the same number of people voting for TRUMP while Harris received ten million fewer votes in 2024 than Joseph Robinette BIDEN Jr. had received in 2020. The idea that 10 million Democrats sat out this last election, given the high stakes, is actually a measurement of the magnitude of the rigging done in 2020. TRUMP went from losing every battleground state in 2020 to winning every battleground state in 2024 with the same number of votes.

135. But once I put the pieces together on the 2020 election rigging, and realized I had the evidence without knowing it, this prompted the second occultation period of trying to kill me. This second occultation period lasted ninety-days. For full description see (*Bardes v. Bush* PACER No. #31, Exhibit 3.)

**2021 Second Occulatation Period of David Andrew Bardes:**

136. The second occultation period of trying to kill me ended in Cincinnati, much like the first, but I was determined to not undergo a third occultation period of being killed, so I turned around and sued my oppressors in federal court.

**First BUSH Lawsuit – *Bardes v. United States* (1:21-cv-598-DRC-KLL):**

137. On September 20, 2021, I filed *Bardes v. United States* demanding our laws against torture

and murder be enforced against George Walker BUSH, requiring his swift execution as to law. This immediately backed off my adversaries. The CIA ceased constant interference, and on November 17, 2021, I was finally able to get a job as an HR Director. I had a long career doing HR consulting.

138. On December 21, 2021, Cincinnati Federal District **Judge Douglas R. Cole** dismissed the lawsuit, threatening to banish me from the federal courts as a *vexatious litigator*. I appealed his dismissal to the Sixth Circuit Court of Appeals and lost. I suspected **Judge Douglas R. Cole** had been twisted but I had no proof. That proof came later.

**Second BUSH Lawsuit – *Bardes v. Bush et. al.* (1:22-cv-290-DRC-SKB):**

139. Then on **May 26, 2022**, I filed my second BUSH lawsuit, "***Bardes v. Bush, et. al***." Suing those responsible for trying to kill me, George Walker BUSH, Richard Bruce CHENEY, William Henry GATES, III, Larence Edward PAGE, Timothy Donald COOK, and their companies, for "intentional infliction of emotional distress" demanding $17 billion in damages. Plus, treble damages.

140. Defendants George Walker BUSH, Richard Bruce CHENEY, and William Henry GATES, III were served with summons and complaint, but chose to default. MICROSOFT CPRPORATION, Lawrence Edward PAGE, ALPHABET, IMC., Timothy Donald COOK, and APPLE, INC. hired lawyers and answered with a single motion to dismiss.

141. All were confident **Judge Douglas R. Cole** would dismiss the case with prejudice, just as he did before. On March 6, 2023, **Judge Douglas R. Cole** dismissed my lawsuit solely based on his opinion my life's story never happened, could never have happened, case dismissed. **Judge Douglas R. Cole** dismissed my lawsuit with prejudice, so I would be prohibited from ever seeking justice again. I was toast. But I trusted God.

142. Over confidence causes sloppiness, and my *BUSH* defendants wanted more, they wanted the judge to further order the removal of my websites from existence. Two weeks after **Judge Douglas R. Cole's** dismissal, on Monday, March 20, 2023, at 5:04pm ET, I recorded a website meeting between **Judge Douglas R. Cole** on the U.S. Court's IP address in Cincinnati, and my *BUSH* defendants led by William Henry GATES, III, and Lawrence Edward PAGE, along with the CIA and someone in Seattle, Washington (likely MICROSOFT CORPORATION's lawyer.)

143. When hours of no website visitors are suddenly interrupted by a large group of visitors all at the same moment, followed by hours of no more visitors, it indicates a mutual meeting of the visitors scheduled at a certain start time, with the topic of their meeting being me and my websites.

144. I immediately filed a ***Motion to Reconsider*** on March 24, 2023, where I confronted **Judge Douglas R. Cole** with the damning raw website log evidence from GODADDY and direct accusations of being a corrupt criminal judge twisted by my Defendants, and implied bribes were likely paid. **Judge Douglas R. Cole's** response in writing was telling. Instead of outrage and sanctions over false accusations of being called a criminal, **Judge Douglas R. Cole** prepared his future defense with lies and carefully worded alibis. As if foretelling an unraveling could occur. He offered no denial. The raw website log evidence of **Judge Douglas R. Cole's** secret *ex-parte* plotting meeting with *BUSH* defendants was provided in Exhibit A of **Bardes v. Cole (1:24-cv-701.)**

145. **Judge Douglas R. Cole's** first lie for protection was claiming that website traffic logs are not sufficient to identify the individual. The truth is the federal courts use website and Internet traffic logs to identify and convict criminals every day. From website traffic logs to Google searches, the courts treat such as ***irrefutable evidence*** enough to imprison and even execute.

146. **Judge Douglas R. Cole** did not deny someone in his office visited the website at the time of the large meeting with my Defendants, but rather said it could be anyone in his office, with no way of telling whom. This is a lie, as the court's own IT department can identify the exact computer location, and the employee logged on at the time, who then download three lawsuit files from my website to their local hard drive.

147. Another lie for an alibi was **Judge Douglas R. Cole** claiming visits from *Google Bot* and *Bing Bot* do not prove Lawrence Edward Page and William Henry Gates, III, were behind the bot visits.

148. When I use the term *website visit* it means either a direct visit by the user via a web browser, or the user's communication software refreshes the URL whenever their software is opened to a particular subject, file, or person. In the case of my website visitors, they all use communication software which refreshes the URL whenever their software is opened.

149. Then when *Google Bot* and *Bing Bot* and *Apple Bot* all visit at the same time at the exact top of the hour, is that coincidence, or are my three *BUSH* CEO Defendants conferring together on my lawsuit?

150. On March 26, 2023, I filed a complaint with the FBI about this criminal judge, and never heard back a single word. But given the FBI's long involvement covering up their heinous and prolific use of cold cell torture, they too protect George Walker BUSH from our laws that require his execution.

151. It is painfully clear that George Walker BUSH and the CIA are so effective at twisting federal judges, that all my lawsuits going back to 2008, may have fallen with the same ease that **Judge Douglas R. Cole** was so twisted. Threats, fear, promises, and fast money overcome any allegiance to law, country, oath, or God. At some point an unraveling will occur, and a full

accounting of each person's actions will take place.

**Appeal to the Sixth Circuit Court of Appeals:**

152. On **May 30, 2023**, I filed my fee paid appeal to the Sixth Circuit Court of Appeals in Cincinnati.

153. On **September 7, 2023**, at 11:10am ET, I recorded a website meeting between someone at the US Courts in Washington, DC, George Walker BUSH, and someone at the CIA. Instead of just twisting the three appeals court judges in Cincinnati, it appears my case was elevated to a higher corporate decision level to twist this time. Which proves not only are federal judges compromised, but so are the US Courts themselves.

154. Three months later, on December 4, 2023, I recorded a website meeting between George Walker BUSH and someone at the US Courts in Washington, DC. The person at the US Courts went to ***Bing.com*** (to not be tracked) and searched for and visited ***DavidBardes.com***. Based on website traffic thereafter, it appeared my defendants received bad news.

155. Sure enough, an hour later my appeal was denied, the dismissal was upheld, but the dismissal ***with prejudice*** was reversed to ***without prejudice***. Giving me basically what I asked for in my appeal, to file an amended complaint, and re-serve my Defendants, which I am doing now. Seems the US Courts acted to protect their own judge, but otherwise threw my Defendants under the bus. This is the way corruption works.

**Magistrate's Words Implicate Them**

156. Unlike **Judge Douglas R. COLE**, I do not have direct evidence the two Magistrates spoke with or were bribed by my *BUSH* defendants, but since **Judge Douglas R. COLE** adopted (rubber stamped) the magistrate's recommendations for dismissal, and **Judge Douglas R. Cole** was busted last, it proves the former events had to be equally compromised first – word for word.

**Crimes of Magistrate Stephanie K. BOWMAN**

157. This becomes evident in the crimes of **Magistrate Judge Stephanie K. BOWMAN**.
**Bowman's** R&R not only concluded I was insane, but was specific in her language to diagnose
me as an insane paranoid schizophrenic spewing senseless delusions, such nothing I said was
true.

158. When I read her words after returning home from a long day of work being the HR Director
of a large and busy construction office (something I would be unable to accomplish being an
insane paranoid schizophrenic spewing senseless delusions,) I knew her words came straight
from George Walker BUSH and the CIA. If I was an insane paranoid schizophrenic spewing
senseless delusions then there would never be a reason to bribe judges to dismiss lawsuits, nor
ever conduct secret meetings with judges two weeks after dismissal.

159. **Magistrate Judge Stephanie K. BOWMAN's** words actually constitute a medical
diagnosis which is an unlawful practice of medicine without a license. Bowman's screed of
hatred against those with mental illnesses, was shocking to the conscious. In my opinion, her
words came straight from the BUSH/CIA playbook, just discredit them, call them crazy, cause
doubt, then discard them.

160. **Magistrate Judge Stephanie K. BOWMAN** went even further, recommending I be
declared a vexatious litigator, barring me from the courts of law, stripping me of every right I
could ever have. **Magistrate Judge Stephanie K. BOWMAN's** words prove she is a brazen
criminal and belongs behind bars. All I can do is sue her for money.

161. After **Magistrate Judge Stephanie K. BOWMAN** issued her R&R I motioned for an
extension of time to respond, and on December 21, 2022, I filed my objections with evidence of
my claims, and addressed her medical diagnosis of being an insane paranoid schizophrenic

spewing senseless delusions. On March 6, 2023, **Judge Douglas R. Cole** issued his order of dismissal being careful not to mention mental illness at all, saying rather my story just never happened.

162. But **Judge Douglas R. Cole's** haughty and arrogant words of his March 6, 2023 dismissal reveal his certainty he would never be caught accepting bribes to dismiss the lawsuit, writing "David Bardes tells a truly extraordinary story — one that could be ripped from the pages of a political thriller." but "Extraordinary claims require extraordinary evidence." Further "The Court does not question the sincerity of Bardes's beliefs. But courts do not accept 'allegations that are sufficiently fantastic to defy reality as we know it,' like 'claims about little green men, or the plaintiff's recent trip to Pluto, or experiences in time travel.'" Only to then conclude his crime "After reviewing the Magistrate Judge's Report and Recommendation (Doc. 28), the Court agrees with her that Bardes's story has no legal merit and no plausible basis in reality." And "Finally, the Court notifies Bardes that, should he file any more frivolous complaints, the Court will declare him a vexatious litigator." Exactly two weeks later, on March 20, 2023, at 5:04pm EST, **Judge Douglas R Cole** was busted conducted a secret meeting with my *BUSH* Defendants, to plot further criminal evil against me. Today these bold, haughty, and arrogant words implicate him as a corrupt criminal judge.

### Crimes of Magistrate Judge Karen L. LITKOVITZ

163. I have similar claims against **Magistrate Judge Karen L. LITKOVITZ**, where we will break down her R&R by sentence and word asking why she went further to stipulate I be prevented from ever appealing the lawsuit after dismissal. These brazen criminals were determined to bar me from the courts of law, violating every right I have ever had. Why? Because they were paid to protect George Walker BUSH from our laws that require his

execution.

**Problem: Federal Courts in Cincinnati Are Compromised by Criminal Judges**

164. Although the Sixth Circuit Court of Appeals order allowed me to refile *Bardes v. Bush*, this only sends me back into the hands of the same criminal judges. I was unable to refile *Bardes v. Bush* because the same criminal judges were still employed there and they would just dismiss my lawsuit again. These three judges are the wholly owned property of the organized crime of GOG AND MAGOG. On November 18, 2024 I mailed a letter to each of the three judges, giving them legal notice I was going to sue them unless they were willing to recuse themselves before December 9, 2024 when I intended to file *Bardes v. Cole*. None of the judges responded to my good faith effort to avoid litigation, hence on December 9, 2024, I filed *Bardes v. Cole* et al (1:24-cv-701.) I then served summons and complaint on the three judges alleging civil remedies for criminal bribery under Title 18, sections 666 and 201.

165. The 60-day window to respond to my complaint came and went without nary from the defendant judges. Only after I filed a *motion for default judgement* did the US Attorney file a motion to dismiss under standard defenses along with a stipulation declaring me a vexatious litigator. The problem was the US Attorney has been fired by President TRUMP because he was Black, a week before submitting his motion. Assistant US Attorney John J. STARK later refiled the motion under the name of the interim US Attorney. Since I started having website visits from the CIA backbone out of Columbus, Ohio, and Assistant US Attorney John J. STARK was from Columbus, Ohio, it was clear he had been compromised by GOG AND MAGOG. Curious if STARK was even aware of the motion bearing his name, and questioning why he did not know his boss had been fired weeks prior, I emailed him twice asking if he was indeed the author. Not hearing anything for two weeks, other than having more website visits from the CIA backbone in

Columbus, I suspected foul play. But after two weeks I did receive a reply from STARK confirming he was the author. STARK likely had to be twisted either before or after my email inquiries. But it was obvious STARK was a tool of GOG AND MAGOG corruption.

166. The corruption in *Bardes v. Cole* started early. When I filed my complaint on December 9. 2024, the case was assigned to **Judge Matthew W. McFarland**. Apparently, **Judge McFarland** did not want to be the judge, so two days later, on December 11, 2024, the case was reassigned to a long-retired judge named **Judge Michael R. Barrett**.

x. **Judge Michael R. Barrett** was a former next-door neighbor of mine down the street on Grandin Road in Hyde Park where I grew up in Cincinnati. His parents and my parents were social friends and business colleagues. **Judge Barrett's** sister is my sister's best lifelong friend, and my sister is close friends with Laura Lane Welch Bush. My sister and her husband vacation with George and Laura Lane Welch Bush. So, when I saw this posted in PACER, I assumed **Judge Barrett** was offered up by Laura Lane Welch Bush speaking with my sister. **Judge Barrett** either volunteered to take on the case, or was specifically chosen to carry out further corruption for *GOG AND MAGOG*. I objected to this corruption in my Objections filed on May 19, 2025. Please read these objections, see *Bardes v, Cole*, Doc 15.

167. After calling out **Judge Michael R. Barrett** as a corrupt twisted tool of GOG AND MAGOG, on July 14, 2025 the case was reassigned to a long-retired judge way up in Toledo, Ohio in a completely separate court district, by the name of **Judge Jack Zouhary**.

168. Four days prior to this reassignment, on Thursday, July 10, 2025, I recorded a website meeting in the log files at 3:54pm ET between Defendant Lawrence Edward PAGE, someone in Cincinnati, Ohio on a Verizon iPhone, and someone in Toledo, Ohio on an iPhone and Mac computer on Wi-Fi from Buckeye Cablevision. All three visited "*ColdCellTorture.com*" at the

exact same time. When this meeting took place, I was bewildered as to who the new person in

Toledo, Ohio could be, as they were not a routine visitor. It was not known until the reassignment

was posted on July 14, 2025 revealing the unknown Toledo, Ohio visitor was none other than the

newly assigned **Judge Jack Zouhary.** The website log evidence proved **Judge Jack Zouhary,**

who was appointed to the court by George Walker BUSH was just another corrupted tool of

GOG AND MAGOG. Please read my "***Objections to the Court Playing Musical Judges,***"

**Bardes v. Cole**, Doc 17, filed on July 17, 2025.

169.  Then on July 28, 2025 **Magistrate Judge Peter B. Silvain** issued an order recusing himself

from the case, and no replacement magistrate judge was named. It appears no judge in Cincinnati

wants anything to do with ***Bardes v. Cole***. From my understanding, this has never happened in

the history of the US Courts, that a judgeless lawsuit of replaced crooked judges suing crooked

judges has been abandoned to an unknown fate. Based on the evidence of the serious crimes the

lawsuit addresses, the law requires the judges to refer the case to the federal authorizes not

aligned with GOG AND MAGOG for criminal prosecutions. All the judges, three or four of

them, have failed to obey the law. While my initial goal of ***Bardes v. Cole*** was to prevent the

same crooked judges from being assigned to this refiling of ***Bardes v. Bush***, I have seemed to

accomplish my goal as well as prove all of the judges have been bribed by GOG AND MAGOG

requiring their prosecution and imprisonment, even for Assistant US Attorney John J. STARK.

170.  Even worse, however, is the evidence I submitted in my objections of May 19, 2025, that

Defendant Mark ZUCKERBERG has given China full control of Facebook to censure US

citizens, as well as China having full access to the top secret NSA Super Data Center in Salt

Lake City, Utah, proving BUSH, OBAMA, BIDEN, the ten technology CEOs, the CIA, FBI, and

all the members of GOG AND MAGOG have betrayed our nation to China requiring their

arrests, mass trials, and swift executions according to our laws. Not since the ***Nuremberg Trials***

has such a need arisen. This also likely explains why all the judges ran away from ***Bardes v. Cole***

saying "***I quit!***".

**Definition of GOG AND MAGOG**

171. While President Donald John TRUMP uses the term "***the deep state***" to refer to his

unknown group of enemies out to bring about his ruin, I avoid the term because each US

president has their own ***deep state*** people they appointed who owe their loyalty. Each subsequent

president then fires all of the previous president's ***deep state*** people, meaning there is no one

deep state, but rather several. From a more practical level, I have been dealing with those people

who are loyal to George Walker BUSH, whose ***deep state*** people comprise the largest of the

groups and encompass people worldwide. Based on my extensive experience with them, and the

website log traffic found in Exhibit B, I estimate their size to be 120,000 to 185,000 people from

all around the world.

172. After the terror attacks of 9/11, when George Walker BUSH, Dick CHENEY, select CIA

and FBI officers, and members of the military, brutally tortured innocent Muslins to death with

***cold cell torture***, their whole group began an extensive cover up such they destroyed video tapes

of the torture, and adamantly denied the entire failed torture program ever existed. The BUSH

and OBAMA administrations dismissed every torture lawsuit and federal judges nationwide

instantly dismissed all torture lawsuits, even from domestic torture, to protect their friends from

the laws and Constitution that required their imprisonments and executions. This ***TortureGate***

***Corruption Scandal*** continued until my April 2016 petition at the US Supreme Court, along with

Barack Hussein OBAMA, II reversing course allowing torture lawsuits to proceed as to law,

brought the horrendous scandal to an end. Ever since then, torture lawsuits have not been

instantly dismissed.

173. But by that time, BUSH's group of loyalists had enjoined just about anyone who could break their seal of protection from our laws against torture and murder, including but not limited to the CIA, the FBI, the DOJ, the military, Republican members of Congress, the US Courts, federal judges, the Supreme Court Justices, and most of the power players on the entire federal government. In 2018, ten technology CEOs joined the group to rig the 2020 election, Barack Hussein OBAMA, II and Joeseph Robinette BIDEN, Jr. became members joining their *deep states* with George Walker BUSH's people. In 2016, Donald John TRUMP joined as a dupe, protecting the group from the International Criminal Court (ICC) efforts to investigate BUSH/CHENEY war crimes.

174. Without question, however, and most valuable was BUSH's control of the CIA, which his father had once ruled, and who due to their murders using *cold cell torture*, had the most to lose from facing justice. During the two prolonged occultation periods of trying to kill me (see Exhibit 3 of the first *Bardes v. Bush et. al*. lawsuit) I witnessed the rouge CIA agents recruit innocent citizens turning them into instant killers carrying out crimes. The process starts with the rouge CIA agents accessing a map of active cell phone numbers in a geofenced area, and then looking up the owners names, addresses, criminal records, their debit card purchases and ATM cash withdraws, their website and pornographic website visits via the NSA Super Data Center in Salt Lake City, Nevada, including emails and web-maps of who they communicate with and even who they are having affairs with or buying and using drugs, to build an intelligence profile with which to recruit the citizen confronting them with their sins and with threats of prosecution if the dupes do not perform some given crime of corruption even involving murder.

175. As an example, from the CIA's database of *wingnuts* who are one suggestion away from a

mass shooting, the BUSH aligned CIA agents recruited Thomas Matthew Crooks to shoot

Donald John TRUMP on July 13, 2024. The empty rooftop nearest the podium, the staged ladder,

and local law enforcement kept away, and even after reports of Crooks using a range finder and a

drone, no one acted to thwart what almost became the perfect murder.

176. Another example was the murder of United HealthCare CEO Brian Thompson on

December 4, 2024. In the weeks prior to the murder, I had first time website visits from

Minnetonka, Minnesota but had no idea who was visiting. It was not until after the murder when

the news reported Brain Thompson lived in Minnetonka, leaving me to conclude Thompson was

a CEO member of BUSH's group who threatened to rat the group out, so George Walker BUSH

planned his murder using the CIA to recruit and turn a clean-cut otherwise sane and intelligent

person into a cold-blooded killer. When Luigi Mangione was video taped on his cell phone a half

hour before the murder, it was obvious to me the CIA was giving Luigi the exact location and

time Brian Thompson would exit the hotel unguarded and alone, to allow the murder to even

occur. That kind of intelligence can only come from one known source, the CIA.

177. The murder of CEO John McAfee in a prison cell feigned as a suicide, was the same fate

Jeffrey Epstein was delt. Anyone who assumed a position of ratting out George Walker BUSH,

was summarily assassinated.

178. When the three Jewish Rabbis called George Walker BUSH "*GOG*" from the land of

"*MAGOG*" on January 6, 2008, they were prophetically accurate. Whether the Rabbis were

tipped off by Israeli intelligence, or from God himself, is not known, but the name of GOG AND

MAGOG is the name I also adopt to refer to the GeOrGe Walker BUSH aligned members and

killers. I use the term because as I witnessed GOG AND MAGOG recruiting killers to kill me, I

used God's advice found in the prophetic scriptures of the bible to avoid the killers to keep

myself alive. At no fault of my own, I found myself chosen to fight the ***Battle of GOG AND MAGOG***.

**August 16-23, 2025 – Vacation Week Almost Turned Deadly**

179. The threat against me is ongoing based on the events that transpired over the week of August 16-23, 2025 while I was in Western North Carolina on vacation. I spent the first four days visiting my adult son in Spruce Pine, North Carolina without incident, but when I drove to Hendersonville, North Carolina to visit a friend, I had returned to the very town the second occultation period of trying to kill me started. I suspected GeOrGe Walker BUSH might try to recruit the same batch of killers from back in 2021. My summation came true on Thursday, August 21, 2025, at 9:57am ET, when I recorded a website meeting between BUSH, someone in Silicon Valley (CEOs.) and an unknown person in Asheville, North Carolina on Spectrum cable having come from ***Bing.com***. Below are the website visits from the raw log files from GODADDY.

*Thursday, August 21, 2025 = Below, George W. Bush and Silicon Valley person recruiting killer from Asheville at 10am, who came on foot to kill me at 7:40pm*
**-Asheville, NC, Spectrum Cable user on Wi-Fi coming from Bing.com search, at 9:56am**
DABPage | 174.80.254.216 | Aug 21st 09:56:17am | https://www.bing.com/ | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 Edg/139.0.0.0 |
**-Santa Clara, California (Silicon Valley) at 9:56am**
DABPage | 49.51.233.46 | Aug 21st 09:56:50am | http://davidbardes.com | Mozilla/5.0 (iPhone; CPU iPhone OS 13_2_3 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/13.0.3 Mobile/15E148 Safari/604.1 |
**-George W. Bush via Digital Ocean, at 9:57am**
Woke | 167.99.183.48 | Aug 21st 09:57:47am | | Mozilla/5.0 (X11; Linux x86_64; rv:139.0) Gecko/20100101 Firefox/139.0 |

180. That evening after my friend left for a billiards tournament, leaving me alone in his house deep in the woods, at 7:30pm a huge four propeller quad drone descended over the top of the

house sounding like a huge vacuum cleaner causing the whole house to vibrate. I also heard the sounds of a fixed wing general aviation drone flying past.

181. I immediately recognized the drones were from the "*good people*" warning me a killer was coming to the house to kill me. As I explained in Exhibit 3, during the first occultation period when all those military assets sent to kill me suddenly stopped coming after military superiors learned BUSH was using their forces for personal assassinations missions, a group of unknown people I refer to as the *good people* started protecting me. When President Donald John TRUMP during his first term posted on Twitter that a military coup was taking place fighting his *deep state*, I originally thought these *good people* were a subset of the military who opposed GOG AND MAGOG, but I still have no idea who they may be. During the second occultation period, the battle was mostly between GOG AND MAGOG and the *good people* protecting me.

182. But on that night when the drones flew away after their 7:30pm warning, I was fully aware and positioned inside the house to beware of a killer coming to kill me. Sure enough, at 7:40pm, a lone figure appeared in the faint light of dusk walking up the long-overgrown driveway towards the house. My friends five-month-old puppy outside on the porch keyed in on the killer before I saw him. The nonstop barking caused the killer to realize his presence was known, and likely figured I would shoot him if he proceeded towards the darkened house. The killer walked backwards slowly watching the house until far enough away to turn around and leave the property. As I have learned, the people BUSH recruits to commit his crimes, are ordinary people and not professional killers, so they are not very courageous – they are mamma's boys who want to stay alive.

183. On Saturday morning August 23, 2025, I left to drive home at 2:50am, it was dark and I was the only car on the road, save a truck or two. But I caught GeOrGe Walker BUSH off guard,

as he was not expecting me to leave so early. It took GeOrGe Walker BUSH a few hours to get a killer on the road.

184. At 6:00am while still dark, I was on I-75 North and had just crossed into Kentucky when I decided to pull into the rest area to urinate. The rest area was packed with trucks sleeping for the night. I parked far away from the bathrooms because I kept a pee bottle in the car. After I poured the urine out my door onto the ground, I backed out of the parking space. But as I was backing out a small sedan five spaces down from me started pulling out. The driver never got out to use the restrooms and I said to myself, ah I have a tail, a killer on the road. Had I gotten out to use the restroom, he would have killed me.

185. His car was right behind me on my bumper, so I pulled to the right and parked once again to let the driver pass me. But he pulled to the left side and stopped as well, giving me clear view of his plates. It was pitch dark and I sat there watching to see what he would do. Sensing he had been made, the driver got out of his car, and opened his trunk lifting items up and down to feign forgetting something he needed, I just sat there and waited him out. He figured out I was not buying his ploy, so he got back in his car taking nothing from the trunk, and drove forward slowly.

186. I then pulled out and followed him closely. He did not like me behind him one bit. The hunter had become the prey. He took off like a rocket, I have never seen such a small car go so fast. By the time I pulled onto the highway, he was out of sight being so far ahead. He likely got to a safe distance from me, and got on the horn with GeOrGe Walker BUSH reporting mission failure, giving some excuse.

187. I have noticed with these rednecks BUSH recruits to kill me, that they fear for their lives. If you are going to be a contract killer, you have to accept your own death as a natural consequence

of the game. But these rednecks are just not committed, and the moment their lives are in

jeopardy, they run like cowards.

188. The rest of my drive back home was without incident, and my apartment building has

security cameras on the parking lot and front door, and the building's door is permanently locked

with no way to enter without someone letting you inside, so I am somewhat protected from what

GOG AND MAGOG would otherwise feign as a routine crime not suspecting a planned murder.

189. The only explanation I have for surviving so many attempts to kill me, and remain alive

today, can only be credited to Almighty God taking his wrath out upon the most dangerous

human that has ever existed on earth. What Adolf Hitler failed to do, GeOrGe Walker BUSH has

done, that is rule the world with crime, corruption, and murder. It is imperative that God defeat

GOG AND MAGOG. Satan cannot be allowed to win the game.

## G. STATEMENT OF CLAIMS

190. **Intentional Infliction of Emotional Distress (IIED)** – My claims focus primarily but not

limited to the Intentional Infliction of Emotional Distress (IIED,) such I want to clarify the levels

of emotional distress suffered at the hands of my Defendants.

191. In both my internal and external listed exhibits, I provide details on my direct injuries,

suffering, severe trauma, and anxiety, from what started off as complete financial ruin due to a

lack of due process by South Carolina and Charleston County. Then I fell prey to a criminal state

prosecutor, corrupt family court Judge GARFINKEL, and a crooked Sheriff James Alton

CANNON, Jr. plotting my murder in a secret torture chamber designed to kill inmates with the

same hypothermic death ancient Rome delt Jesus Christ, to the subsequent gunshot by CANNON

to feign a reason for my mistaken murder (I did not die,) then multiple denials of healthcare by

licensed medical Dr. Ralph B. PIENING III, MD to conceal his involvement, that amounted to

three more attempts to kill me. Followed by ten years of diagnosed and treated severe PTSD while litigating seventeen lawsuits over seventeen years all dismissed by federal judges committing Title 18, section 666 and 201 crimes of bribery by GOG AND MAGOG. Who then made me suffer two prolonged occultation periods of fending off four attacks by FBI agents, US Army special forces attack helicopters, a troop transport helicopter with two dozen killers with machine guns, a week of hourly sorties by a pair of A-10 Warthogs, to twenty-two days of hourly attacks by three AC-130 gunships and an Air Force bomber, followed by CIA (Jose A. Rodriguez Jr.) recruited killers in cars and trucks, to ninety days of trying to blow me up with bombs delivered in AMAZON.COM, INC. trucks, while chasing me through seven states, culminating with me in the hospital being fed a poison pill by a CIA (Jose A. Rodriguez Jr.) recruited nurse that only God himself could have saved me, such the sheer number of people employed to kill me are so many that I lost count in the thousands.

192. The ten technology CEOs and billionaires used their company's tools to track me using my APPLE, INC. iPad®, my ALPHABET, INC. android cell phone, my MICROSOFT Corporation Windows® laptop PC, while META PLATFORMS, INC., in conspiracy with the leaders of China, censured visitors to my Facebook® pages, and ALPHABET, INC. purposely kept visitors away from my Google suppressed websites to conceal their crimes, and GODADDY INC. monitored my websites such each time I used FTP, they alerted GOG AND MAGOG, enough so to allow GeOrGe Walker BUSH to order up fresh attacks and send more killers.

193. While the direct injuries I suffered as a result of so much intentional infliction of emotional distress, severe trauma, and unstoppable anxiety, eventually gave way to becoming so hardened in body, mind, and spirit, such last week's attempts to kill me had almost no effect on my psychology other than just being more background *emotional distress* that has become a way of

life for me. I face danger every day such I have become numb to its existence. Perhaps hardened combat soldiers can explain it better than I can, but I credit God for turning me into a rock that is harder than flint, so resilient to killers who flee from me, that I hardly notice them or even care. I have completely lost the fear of death leaving me as *damaged goods*. While this is good and necessary to fulfill my mission to destroy GOG AND MAGOG and prevent Satan from winning the game against God, I find myself no longer very *human*. I place emphasis on this resulting end stage of *emotional distress* that I object to the most, and that I apply to all my legal claims upon which relief can be granted, listed herein.

**Claims for relief against James Alton Cannon, Jr., Dr. Ralph B. Piening III, MD, and Paul W. Garfinkel**

194. Plaintiff hereby incorporates all previous paragraphs and listed internal and external exhibits.

195. South Carolina State Attorney John M. Magera conspired with South Carolina Family Court Judge Paul W. Garfinkel to arrange an unwarranted third trial on April 3, 2006, with intention on not *hearing* the Plaintiff rather immediately jailing Plaintiff for the purpose of effecting his murder to avoid Plaintiff's valid claims of immiseration against the state, resulting in Sheriff James Alton Cannon, Jr. acting under color of state law as the sheriff of Charleston County, South Carolina, brutally tortured Plaintiff for nine hours in cell 1613, an engineered cold cell used for punishment called the "Intensive Management" cell, with hypothermia until falsely declared dead by the jail's contracted physician acting under color of state law, Dr. Ralph B. Piening III, MD. Following this false declaration, Defendant Sheriff James Alton Cannon, Jr. shot Plaintiff in an effort to stage a cause of death other than hypothermia. Defendant Dr. Ralph B. Piening III, MD then sutured the bullet wound closed to conceal the gunshot and disguise the

true cause of Plaintiff's condition. On the morning of the third day confined in cold cell 1613, Plaintiff regained consciousness from hypothermic coma and was taken the jail's hospital on the third floor in a wheelchair. After the Plaintiff was unwilling or unable to sign a "waiver of liability" form, Plaintiff was laid on the floor of a small holding cell and left to die. Defendant Dr. Ralph B. Piening III, MD and the nursing staff refused to treat the Plaintiff or otherwise release Plaintiff to an outside hospital despite knowing he had been shot after prolonged hypothermic torture. Defendants' actions were malicious, outrageous, and undertaken in conspiracy with one another to deprive Plaintiff of constitutional rights and to obstruct accountability. As a result, Plaintiff suffered severe physical injury, extreme emotional distress, lasting psychological trauma, and other damages.

**Claim 1 of 4 – State Tort - Intentional Infliction of Emotional Distress**

196. (Against James Alton Cannon, Jr., Dr. Ralph B. Piening III, MD, and Paul W. Garfinkel) Defendants engaged in extreme and outrageous conduct by torturing Plaintiff with hypothermic temperatures, falsely declaring him dead, attempting to kill him by firearm, and concealing evidence of their acts. Defendants intended, or recklessly disregarded the likelihood, that such conduct would cause severe emotional distress. Plaintiff suffered severe emotional distress, physical harm, and trauma as a direct result.

**Claim 2 of 4 – 42 U.S.C. § 1983 - Cruel and Unusual Punishment / Deliberate Indifference**

197. (Against James Alton Cannon, Jr., Dr. Ralph B. Piening III, MD, and Paul W. Garfinkel) Defendants, acting under color of state law, deprived Plaintiff of rights secured by the Eighth Amendment (once convicted) and Fourteenth Amendment (pretrial). Defendants subjected Plaintiff to torture, attempted extrajudicial killing, denial of medical care, and deliberate concealment of the true cause of Plaintiff's condition. Defendants' actions proximately caused

Plaintiff's injuries.

**Claim 3 or 4 – 42 U.S.C. §§ 1983 and 1985 - Conspiracy to Violate Civil Rights**

198. (Against James Alton Cannon, Jr., Dr. Ralph B. Piening III, MD, and Paul W. Garfinkel) Defendants reached a mutual agreement and understanding to deprive Plaintiff of constitutional rights, including freedom from cruel and unusual punishment and the right to due process. In furtherance of this conspiracy, Defendants subjected Plaintiff to torture, staged an attempted killing, and concealed medical evidence. Plaintiff suffered injury as a direct and proximate result of this conspiracy.

**Claim 4 of 4 – 42 U.S.C. § 1983 - Failure to Intervene**

199. (Against Dr. Ralph B. Piening III, MD) Defendant Dr. Ralph B. Piening III, MD, while acting under color of state law, observed the Sheriff James Alton Cannon, Jr.'s constitutional violations and had both the authority and duty to intervene. Defendant failed to intervene and instead facilitated the Sheriff's acts by declaring Plaintiff dead, permitting the staged shooting, and concealing the wound. This failure to intervene caused Plaintiff additional harm, both physical and emotional.

**Claims for relief against Defendants collectively referred to as "GOG AND MAGOG" including but not limited to George Walker BUSH, Laura Lane Welch Bush, Richard Bruce CHENEY, Barack Hussein OBAMA II, Joseph Robinette BIDEN Jr., Donald John TRUMP, William Henry GATES, III, MICROSOFT Corporation, Lawrence Edward PAGE, ALPHABET, Inc., Timothy Donald COOK, APPLE, Inc., Mark Elliot Zuckerberg, META PLATFORMS, INC., Jeffrey Preston Bezos, AMAZON.COM, INC., GODADDY INC., Jose A. Rodriguez Jr., Assistant US Attorney John J. Stark, UNITED STATES OF AMERICA, SOCIAL SECURITY ADMINISTRATION, CENTRAL INTELLGENCE**

AGENCY, FEDERAL BUREAU OF INVESTIGATION.

200. Plaintiff hereby incorporates all previous paragraphs and listed internal and external exhibits.

201. The Defendants collectively and individually, immiserated the Plaintiff by stripping him of everything he owned, cut off his income, prevented him from getting employment, used their company's tools and resources to track down, follow, hack computers, tablets, and cell phone, prevented anyone from helping him, stopped visitors from visiting his websites, cut off use of debit card, sent miliary assets and soldiers to kill him, recruited and sent killers to kill him, bribed judges to dismiss lawsuits, all well as all the other shocking abuses detailed in exhibits and complaint, meant to deprive Plaintiff of life, liberty, and possessions. Defendants' actions were undertaken with malice, reckless disregard for Plaintiff's rights, and intent to cause harm. As a result, Plaintiff has suffered severe emotional distress, trauma, ongoing fear for personal safety, and deprivation of civil rights.

**Claim 1 of 3 – Intentional Infliction of Emotional Distress**

202. (Against GOG AND MAGOG) Defendants, acting individually and in concert, attempted to kill Plaintiff in retaliation for Plaintiff's whistleblowing activities, reports to authorities, lawsuits, books, websites, emails, letters, verbal communications, and other lawful activities. Defendants' conduct, including threats, physical violence, and attempted assassination, was extreme and outrageous, exceeding all possible bounds of decency and utterly intolerable in a civilized world. Defendants acted intentionally and with reckless disregard of the near certainty that their conduct would cause Plaintiff severe emotional distress. As a direct and proximate result of Defendants' actions, Plaintiff suffered severe fear for life and safety, intense and lasting psychological trauma and anxiety, ongoing and permanent emotional distress, and other damages

to be proven at trial. Defendants' conduct was willful, wanton, and malicious, justifying an award of both compensatory and punitive damages, cost of litigation, court fees, and other relief determined at trial.

## Claim 2 of 3 – Violation of Civil Rights (42 U.S.C. § 1983)

203. (Against GOG AND MAGOG) Defendants, acting under color of law and/or in concert with those acting under color of law, deprived Plaintiff of constitutional rights, including:

    a.  The right to life and liberty under the Fifth and Fourteenth Amendments;

    b.  The right to petition the government and access the courts under the First Amendment;

    c.  The right to due process under the Fifth Amendment.

Defendants' bribery of federal judges unlawfully deprived Plaintiff of access to the courts and a fair tribunal. Defendants' recruitment of killers to silence Plaintiff further violated Plaintiff's rights to life, liberty, and security of person. As a direct and proximate result, Plaintiff has suffered severe harm and is entitled to declaratory relief, compensatory damages, punitive damages, cost of litigation, court fees, and other relief determined at trial.

## Claim 3 or 3 – 42 U.S.C. §§ 1983 and 1985 – Conspiracy to Violate Civil Rights

204. (Against GOG AND MAGOG) Defendants entered into a conspiracy to obstruct justice by bribing federal judges to dismiss lawsuits in which Plaintiff sought relief. Defendants further conspired to injure, oppress, threaten, and intimidate Plaintiff by recruiting killers to silence him. Defendants committed overt acts in furtherance of this conspiracy, including bribery and attempted violence. As a result, Plaintiff was deprived of constitutional rights, obstructed in access to justice, and subjected to extreme emotional and physical endangerment. Plaintiff is entitled to compensatory and punitive damages, equitable relief, court costs and fees, and other relief deemed at trial.

205. Plaintiff retains the right to name other John and Jane Doe defendants and enumerate the same and further claims against them and all Defendants.

## H. JURY DEMAND AND RELIEF SOUGHT

206. WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendants, jointly and severally, and award the following relief:

a. Compensatory and Punitive damages against all Defendants in the total amount of $222 billion dollars, or in an amount to be determined at trial;

b. Court costs and litigation fees pursuant to 42 U.S.C. § 1988;

c. Declaratory judgment that Defendants' conduct violated Plaintiff's constitutional rights;

d. Injunctive relief prohibiting the SOCIAL SECURITY ADMINSTRATION from continued collection of alleged disability overpayments; and

e. Such other and further relief as the Court deems just and proper.

x. JURY DEMAND - Plaintiff demands a trial by jury on all issues so triable.

## I. CONCLUSION

207. As the three Jewish Rabbis presented GeOrGe (GOG) Walker BUSH from the land of MAGOG back on January 6, 2008, ***"Before you is a choice: You can merit to eternal life, or be inscribed for eternal disgrace. Your [GOG] fate and that of all those with you [MAGOG] hangs in the balance of the destiny of our land."***, it was only thirty-seven (37) days later on February 12, 2008, that the Plaintiff filed his first federal lawsuit only to meet a fate of dismissal due to criminal bribery. Now seventeen years and seventeen bribed lawsuits later, GOG finally faces ***eternal disgrace*** chosen of his own free will and accord. It is time for justice to flow like a river.

Respectfully submitted this day 8 of September, 2025,

x _____

David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com