Exhibit B – *Bardes v. Bush et al*

Chronological Website Records from 7/27/2016 to 6/10/2021

**NOTE:** *Exhibit B is 1,920 pages in length, I am requesting the right to submit to the court in a PDF document to avoid a stack of paper a foot tall that places a burden on the clerk to scan in with a scanner that is known to skip pages. The file is 23MB is size and a copy can be downloaded from: https://coldcelltorture.com/Exhibit-B-Website-Log-Records.pdf*

**Exhibit NOTE**: *These records contain notes that I was making to myself, to remind me of something later on. If something does not make sense, you do not have the context, just skip over.*

**Seven (7) Traffic Log Files**

327 pages - Chronological Log Records (7/27/2016 to 8/29/2017)

446 pages = Chronological Log Records (4/1/2018 to 9/24/2018)

704 pages - Chronological Log Records (9/25/2018 to 1/14/2019)

1,005 pages - Chronological Log Records (1/15/2019 to 5/15/2019)

64 pages - Exile Start Log Records (5/28/2019 to 6/13/2019)

316 pages - Post Period 1 Log Records (6/8/2020 to 5/4/2021)

57 pages - Up to Start of Period 2 Log Records (5/4/2021 to 6/10/2021)

**2,919** Total Pages