Exhibit C - *Bardes v. Bush et al*

Social Security Disability Overpayment Claim for $72,310.20

**Social Security Disability Overpayment Claim for $72,310.20**

From June of 2012 to September of 2016, I received Social Security disability payments until I was deemed no longer disabled. I suspected George Walker BUSH was behind the cessation of benefits because he was angry with me that my April 2016 petition at the US Supreme Court brought an end to his "*TortureGate Corruption Scandal*" (See ColdCellTorture.com for details.)

When George Walker BUSH found out I was going to write and publish a free book about his *TortureGate Corruption Scandal*, on December 26, 2016, he had the SSA turn the benefits back on as a form of bribe hush money to not publish my book. In April of 2017, I published my free book *Unspeakable Pain* about his corruption anyway. George Walker BUSH then had the SSA cut my benefits off permanently, claiming I owe the SSA $72,310.20 for disability overpayments because I did not cooperate with the normal process of disability review and cessation.

The mistake the SSA and George Walker BUSH made was the December 26, 2016 letter from the SSA Baltimore, Maryland headquarters that restarted the payments never stated I was deemed disabled again, because I never reapplied for disability benefits. I never claimed to be disabled, nor were the payments tied to any disability. The benefits just suddenly started without any reason why, as the SSA letter simply stated "*We can pay you starting...After that we will pay you each month.*" The payments were not for disability at all, they were bribing hush money to not publish my book, and the letter never gave an indication how or why the payments would ever stop, in fact according the letter they can never stop.

According to the law and evidence the payments can never stop. When the SSA tried once again to stop the payments, on June 21, 2017, I wrote and mailed the enclosed letter fully explaining this massive BUSH and SSA corruption. This letter ceased efforts to stop the payments for over a year, until in 2018 when George Walker BUSH restarted efforts to stop the payments using more corrupt actors at the SSA, finally ceasing with a letter claiming I owe the SSA $72,310.20.

Thankfully the law and Constitution do not require crime victims to pay back money to criminals to lessen the losses of their crimes. Now in 2025, I am thinking about retiring but first have to address this leftover evidence of massive SSA and George Walker BUSH crime and corruption.

The SSA is now threatening to steal this money from me, from wages, and garnishment, and threatening to ruin my credit cause irreparable damage. I demand the SSA stop. This is just further victimization. The SSA cannot legally demand I pay them $72,310.20 in overpayments for not complying with the disability review process because the payments were not for disability. There was nothing to medically review. The law did not require me to comply with any disability review process, nor any process based on the evidence. The payments were made because the SSA committed serious crimes using me as the victim.

Because of the massive crimes of the SSA against me, I am going to respond with a demand for 77 back payments of $2,354 per month for a total of $181,258, because I have as evidence the letter from the SSA proving the payments could never be stopped in the first place. I hereby demand the SSA immediately pay me $181,258 and resume monthly payments along with reinstatement of full Medicare Parts A & B.

Thankfully I keep good records, so below is full timeline of the events from 2016 to 2019, with notes, the website logs, and attached documents to prove what I have stated above and below. These notes come from a 2,920-page website traffic log file submitted as Exhibit B of *Bardes v. Bush et al.*

### 8/4/2016

[Below reference to a website visit from "Baltimore" ended up being the SSA headquarters in Baltimore, Maryland. This gave me the heads-up George Walker BUSH was behind the SSA's effort to stop my disability payments. I suspected BUSH was behind it, but did not have proof. That proof came on 12/27/2016.]

Big day yesterday on the cold cell [coldcelltorture.com] website:
Canada, Germany, Myanmar, Singapore, Baltimore, France, Philippines, UK, PA, CIA, PA again, UK again, Atlanta, Ireland. On the David Bardes website, France, Hungary, France again, and China.

### 8/18/2016 – Thursday

Drove to the Hendersonville [NC] SSA office to file my appeal. They had no records of my having filed a continuation of benefits on June 24th, 2016. It appears DDSR [Disability Determination Services of Raleigh] is deleting records from the database.

### 9/6/2016

On the way out to dinner I stopped at the mail box and got a letter from SSA in MD, not DDSR, saying my benefits will stop in Sept but will get two more checks, but then it says my last check will be September, so a typo, but the two more months came first so I am going to the SSA office and ask and leave a letter to that effect. It is obvious they got my appeal and do not like it, that was fast. Add to this my letter to NCDHHS and BCBSNC on the issue of Medicaid, the plan is working out. There was a time this would crush me but now it does not. I got my mojo back and am strong, even stronger than before.

**9/7/2016**

3:49pm – I called CBC pharmacy to get my prescription and Jason advised me my Medicare coverage had cancelled as of 8/31/2016 as his computer would not approve the meds, so I had to pay full price. Tomorrow I need to go to the Hendersonville SSA office regarding the letter I just received from them. I also looked on the SSA letter from yesterday and it came from the "Office of Central Operations" so my notice of intent to sue went straight to the top of SSA. They know they are in a bad legal position.

**9/12/2016 – Monday**

Mailed my 9 letters written on 9/9. Got a letter from SSA stating my "Ticket to Work" has been terminated. They are pissed off at me and taken a position of protecting themselves, after reading my appeal. They know how badly they are in trouble. Otherwise quiet day, no website visitors.

**10/26/2016 – Wednesday**

My social security disability payments have stopped, today was the first month I no longer receive them. I am now free to sue the crooks who run Disability Determination Services of Raleigh. The human suffering they inflicted upon me causes me to shudder in heavy grief.

**12/21/2016 – Wednesday**

Monday I overnighted FedEx to Tina Constable, the publisher of Dr. Mitchell's (CIA torture doctor) book. She is with Crown Publishing which is owned by Random House, the largest book publisher in the world.

I sent her a letter, the SCOTUS petition, complaint, and my 9/1 letter to US AG Lynch. I was hoping to land a book deal.

The packet was received in the morning, but Tina took the packet home to read, and 7:42pm, she and three other people visited the cold cell website, indicating they have read and spoken about it.

[Below are the raw GoDaddy website traffic logs of a meeting between Tina Constable in NYC and people at Crown Publishing corporate headquarters in Wichita, Kansas. Notice one of them Google'd "cold torture." This proved Tine not only received my letter, she shared it will her superiors. Tine ended up giving my letter to George Walker BUSH, who the following Monday after Christmas weekend, ordered the Social Security headquarters in Baltimore, Maryland to

turn my disability benefits back on, which the next day I received the SSA letter turning them back on.]

Tina visited from NYC, two people from Wichita, Kanas, and one from Michigan.
ColdHomePage | 104.148.118.51 | Dec 20th 17:29:31 | | Mozilla/4.0 (compatible; MSIE 8.0; Windows NT 6.0) |
ColdHomePage | 107.77.106.30 | Dec 20th 17:42:04 | https://www.google.com/ | Mozilla/5.0 (Linux; Android 4.4.4;
en-us; SAMSUNG-SM-G900A Build/KTU84P) AppleWebKit/537.36 (KHTML, like Gecko) Version/1.6
Chrome/28.0.1500.94 Mobile Safari/537.36 |
ColdHomePage | 72.14.199.154 | Dec 20th 18:18:28 | | Feedfetcher-Google;
(+http://www.google.com/feedfetcher.html; 1 subscribers; feed-id=9758484973798952603) |
ColdHomePage | 74.37.88.31 | Dec 20th 18:19:50 | https://www.google.com/ | Mozilla/5.0 (Windows NT 10.0;
Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/54.0.2840.99 Safari/537.36 |
ColdHomePage | 99.60.39.31 | Dec 20th 18:21:08 | | Mozilla/5.0 (Windows NT 6.1; WOW64; rv:40.0)
Gecko/20100101 Firefox/40.1 |
ColdHomePage | 107.77.83.53 | Dec 20th 19:46:25 |
http://www.google.com/search?biw=360&bih=289&ei=9exZWK3zGeOY0wLfnaLoAg&q=cold+torture&oq=cold+
torture&gs_l=mobile-gws-serp.3...5189.6395.0.6730.8.7.0.0.0.0.667.667.5-1.1.0....0...1c.1.64.mobile-gwsserp..
8.0.0.F7QlxSq7p_A | Mozilla/5.0 (Linux; Android 5.0; SAMSUNG SM-G9008V Build/LRX21T)
AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/3.5 Chrome/38.0.2125.102 Mobile Safari/537.36 |

This means she got it and spread the word. So far, no contact, but someone from NY and NJ seems to be doing fact checking.

## 12/27/2016 – Tuesday

Then today, 12/27, and 12:53pm ET, BUSH2 visited from Maine.

cpe-172-101-34-157.maine.res.rr.com
ColdHomePage | 172.101.34.157 | Dec 27th 10:53:57 | https://www.google.com/ | Mozilla/5.0 (Macintosh; Intel Mac
OS X 10_9_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/55.0.2883.95 Safari/537.36 |

Then today in the mail I received a letter from the SSA stating my SS Disability benefits are starting up again and I will be paid ~$9k in back payments and will be paid going forward, including Medicare. The letter was dated yesterday, and the only explanation is BUSH2 made it happen, fast.

BUSH2 must me spooked by my letter to Crown Publishing, as he sure has been busy since learning I knew about Justice Scalia's private hunting trip.

## 12/31/2016 – Saturday – New Year's Eve

Of all days, the last day of the year, and I received the SSA payment of $9,296.10 in my checking account this morning, and all my disability benefits have started back up, including full

Medicare. Thank you George BUSH2. I took the book listing off the cold cell website so they can see the effort is appreciated. It also proves BUSH2 was the one behind stopping the benefits.

Website visits today from Australia, Pakistan, Bronx, NY, someone in Baltimore, MD on Verizon FIOS, France, Ukraine, and Bronx, NY again.

## 2/22/2017

[Despite George Walker BUSH's cash incentive to not write and publish my book about his corruption, I did so anyway. I published "Unspeakable Pain" on Amazon and for free as a PDF file posted on my websites. This angered BUSH, so he started the process of cutting off my disability benefits once again.]

## 4/8/2017 – Saturday

Yesterday I received a letter in the mail from Disability Determination Services of Raleigh, stating my disability benefits are being cut of as of 5/11/2017 video teleconference at the SSA office in Hendersonville. President BUSH2 is pissed, likely
Cheney as well. So, they litigate with revenge.

I composed and sent an email to BUSH2 via his scheduling staff member. Below is the email:

To: scheduling@OGWB.org
From: David A. Bardes
Re: Torturegate Scandal, Bardes v. US Courts (1:17-cv-89)
Please kindly deliver this email to President BUSH2, he knows me and the topic well.

Dear President BUSH2,

Today in the mail I received more manna from heaven. The SSA is as quickly as possible, going to terminate my disability benefits, just as mysteriously as you turned them back on the day after Christmas, having been terminated in August, after starting the first termination after I filed my last federal lawsuit in November the year before. The precious letter from the SSA starts with "YOU DO NOT HAVE TO TAKE A NUMBER AT THE SSA OFFICE…" You bet I do not have to take a number, it will be that quick.

Do you not know that it is your actions which force me to do what I have done? I was not going to write the book, had plans to get back to a selfish life, after my adversaries financially settled with me. But no money. I even sent an email to your scheduling staff to try to open a conversation where my question would have been why are you forcing me to write my book? This forced me to write the book to earn money. And file another federal lawsuit to get money.

Now your actions to cancel benefits, you yourself directed turned back on, will force me to place my book in the public domain as a free PDF file and free eBook. Then launch my earthly ministry with a blitzkrieg social media

campaign, using those college students who offered help with a GoFundMe page. When I show up for my disability videoconference lynching, I will hand a copy of my book to the nice guard, as friend's videotape the whole fiasco.

Then they will videotape me going to one of our two nice homeless resident's houses, where I will hand them my book and say this is why I am homeless, BUSH2 and Cheney's revenge. I am very patient, and happy with pain and hardship, content eating only one bologna sandwich each day, as the more pain you inflict the more powerful I will become. From the homeless shelter, I will start my earthly ministry, clothed in sackcloth.

You created me, then you make me famous. Why? Is it not easier to pay me money, pull the book, and let me get back to a selfish life? Your actions with the SSA here, have now placed a hard deadline on the window of saving your and Cheney's legacy. As on May 11, 2017, before leaving in our cars to go to the SSA office an hour away, I am going to upload my free book, and make the eBook free, on twenty media platforms, under an author's public release license. Having been forced to do so, by you.

I win regardless of what happens, the only unknown is what happens to your and Cheney's legacy. Which will be by your decision, to continue forcing my actions, having none others.

Cordially,
David A. Bardes

Then this morning, at 8:49am, Texas time, I had a website visitor, below, from Dallas/Fort Worth, which likely is the staff person I emailed.

ColdHomePage | 172.58.144.252 | Apr 08th 07:49:07 | https://www.google.com/ | Mozilla/5.0 (Linux; Android 7.0; SAMSUNG SM-G930T Build/NRD90M) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/5.0 Chrome/51.0.2704.106 Mobile Safari/537.36 |

### 4/11/2017

Today is the 11th, so one month to May 11, when I have my SSA disability hearing in Hendersonville [NC]. Just after I release the book for free. President BUSH2 and Vice President Cheney have one month to settle with me, or their legacies are forever tarnished.

### 5/11/2017 - Thursday

Today was my SSA disability hearing, which I blew off. No point in driving wasting gas. This will trigger a letter finding me not disabled, and cut off all benefits after two more monthly payments, or not. Maybe just stop forever. This is BUSH2 and Cheney revenge. Their retaliation, started my earthly ministry. They created me, then launched me. I am a product of governmental corruption in totality. Then the scar proved my story to a worse degree, then their boy Comey was knocked out. Leaving no BUSH2 friendly executives in the highest places. All gone.

### 6/21/2017 - Wednesday

Two days ago, I received from the SSA, the disability hearing report, concluding I am no longer disabled. I wrote a letter refuting their report, and emailed it to P. BUSH2's scheduling person to give to George. Then mailed the letter to DDSR and NC DHS legal department. The SSA office is closed today, but tomorrow I will drive to Hendersonville, and file my appeal, and deliver the letter.

[I Wrote and mailed a letter dated 6/21/2017 addressed to Amanda Stathakis, Disability Hearing Officer, Disability Determination Services of Raleigh (DDSR) explaining they cannot deem me no longer disabled when I never claimed I was disabled. I explained the money being paid to me each month was not disability payments, rather bribe money to not publish my book about the corruption of George Walker BUSH, and that the letter I received starting the payments never mentioned "disability" at all, rather "We can pay you..." without any language as to when the payments would stop. See file: Bardes-Non-Disability-Letter-BUSH2-6-21-2017.pdf]

**6/22/2017 - Thursday**

Today I drove to the SSA office in Hendersonville (45 minutes away) and filed the form within the 10-day period to appeal my case. I gave her my letter, and she did not want to read it. I asked her to please read the first page and a half. She read the first page only, then understood the corruption.

She took my SSA mailings and left the window to go speak with someone. She said she had to get the forms I needed. It was good ten minutes, I sat and read the newspaper. When she came back, she handed me a stack of forms to fill out right then and there for my appeal. It was past 4pm the office had closed, last one there. I figured out she was told to try to get me to file the appeal then, knowing I had 60-days to file the appeal. I pick up the first form and said this is the only form I need to fill out and sign today. It was the "continuation of benefits" form, which must be filed within 10-days of the cessation report, from which you then have 60-days to file the actual appeal. She said "we will do it your way." She stamped and gave me a copy of the continuation form. And stamped the letter to the hearing officer, but refused to keep a copy. Tessa 843, she would not give me her last name, was highly professional, and I am certain a fine person, but she sure knew how the corruption was handled.

This gives me 60-days to get two more months of benefit payments, then file appeal, which cuts off, and gives me two more months of final payments, for a total of four more months, at least, on the payments. Then two more months with cash, giving me six months.

This makes BUSH2, and all my other defendants, and federal judges, unhappy, as the judges must respond to my lawsuit eventually, but two months they thought they had, turned to four, and past the period of not responding to the case.

**8/29/2017 - Tuesday**

[As a result of my 6/21/2017 letter claiming the benefits cannot be turned off because they were not payments for disability, rather bribe hush money to protect BUSH from his crimes money. There was no provision of which being disabled or not could stop the payments. Not wanting to risk being exposed for more corruption using the SSA like dupes, after consulting a large number of people, the decision was made to allow me to continue to receive the payments. All efforts to cut them off ceased for more than a year. But in 2018, BUSH resumed efforts to stop the payment, but used more corruption to feign the process being proper.]

During this time, I mailed two letters to President Trump.

Also, Social Security, on command by P. BUSH2, began the urgent process to cut off my disability payments. I did not attend my "Disability Video Hearing" and 15 days later the Disability Hearing Officer wrote a detailed 12-page report concluding I was no longer disable. On 6/21/2017 I mailed a letter to the disability hearing officer, and sent it to P. BUSH2 via his scheduling clerk email. P. BUSH2 gave it to all parties quickly.

This letter to the disability hearing officer was so powerful, it became the catalyst for rapid movement of decisions. That weekend, 6/24, was SCOTUS's last before summer recess which started the following Monday.

The website traffic started early Saturday morning, when someone with the FBI in Chicago, spoke with someone at the State of Kentucky. Then Sunday morning at 7:33am, someone in Washington, DC, visited, shortly before someone in New York City visited.

Then Monday was SCOTUS's last day. Tuesday someone with the FBI (Blue Coat Systems) and someone in Wilmington, Delaware visited. Joe Biden lives in Wilmington. Wednesday night at 11:21pm, someone in Washington, DC near the Whitehouse visited, on an iPhone on Verizon. Having searched Google. This likely was P. Trump. Up late Tweeting.

Thursday morning was Cincinnati, then Spartanburg, SC, then Dallas, UK, and Italy. Spartanburg was likely retired Chief justice Toal, of the SC Supreme Court, perhaps being hit up for money to throw in the pot. Dallas would be lawyers for P. BUSH2. Italy is the Prime Minister who almost jailed a CIA agent over hypothermic torture. On Friday, 6/30, lots of CIA network visits, then at 8:06pm ET, someone in Honolulu, Hawaii visited, at 2:06pm Hawaii. I Google to

see if P. Obama was vacationing there. An article in the local paper said he arrived on the 22nd, for the July 4th weekend vacation.

Three Presidents, Two Vice Presidents, SCOTUS Justices, US AG Sessions, FBI, and CIA, and SC, appeared to all sign off on me getting money? P. BUSH2, then P. Obama, and P. Trump, all in one week. Impressive.

### 6/22/2018 - Friday

Today son David and I were driving and a full arc rainbow appeared in the sky over Brevard. It was bold and stunning, taking up the entire sky. Today is 6/22, which one year ago today, I filed my SSA disability appeal, which gave me 60 days to 8/21 to file. 8/21 was the date of the total solar eclipse here in Brevard. Also, one year ago in Manchester, England, on the 22nd, a 22 year old killed 22 with a suicide bomb.

### 6/27/2018 - Wednesday

[on 6/27/2018, I received an overnight express package not from the SSA or from DDSR (Disability Determination Services of Raliegh) but rather from some lady I never knew from South Carolina. "SSA" never appeared on the envelope or letterhead, rather just a personal letter saying my SSA benefits were being cut off. Enlosed was a CD with my medical history that had been deleted save a few items. It was clear this package was a fraudulent effort to cease my benefits without risking the corruption that turned them on.]

Today around 2pm I received an overnight express UPS envelope, which contained an encrypted CD-rom and a letter from the Social Security Disability Hearing office in Greenville, South Carolina. The letter says the instructions to open the CD would come in a seperate mailing, but nothing came in the regular mail. The CD contains an exe application which requires a password to open. The letter claims it contains my medical evidence and history that the agency has on my case. The letter claims I need to send them updated medical evidence not already in the file on the CD.

It was a ruse. The SSA never overnight delivers anything via UPS, as the USPS already delivers all their letters overnight anyway. The sender was an individual's name using their online account to print shipping label, void of the words 'social security.' The letter said I should return my medical evidence as soon as possible, with no date deadline. It says the sooner I respond the better for me. The problem is I have no idea what the password is. Until then it is useless.

### 6/28/2018 - Thursday

In the mail today was a letter from the SSA office in Greenville, SC with the password to unlock
the encrypted CD which arrived yesterday by UPS overnight express. The CD only contains
medical records, most of which have been deleted from the record. The CD is more evidence of

The more he does to harm me, the worse it becomes for him. He is trapped in a hot stormy
kitchen, and desperately wants cool fresh air to breathe, and make me go away and no longer
exist.

My last posting to the cold cell site, stated I would release certain documents before a BUSH2 imposed deadline came upon me. Yesterday was my SSA disability "hearing" before an Administrative Law judge, in the federal courthouse in Asheville. But with a major snow storm dumped 18 inches of snow on the ground, so it is doubtful the AL judge even made it, so it was likely canceled by weather. I was not going to go anyway, but now with the snow excuse giving me time, BUSH2 knows have more time, which works against him, not me. This may explain the return of traffic.

### 1/26/2019

[On 1/26/2019, someone in the SSA headquarters in Baltimore, Maryland visited my website ColdCellTorture.com speaking with George Walker BUSH. More evidence of corruption in the SSA.]

Baltimore, Maryland, at 11:59pm ET
ColdHomePage | 141.157.11.71 | Jan 26th 21:59:39 | https://www.google.com/ | Mozilla/5.0 (iPhone; CPU iPhone OS 12_1_2 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.0 Mobile/15E148 Safari/604.1 |

### 3/27/2019 - Wednesday

Today is the fourth (4th) Wednesday of the month, and the date of deposit of my Social Security monthly disability benefits, but today there was no deposit. BUSH2 had it cut off. He has had this cessation long planned, but today it was effected. This is just another nail in the coffin for BUSH2, Cheney, and the tech CEO's. Making me dig my heels in deeper to finish the race running even faster, is not an effective strategy for these criminals.

### 5/20/2019 - Monday

Note To File

I received in the mail today a bill from the Social Security Administration demanding immediate payment of $74,755.20, due by June 3, or their threats would manifest. The letter was dated and mailed May 16, 2019.

I have a net worth of three figures because of George, so he thought loading this weight upon me now, would be enough to force me finally capitulate to his Satan.

### 6/5/2019 - Wednesday

[On 6/5/2019, I recorded another website meeting between the SSA in Baltimore, Maryland and George Walker BUSH. More evidence of their corruption.]

2-Way Conversation Below
Baltimore, Maryland, Verizon, SSA office? BUSH2 calling in amount due bill?
Making trouble? At 1:34pm ET
ColdHomePage | 151.196.126.165 | Jun 05th 10:34:31 | https://www.google.com/ | Mozilla/5.0 (Windows NT 10.0;
Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/74.0.3729.169 Safari/537.36 |
Clifton, NJ Digital Ocean, BUSH2 UA at 1:36pm ET
ColdHomePage | 104.248.12.44 | Jun 05th 10:36:51 | | Mozilla/5.0

## 2025 Attempt to Challenge the Claim of Overpayment Met with More Corruption and Abuse

**4/2/2025** – I filed a SSA Form SSA-561-U2 "Request for Reconsideration" along with a five-page letter and exhibits.

**4/26/2025** – I received a SSA letter scheduling teleconference meeting on 5/13/2025 at 11:00am ET.

**5/13/2025** - Teleconference Meeting with "Mr. SCHMITZ" Below are my notes to the file:

**Telephone Hearing: 10:58am received call from "Mr. Schmitz"**
**He was not prepared and refused to read my letter or look at the documents I mailed.**
**Said he would send a form and require income and debts to determine if I owe money**
**I had to spoon feed story, interrupted me preventing me from telling story.**
**I told him I was a victim of the corruption of SSA and he said he does not want "to get involved with politics"**
**and hung up on me at 11:10am.**

**5/31/2025** – Received SSA letter concluding I must pay back the money, but have 60-days to request a hearing with an administrative law judge of the Office of Disability Adjudication and Review.

**7/7/2025** - I wrote and dropped off a letter requesting a hearing before the administrative law judge, and included copies of lawsuits and exhibits for the judge.

**8/8/2025** - I received a letter from SSA demanding I pay them $72,310.20, or they are going to trash my credit, seize wages via garnishments, intercept tax receipts, among other abuses. I was denied my right to have a hearing before an administrative law judge as warranted in their letter of 5/31/2025.

**8/18/2025** - I received yet another threatening letter to pay the SSA $72,310.20 by 9/3/2025. Now it is confirmed I was denied my right to have a hearing with the administrative law judge as promised in the letter of 5/31/2025.

I do not know if this is just more corruption, or the cover up of the crimes the SSA has committed against me. But I am naming "Mr. SCHMITZ" as a John Doe defendant in *Bardes v. Bush et al*. There is no question as to his violations of my Constitutional Rights. Further I have now exhausted my remedies as to law, so I can proceed in federal court.

# David Andrew Bardes, *Sui Juris*

259 Whitmire Street
Brevard, North Carolina 28712
davidbardes@davidbardes.com
828-577-4775 (c)

June 21, 2017

Public Servant Amanda Stathakis
Disability Hearing Officer
Disability Determination Services of Raleigh
3301 Terminal Dr.
Raleigh, NC 27604

NC Department of Health and Human Services
Legal Department
2001 Mail Service Center
Raleigh, NC 27699-2001

Re:    Disability Hearing Report (xxx-xx-0100)
       Legal Notice of Intent to Sue
       *Bardes v. US Courts* (1:17-cv-89)
       Torturegate Corruption Scandal

Dear Servant Stathakis:

I object to your conducting some disability video-hearing in my absence, by mailing notices to old addresses, being too lazy to check current SSA records for correct addresses.

The SSA permanently ended my disability benefits more than a year ago, in June of 2016. What are you doing now? Should you not declare me disabled first, or again, before declaring me no longer disabled, now twice?

Six months after benefit cessation, on the day after last Christmas, an unnamed former Federal elected executive official ordered someone at the SSA Office of Central Operations in Maryland, to immediately turn all benefits back on, including paying a lump sum check for $9,296.10, for lost months since stopped last summer. Medicare was also instantly turned back on.

I never claimed to be disabled again, never applied for anything, signed nothing; it just mysteriously happened out-of-the-blue, with no explanation. The even more mysterious letter I received from the SSA Office of Central Operations in Maryland a day later, did not state I was declared disabled again, never mentioned anything medical at all, and the word disabled was not present anywhere in the three pages. The letter just starts "We can pay you beginning..." This letter of December 26, 2016, is enclosed, and contains no conditions under which these non-disability-dependent benefits could ever be stopped. Read it for yourself.

It was those at the top of the SSA Office of Central Operations in Maryland who turned the benefits instantly back on. After being ordered by the former Federal elected executive official, after his book publisher received my letter the Thursday before Christmas, shopping my book regarding the former elected official's corruption, leading the Torturegate Corruption Scandal.

Since the SSA declared me **not disabled** more than a year ago, and the mysterious Christmas SSA surprise benefits-forever letter also **did not declare me disabled** either, or again, so why do you now bother pretending there is a legal process to follow, writing a detailed 12-page smoke-screen report full of lies, concluding I have been declared **no longer disabled**, so benefits must now stop? Why hide the corruption, because everyone knows? Your report just proves your deep-willing involvement in the corruption, and your report defamatory slander, medical misdiagnoses without a license, and prejudicial fabrications to defraud.

### Prior Elected Federal Official Mad as Hell

The same prior Federal elected executive official who ordered the SSA Office of Central Operations in Maryland to instantly turn the benefits back on, is now **mad as hell** at me, for having filed another Federal lawsuit, indirectly involving his corruption, and then publishing my book for free, detailing his vast corruption leading the Torturegate Deep-State Corruption Scandal, and my second petition at the US Supreme Court, which ended the Torturegate Scandal. (UnspeakablePain.com)

What you did thankfully, in your pretending there was a legitimate necessary legal process here, writing a detailed 12-page report, allows me to prove at your deposition, the depth and breadth of the corruption, and gives me a path up the inside food-chain-of-corruption to identify the unnamed former Federal elected executive official, and their co-criminals at the top of the SSA Office of Central Operations in Maryland. Allowing me to then attach them, and the former Federal elected executive official into my lawsuit as Defendants, having caused direct and indirect financial losses and injuries, by breaking so many laws.

I am naming you as an already-captioned-unnamed Jane Doe Defendant in an existing federal action, *Bardes v. US Courts* (1:17-cv-89) in both tax-paid, and citizen-to-citizen capacities. I am writing my first amended complaint so the timing is optimal. Please accept this letter as legal notice of intent to sue. I will serve you with summons and complaint in time. I have already defeated sovereign immunity in the lawsuit, under both tax-paid, and citizen-to-citizen capacities, which your lawyers can find in PACER. I am suing you civilly for 300% of your net worth, termination of employment, and revocation of all benefits including retirement and pension.

### A Fluke of Unstoppable Corruption

Since the benefits were turned on not due to anything medical, or disabling, now declaring me no longer disabled, cannot stop them, according to the law. My medical condition is irrelevant, since it was irrelevant turning them on. The SSA Office of Central Operations letter turning them on, has no legal reason, or ability, stated anywhere to ever stop them. Read it for yourself. There is no way to stop the benefits without proving the corruption turning them on, as it identifies those corrupt, turning them off, with pretend reasons. It is a fluke of unstoppable corruption.

**Detailed Report of Fabricated Lies**

Your 12-page detailed report here, which was obviously unnecessary as to law, as I never claimed I was disabled again, after benefits were stopped last year, is riddled with proven lies.

Your report correctly states my disability stopped in June last year, and that I appealed then, but you knowingly-lie, stating your report now, one year later, is the result of that appeal. Your fictions left out I lost that appeal last year, then complete cessation of all benefits for half-a-year, and then the subsequent Christmas mysterious surprise restoration of benefits, now resulting in your feigning a medical-disability reason to stop them again.

Your false-claim I was disabled by Avascular Necrosis of the hip was a lie, as such can never disable anyone, proving **you have no medical knowledge at all**, despite having the word disability in your title, which violates laws and my civil rights, being a fraud. Then you contradicted yourself later anyway, proving a fraud again.

Your statement I am currently under the care of a psychologist and psychiatrist was a lie. Your claim I was currently suffering from a mental illness was a lie. Then you revoked all my vocation-protection laws, claiming I could be a "shaker" who shakes out table cloths.

You cited a Federal judge's judicial order, since proven wrong by the US Supreme Court, on my second time there, where the justices ended the Torturegate Corruption Scandal, disgracing the judge, who you rely on here for feigned-proof, claiming no injury ever happened to me, defeating my credibility, to insinuate I made up the injuries. All while giving the outward illusion you were obeying the law, doing something legal, and necessary.

Your volunteered unsolicited fictional smoke-screen report, and admissions of total medical ignorance about disability, legally becomes defamatory slander, illegal malpractice of medicine without a license, prejudicial and discriminatory fabrications to defraud, commissions of Federal torts, and violations of Federal civil rights. Your first deposition will take a week, as you wrote so many words, easily proving your guilt in deep-state corruption with evidence your lawyers will not like, and cannot defeat.

You need to be prosecuted and imprisoned, as all I can do is render you financially destitute in civil court. See you in court, servant.

A Tax-Payer,
I AM,


David Andrew Bardes, *Sui Juris*


Enclosure: December 26, 2016 SSA letter from Office of Central Operations, Baltimore, Maryland

M7

# Social Security Administration
# **Retirement, Survivors, and Disability Insurance**
Notice of Change in Benefits

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: December 26, 2016
Claim Number: 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 HA

0000740 0007641     1 MB   .419 1221MACTR7PI T35 P7

DAVID A BARDES
213 RAINBOW LAKE DR
BREVARD NC  28712-7733

*received deposit in U S Bank on 12/31/16*

We can pay you beginning September 2016.

## What We Will Pay

- You will soon receive a payment for $9,296.10, which is the money you are due through December 2016.

- Your next scheduled payment of $2,354.00 which is for January 2017, will be received on or about the fourth Wednesday of February 2017.

- After that you will receive $2,354.00 on or about the fourth Wednesday of each month.

## Information About Medicare

You are entitled to hospital and medical insurance under Medicare beginning June 2014.

We will reduce the payment you will receive shortly after February 22, 2017 by $107.00 because of medical insurance premiums.  When we figured the amount of your payment, we took into account all the medical insurance premiums which were previously paid or still due.  We will deduct medical insurance premiums 1 month in advance.

We are deducting past-due premiums from your check.

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048).  Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

**SEE NEXT PAGE**

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 HA                                            Page 2

If you have limited income and resources, we encourage you to
apply for the extra help that is available to assist with
Medicare prescription drug costs.  The extra help can pay the
monthly premiums, annual deductibles and prescription co-
payments.  To learn more or apply, please visit
www.socialsecurity.gov, call 1-800-772-1213 (TTY
1-800-325-0778) or visit the nearest Social Security office.



## Do You Think We Are Wrong?

If you do not agree with this decision, you have the right to
appeal.  We will review your case and look at any new facts you
have.  A person who did not make the first decision will decide
your case.  We will review the parts of the decision that you
think are wrong and correct any mistakes.  We may also review
the parts of our decision that you think are right.  We will
make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.
  We assume you received this letter 5 days after the date on
  it unless you show us that you did not receive it within
  the 5-day period.

- You must have a good reason if you wait more than 60 days
  to ask for an appeal.

- You can file an appeal with any Social Security office.
  You must ask for an appeal in writing.  Please use our
  "Request for Reconsideration" form, SSA-561-U2.  You may go
  to our website at www.socialsecurity.gov/online/ to find
  the form.  You can also call, write, or visit us to request
  the form.  If you need help to fill out the form, we can
  help you by phone or in person.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help
you.  There are groups that can help you find a representative
or give you free legal services if you qualify.  There also are
representatives who do not charge unless you win your appeal.
Your local Social Security office has a list of groups that can
help you with your appeal.

If you get someone to help you, you should let us know.  If you
hire someone, we must approve the fee before he or she can
collect it.  And if you hire a representative who is eligible
for direct pay, we will withhold up to 25 percent of any past
due benefits to pay toward the fee.

**SEE NEXT PAGE**

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 HA                                          Page 3

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector
General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on
the Internet to find general information about Social Security.
If you have any specific questions, you may call us toll-free
at 1-800-772-1213, or call your local Social Security office at
1-866-964-5053.  We can answer most questions over the phone.
If you are deaf or hard of hearing, you may call our TTY
number, 1-800-325-0778.  You can also write or visit any Social
Security office.  The office that serves your area is located
at:



                    SOCIAL SECURITY
                    205 S GROVE STREET
                    HENDERSONVILLE,NC 28792

If you do call or visit an office, please have this letter with
you.  It will help us answer your questions.  Also, if you plan
to visit an office, you may call ahead to make an appointment.
This will help us serve you more quickly when you arrive at the
office.

                    *Social Security Administration*