United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

TO: Judge Jeffery P. Hopkins

FROM: Ketsorin VanDyke, Deputy Clerk

DATE: 9/10/2025

SUBJECT: Case Caption: **Bardes v Bush, et al.,**

CASE: Case Number: Doc. 1:25-cv-661

Judges: Judge Hopkins / Magistrate Judge Bowman

File Date: 9/10/2025

---

This memorandum is to notify you that following cases are possibly related:

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Bardes v. Bush et al** | | |
| Case Number: | 1:22-cv-290 | District Judge: | Cole |
| File Date: | 5/26/2022 | Magistrate Judge: | Bowman |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Bardes v. Cole et al** | | |
| Case Number: | 1:24-cv-701 | District Judge: | Sr. District Judge Jack Zouhary |
| File Date: | 12/9/2024 | Magistrate Judge: | |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator **Ketsorin VanDyke** as follows:

**Judges' Response:**

- ☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- ☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____.

- ☒ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- ☐ We are unable to agree and will accept any decision made by the Chief Judge.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

- ☐ Other Direction of Judge:

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies