# IN THE UNITED STATES DISTRICT COURT
## For the District of Southern Ohio
## Southern Ohio District - Cincinnati, Ohio

Bardes v. Bush et al (No. 1:25-cv-661)

*Plaintiff:*

David Andrew BARDES, as a taxpayer

*Defendants:*

George Walker BUSH, individually
Richard Bruce CHENEY, individually
Barack Hussein OBAMA II, individually
Joseph Robinette BIDEN Jr., individually
Donald John TRUMP, officially and individually
William Henry GATES, III
MICROSOFT Corporation
Lawrence Edward PAGE
ALPHABET, Inc.
Timothy Donald COOK
APPLE, Inc.
Mark Elliot Zuckerberg
META PLATFORMS, INC.
Jeffrey Preston Bezos
AMAZON.COM, INC.
GODADDY INC.
UNITED STATES OF AMERICA
SOCIAL SECURITY ADMINISTRATION
CENTRAL INTELLGENCE AGENCY
FEDERAL BUREAU OF INVESTIGATION
Laura Lane Welch Bush
Assistant US Attorney John J. Stark, officially and individually
Jose A. Rodriguez Jr., individually
James Alton Cannon Jr., officially and individually
Paul W. Garfinkel, officially and individually
Dr. Ralph B. Piening III, MD
John and Jane DOE(s)

## MEMORANDUM IN OPPOSITION TO
## CANNON AND GARFINKEL'S MOTION TO DISMISS

1. If not for the lawlessness of disgraced former Sheriff James Alton CANNON, Jr. and disgraced former family court Judge Paul W. GARFINKEL, I would not be now objecting to their claims of protection from the law. Former Sheriff James Alton CANNON, Jr. was voted out of office for killing an ever increasing number of inmates in his jail, and Judge Paul W. GARFINKEL was forced to retire only two years into his six year term due to bizarre unstoppable corruption costing the state too much money to settle the constant flood of lawsuits, so I find it disingenuous that they now claim protection from the law based on judicial orders procured from federal judges bribed by George Walker BUSH and the CIA to dismiss lawsuits to protect themselves from the law. What we have is a circle-jerk of crooked civil servants caught in an endless loop of lawlessness.

2. Counsel for Defendants' CANNON and GARFINKEL timely filed a motion to dismiss on October 14, 2025 that consisted of a cut-and-paste defense previously used by bribed lawyers and orders from bribed judges in what appears to be yet another set up for the new judges to be similarly bribed to dismiss my lawsuit claiming I fabricated delusions and that I am the one who is insane.

3. This same cut-and-paste defense has worked before, so why waiver from success? My attempts to practice law among courts and judges who obey no laws, rather commit "Misprision of Felony" (18 U.S.C. § 4) where "A judge knows that a federal judge accepted bribes (a felony under 18 U.S.C. § 201(b)), yet fails to report the crime constitutes a criminal violation."

4. The current status of the related case *Bardes v. Cole* (1:24-cv-701) along with its long train of replaced, disgraced, and recused judges shines a bright light on this court having full and intimate knowledge my allegations of judicial bribery by District Judge Douglas R. COLE,

Magistrate Judge Karen L. LITKOVITZ, and Magistrate Judge Stephanie K. BOWMAN are indeed true. In fact, there is no other explanation for what has transpired.

5. Therefore, I object to Counsel's claims that I am fabricating delusions and I am insane, when I am the one who is obeying the law and telling the truth in a simple, factual, and sane manner. Any further delay by this court in referring these crimes to authorities not aligned with the corruption of George Walker BUSH and his loyalists, can be construed as such "Misprision of Felony."

6. I have full confidence that in a matter of time, this case and *Bardes v. Cole*, will be thoroughly investigated where each actor's actions will be examined as to the law, and criminal charges, prosecutions, and imprisonments will result. Perhaps this explains why the judges have quit or recused themselves. They see the writing on the wall. Until then, I am left to practice law in sea of massive corruption and ongoing crimes, therefore, I will address counsel's motion to dismiss.

**PREVIOUS CASES NULL AND VOID**

7. The bulk of counsel's motion relies on cases previously dismissed by criminally bribed federal judges rendering said judgements and words of the criminal judges NULL AND VOID. In formulating my Complaint, I was faced with the possibility of claiming "fraud on the court" under Rule 60(d)(3) to have each of the previous cases vacated in their respective districts, but this would require separate litigation in six separate districts/courts in four states which is impactable if not impossible and a waste of courts time and resources. Therefore, I have sought to consolidate into one action in the district with the highest number of cases with bribed judges as well as the location with the most numerous and most egregious injuries and crimes committed against me, specifically in Cincinnati, Ohio. This case entails a level of corruption never seen before in the history of the US Courts, and not only warrants a precedent but requires

several precedents.

## JURISDICTION AND TOLLING

8. Normally claiming "fraud on the court" under Rule 60(d)(3) vacating my first federal lawsuit, *Bardes v. Magera* (2:08-cv-487), where I had jurisdiction over CANNON AND GARFINKEL, would allow such jurisdiction once again without any statute of limitations and equitable relief tolling, but once again, due to the unique circumstances and depth of the crimes over the many cases, lends to extend jurisdiction within the Southern District of Ohio over CANNON AND GARFINKEL. Requiring me to litigate in six districts over four states amounts to inflicting further injury upon the victim and the one person who has not committed heinous crimes breaking laws.

## IMMUNITY

9. According to the Constitution, laws, and case law, civil servants only have immunity from actions that are lawful and part of their job duties. Committing heinous crimes like brutal hypothermic torture until the victims are declared dead only to then shoot them with a gun to feign a reason for their death (I was not dead) other than hypothermia, or conducting illegal lawless sham court trials to carry out plots of murdering victims to avoid legal claims against the state, only to then insert into agreements to release their victims from incarceration that the victim would not sue anyone as a result of his case, DO NOT CONSTITUTE LAWFULL JOB DUTIES OF ANYONE, and therefore there is NO IMMUNITY from legal redress and justice as to law.

## FAILURE TO STATE A CLAIM

10. Counsel throws this up on the wall hoping the spaghetti sticks. I most certainly did state a claim upon which relief may be granted.

## VEXATIOUS LITIGATOR

11. This reappearing demand that I be declared a *vexatious litigator* is a reoccurring wet-dream of those guilty of crimes deserving lengthy imprisonments. I am the only party engaging the courts in good faith and with clean hands. I object to punishment that frees my Defendants from the law and violates my rights.

## CONCLUSION

12. For the above-mentioned reasons, I respectively request the court to DENY Defendants Motion to Dismiss.


Respectfully submitted this day 27 of October, 2025,

x _____
David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

I hereby certify that a true copy of the above transmittal was deposited in the United States Postal Service and mailed, or emailed to:

Alexandra Foxx
Transparent Iowa
970-729-4373 or open

Denis Anderson Bishop Jr.
3323 Limberlo Drive, Apt E
Erlanger KY 41018
828-577-4986
h.sherto@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above memorandum was deposited in the United States Postal Service and mailed, or emailed to:

Alexander Foxx
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
bmarcus@orrick.com
kip.bollin@thompsonhine.com

John J. Stark
US Attorney Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
john.stark@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

William Henry GATES, III
1835 73rd Ave NE
Medina, WA 98039

Richard Bruce Cheney
4205 Greens Place
Wilson, WY 83014

US Attorney Dominick S. Gerace II
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202

US Attorney General Pamela Bondi
950 Pennsylvania Avenue NW
Washington DC 20530

This day 27, of October, 2025,

x _____
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

**David Andrew Bardes**
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
davidbardes@yahoo.com
828-577-4980

October 27, 2025

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Re: Filing of Memorandum in Opposition in *Bardes v. Bush et al* (1:25-cv-661)

Dear Clerk:

Please file the enclosed Memorandum in Opposition in *Bardes v. Bush et al* (1:25-cv-661.)

Thank you for your assistance.

Sincerely,

David Andrew Bardes, *Pro Se*



David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018



CINCINNATI OH 452
28 OCT 2025 PM 6 L

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

45202-397699