# IN THE UNITED STATES DISTRICT COURT
### For the District of Southern Ohio
### Southern Ohio District - Cincinnati, Ohio

**Bardes v. Bush et al (No. 1:25-cv-661)**

*Plaintiff:*

David Andrew BARDES, as a taxpayer

*Defendants:*

George Walker BUSH, individually
Richard Bruce CHENEY, individually
Barack Hussein OBAMA II, individually
Joseph Robinette BIDEN Jr., individually
Donald John TRUMP, officially and individually
William Henry GATES, III
MICROSOFT Corporation
Lawrence Edward PAGE
ALPHABET, Inc.
Timothy Donald COOK
APPLE, Inc.
Mark Elliot Zuckerberg
META PLATFORMS, INC.
Jeffrey Preston Bezos
AMAZON.COM, INC.
GODADDY INC.
UNITED STATES OF AMERICA
SOCIAL SECURITY ADMINISTRATION
CENTRAL INTELLGENCE AGENCY
FEDERAL BUREAU OF INVESTIGATION
Laura Lane Welch Bush
Assistant US Attorney John J. Stark, officially and individually
Jose A. Rodriguez Jr., individually
James Alton Cannon Jr., officially and individually
Paul W. Garfinkel, officially and individually
Dr. Ralph B. Piening III, MD
John and Jane DOE(s)

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS' TIMOTHY DONALD COOK AND APPLE, INC.

**UPDATE ON SERVICE TO DONALD JOHN TRUMP**

1. On September 15, 2025, I contracted a service processor in Maryland to serve summonses and complaints upon US Attorney General Pam Bondi at the US Department of Justice and to President Donald John TRUMP at the White House, see enclosed affidavits of service. According to USPS tracking, service was made upon Attorney General Bondi on September 24, 2025, but the mailing to the White House was never delivered, and has been tagged as "lost." I highly suspect George Walker BUSH and the CIA of preventing for now a third time any communication being delivered to TRUMP in regards to my lawsuits. Back in December of 2024 my two mailings to Donald John TRUMP at Mar-a-Lago were similarly "lost." I will now re-serve TRUMP but suspect BUSH and CIA will once again intercept and prevent delivery. I am unable to prevent George Walker BUSH from committing more crimes, and request the court take some action to stop BUSH and the CIA from further *Obstruction of Justice*.

**WILLFUL DEFAULT OF DEFENDANTS' TIMOTHY DONALD COOK AND APPLE, INC.**

2. Defendants' Timothy Donald COOK and APPLE, Inc. were properly served with summonses and Complaint at 8:03am on September 26, 2025. according to USPS tracking number #9505515209415267165286. Twenty-one days later not including the day of delivery, and a subsequent weekend, lands on October 20, 2025 as the deadline to answer or respond to my Complaint. I waited another week until today, October 29, 2025, and I have not received any answer or response from COOK or APPLE by mail and nothing has been posted on the docket in PACER. Defendants' Timothy Donald COOK and APPLE, Inc. have made the cognizant decision to not answer or respond to my Complaint and are now in default.

3. Defendants' Timothy Donald COOK and APPLE, Inc previous lawyer in *Bardes v. Bush et al* (1:22-cv-290) was served with a properly prepared Request for Waiver of Service but he informed me that he is not representing either party in this action. It is clear that Timothy Donald COOK and APPLE, Inc. have made the decision not to respond in any manner and have willingly chosen to default.

4. Due to Defendant Timothy Donald COOK's position as a leader in George Walker BUSH's criminal organization and APPLE, Inc.'s egregious crimes committed against me including but not limited to using my iPad to locate and track my position as the pair of Army A10-Warthogs spent a week flying hourly sorties looking for me, I attribute 15% of my requested monetary damages to Timothy Donald COOK and APPLE, Inc. I hereby motion the court to issue a default judgment ordering Defendants' Timothy Donald COOK and APPLE, Inc. to pay me $33 billion dollars, payable within fifteen (15) days of service of said order. Thank you.

Respectfully submitted this day 29, of October, 2025,

x __/s/__

David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above memorandum was deposited in the United States Postal Service and mailed, or emailed to:

Alexander Foxx
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
bmarcus@orrick.com
kip.bollin@thompsonhine.com

John J. Stark
US Attorney Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
john.stark@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

William Henry GATES, III
1835 73rd Ave NE
Medina, WA 98039

Richard Bruce Cheney
4205 Greens Place
Wilson, WY 83014

US Attorney Dominick S. Gerace II
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202

US Attorney General Pamela Bondi
950 Pennsylvania Avenue NW
Washington DC 20530

This day 29, of October, 2025,

x _____
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

Exhibit A

Affidavits of Service for
US Attorney General Pam Bondi and President Donald John TRUMP

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTHERN OHIO

David Bardes
        Plaintiff

vs.

Case No: 1:25-cv-661

George Walker Bush, et al.
        Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Kristine Ale a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, and Complaint with Exhibits

SERVE TO: Pamela Bondi, US Attorney General

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pamela Bondi, US Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 09/16/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1287 8437 45.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 09/16/2025

                                                                           Kristine Ale

Client Ref Number:
Job #:14156899

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTHERN OHIO

David Bardes
        Plaintiff

vs.

Case No: 1:25-cv-661

George Walker Bush, et al.
        Defendant(s)

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Kristine Ale a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, and Complaint with Exhibits

SERVE TO: Donald John Trump

SERVICE ADDRESS: 1600 Pennsylvania Avenue N.W., Washington, DC 20500

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Donald John Trump, 1600 Pennsylvania Avenue N.W., Washington, DC 20500 on 09/16/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1287 8437 21.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on **09/16/2025**

_____
Kristine Ale

Client Ref Number:
Job #:14153362

**David Andrew Bardes**
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
davidbardes@yahoo.com
828-577-4980

October 29, 2025

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Re: Filing of Motion in *Bardes v. Bush et al* (1:25-cv-661)

Dear Clerk:

Please file the enclosed motion in *Bardes v. Bush et al* (1:25-cv-661.)

Thank you for your assistance.

Sincerely,

David Andrew Bardes, *Pro Se*



CINCINNATI OH 452

29 OCT 2025 PM 6 L



David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018



Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202