# IN THE UNITED STATES DISTRICT COURT
**For the District of Southern Ohio**
Southern Ohio District - Cincinnati, Ohio

Bardes v. Bush et al (No. 1:25-cv-661)

| | |
|---|---|
| *Plaintiff:* | ) |
| | ) |
| David Andrew BARDES, as a taxpayer | ) |
| | ) |
| *Defendants:* | ) |
| | ) |
| George Walker BUSH, individually | ) |
| Richard Bruce CHENEY, individually | ) |
| Barack Hussein OBAMA II, individually | ) |
| Joseph Robinette BIDEN Jr., individually | ) |
| Donald John TRUMP, officially and individually | ) |
| William Henry GATES, III | ) |
| MICROSOFT Corporation | ) |
| Lawrence Edward PAGE | ) |
| ALPHABET, Inc. | ) |
| Timothy Donald COOK | ) |
| APPLE, Inc. | ) |
| Mark Elliot Zuckerberg | ) |
| META PLATFORMS, INC. | ) |
| Jeffrey Preston Bezos | ) |
| AMAZON.COM, INC. | ) |
| GODADDY INC. | ) |
| UNITED STATES OF AMERICA | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| CENTRAL INTELLGENCE AGENCY | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Laura Lane Welch Bush | ) |
| Assistant US Attorney John J. Stark, officially and individually | ) |
| Jose A. Rodriguez Jr., individually | ) |
| James Alton Cannon Jr., officially and individually | ) |
| Paul W. Garfinkel, officially and individually | ) |
| Dr. Ralph B. Piening III, MD | ) |
| John and Jane DOE(s) | ) |
| | ) |

## MEMORANDUM IN OPPOSITION TO META PLATFORMS, INC. AND MARK ZUCKERBERG'S MOTION TO DISMISS

1. Defendants' META PLATFORMS, INC. and Mark ZUCKERBERG hired three defense lawyers from three cities from two law firms, and based on their motion, between all three of them, they did not read the Complaint, nor its exhibits and incorporated filings from related cases specifically noted in my Complaint.

2. Counsel claiming "*Plaintiff provides no factual allegation to support the existence of a conspiracy between Mr. Zuckerberg and China or between Meta and China.*" proves they never read *Bardes v. Cole et al* (1:24-cv-701) Doc #15, filed 05/19/2025 titled "*Objections and Sounding Alarm Over Threats to the National Security of the United States.*"

3. That document contains the actual website log files from GoDaddy, which are considered to the level of "*irrefutable evidence*" in federal courts, that proves Mark ZUCKERBERG gave China "*full control*" over Facebook to monitor Facebook postings and put an end to viral runs on issues China finds objectionable in their censoring of American citizens on Facebook.

4. After stopping a viral Facebook run on May 6, 2025, China then accessed the NSA Super Data Center in Salt Lake City, Utah to look up the physical location of the American website visitors that posted my website "*ColdCellTorture.com*" to Facebook, proving George Walker BUSH and the CIA gave China full access to our nation's most secure intelligence networks. This proves Mark ZUCKERBERG and META PLATFORMS, INC. have betrayed our nation to a foreign nation. And this occurred only days after Mark ZUCKERBERG testified in US Congress that China did not have access to Facebook, after a former high level META executive published a book stating Mark ZUCKERBERG not only gave China access to Facebook to censor American citizens, but further Mark ZUCKERBERG approved custom programming and features that China had demanded.

5. So, for these three lawyers to tell this court "*Plaintiff provides no factual allegation to support the existence of a conspiracy between Mr. Zuckerberg and China or between Meta and China.*" proves they never read it, or that they are purposely lying to this court.

6. It is also obvious these lawyers who complained I made "*rambling claims*" and "*the Complaint is difficult to parse*" never bothered to read Exhibit B, which contains the "*irrefutable*" GoDaddy website log evidence of two viral runs on Facebook in 2018 that Mark ZUCKERBERG himself alerted Sarah Palin in Wasilla, Alaska, FBI officers aligned with George Walker BUSH and his group of criminal civil servants, and China, to bring an end to the viral runs. See Exhibit B - Exhibit-B-Website-Log-Records.pdf - Viral Facebook run #1, page 576-581; Viral Facebook run #2, Page 792-794.

7. In the first viral run, on July 29, 2018, someone in Marquette, Michigan found my website "*ColdCellTorture.com*" in Google and posted it to their mobile Facebook page. This automatically triggered internal Facebook software coded to find any postings regarding "*ColdCellTorture.com*" to then alert Mark ZUCKERBERG, who less than four minutes later visited from the IP address of META's corporate headquarters. Mark ZUCKERBERG then alerted Sarah Palin, the bad actors at the FBI, and China to put an end to the viral run.

8. As I stated in my Complaint, it was in 2018 that ten technology CEOs joined forces with George Walker BUSH and his underground criminal organization that the three orthodox Rabbis in Israel called "GOG AND MAGOG," to rig the then upcoming 2020 election. Exhibit B contains all the website log evidence of their joining GOG AND MAGOG, their negotiations with China who joined the criminals as partners, then their CIA recruitment of workers at the two voting machine companies in Toronto and the UK, and the resulting recruitment of killers to kill me to protect their secrets and successfully completed crimes.

# THE COURTS JURISDICTION OVER META PLATFORMS, INC. and Mark ZUCKERBERG

9. To the extent Mark ZUCKERBERG as one of the proven ring-leaders of GOG AND MAGOG, in conspiracy with governmental bad actors, and his long record of surveillance over me, in 2019 hired killers to come into Cincinnati, and to recruit killers within Cincinnati, to conduct five months of coordinated attacks to kill me, leaving me in the hospital for eighteen days, to then repeat the same feat in 2021 for ninety days, which only came to an end when I turned around and filed federal lawsuits in Cincinnati to stop repeated efforts to kill me, gives this court full personal jurisdiction over both Mark ZUCKERBERG and META PLATFORMS, INC. See *Bardes v. Bush et al* (1:22-cv-290) Doc#31 filed 12/21/2022 Exhibit 3 *"The Exile."*

10. This court claims personal jurisdiction over META PLATFORMS, INC. and Mark ZUCKERBERG under FRCP Rule 4(k)(1)(A) under Ohio's long-arm statute (Ohio Revised Code §2307.382(A)(3)) and the U.S. Constitution's due-process limits, which covers anyone who *"causes tortious injury by an act or omission in this state."* Certainly, using META's tools for long surveillance and conspiring to hire killers to come into Ohio, and sending killers from Ohio to kill someone in Ohio causes such tortious injury.

11. Based on *Calder v. Jones* (465 U.S. 783 (1984)) under the Due Process Clause, using META's tools for long surveillance and conspiring to hire killers to come into Ohio, and sending killers from Ohio, to kill someone in Ohio provides sufficient minimum contacts to permit the assertion of personal jurisdiction over META PLATFORMS, INC. and Mark ZUCKERBERG.

12. This court has Subject-Matter Jurisdiction under both Diversity of Parties (28 U.S.C 1332(a)) and Federal Question Jurisdiction (28 U.S.C. § 1331.) Plaintiff and Defendants are in different states and the damages exceed $75,000. Federal Question Jurisdiction where the Defendants

acted in conspiracy with governmental bad actors, that creates federal-law claims in addition to the IIED tort, under both 42 U.S.C. §1983 where the governmental bad actors were acting "*under color of law*." and 42 U.S.C. §1985(3) where the conspiracy deprived me of constitutional rights. This applies to my Constitutional violation claims.

## FAILING TO COMPLY WITH RULE 8 AND RULE 12(b)(6)

13. These claims appear to be more *cut-and-paste* defenses that I refute, claiming I clearly stated a claim and did so concisely. No reasonable person would have difficulty understanding my injuries and legal claims, at least those who bother to read everything. Which apparently these lawyers failed to do.

## CONCLUSION

14. For the above reasons, I respectively request the court DENY Defendants' Motion to Dismiss.

Respectfully submitted this day 6 of November, 2025,

x _____
David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above memorandum was deposited in the United States Postal Service and mailed, or emailed to:

Alexander Foxx
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
bmarcus@orrick.com
kip.bollin@thompsonhine.com

John J. Stark
US Attorney Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
john.stark@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

William Henry GATES, III
1835 73rd Ave NE
Medina, WA 98039

Richard Bruce Cheney
4205 Greens Place
Wilson, WY 83014

US Attorney Dominick S. Gerace II
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202

US Attorney General Pamela Bondi
950 Pennsylvania Avenue NW
Washington DC 20530

This day 6, of November, 2025,

x _____
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

**David Andrew Bardes**
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
davidbardes@yahoo.com
828-577-4980

November 6, 2025

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Re: Filing of Memorandum in Opposition in *Bardes v. Bush et al* (1:25-cv-661)

Dear Clerk:

Please file the enclosed Memorandum in Opposition in *Bardes v. Bush et al* (1:25-cv-661.)

Thank you for your assistance.

Sincerely,

David Andrew Bardes, *Pro Se*



David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

