# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DAVID ANDREW BARDES, | Case No. 1:25-cv-661 |
| Plaintiff, | District Judge Jeffery P. Hopkins |
| v. | Magistrate Judge Chelsey M. Vascura |
| GEORGE WALKER BUSH, et al. | |
| Defendants. | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2025, I electronically filed a *Suggestion of Failure of Service* (ECF No. 25) with the Clerk of Court using the CM/ECF system, and additionally caused service copies of said filing and this *Amended Certificate of Service* to be sent to *pro se* Plaintiff David Andrew Bardes by U.S. Mail at the following address:

**David Andrew Bardes**
3522 Kimberly Dr.
Apt. 8
Erlanger, KY 41018

*s/ Michael J.T. Downey*
MICHAEL J.T. DOWNEY
Assistant United States Attorney