# IN THE UNITED STATES DISTRICT COURT
**For the District of Southern Ohio**
Southern Ohio District - Cincinnati, Ohio

**Bardes v. Bush et al (No. 1:25-cv-661)**

| | |
|---|---|
| *Plaintiff:* | ) |
| | ) |
| David Andrew BARDES, as a taxpayer | ) |
| | ) |
| *Defendants:* | ) |
| | ) |
| George Walker BUSH, individually | ) |
| Richard Bruce CHENEY, individually | ) |
| Barack Hussein OBAMA II, individually | ) |
| Joseph Robinette BIDEN Jr., individually | ) |
| Donald John TRUMP, officially and individually | ) |
| William Henry GATES, III | ) |
| MICROSOFT Corporation | ) |
| Lawrence Edward PAGE | ) |
| ALPHABET, Inc. | ) |
| Timothy Donald COOK | ) |
| APPLE, Inc. | ) |
| Mark Elliot Zuckerberg | ) |
| META PLATFORMS, INC. | ) |
| Jeffrey Preston Bezos | ) |
| AMAZON.COM, INC. | ) |
| GODADDY INC. | ) |
| UNITED STATES OF AMERICA | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| CENTRAL INTELLGENCE AGENCY | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Laura Lane Welch Bush | ) |
| Assistant US Attorney John J. Stark, officially and individually | ) |
| Jose A. Rodriguez Jr., individually | ) |
| James Alton Cannon Jr., officially and individually | ) |
| Paul W. Garfinkel, officially and individually | ) |
| Dr. Ralph B. Piening III, MD | ) |
| John and Jane DOE(s) | ) |
| | ) |

## MEMORANDUM IN OPPOSITION TO APPLE, INC. AND TIMOTHY DONALD COOK'S MOTION TO DISMISS

1. Lawyer Edward G. Hubbard's Motion to Dismiss contains several serious lies that I want to address being purposely prejudicial.

**Hubbard's First Lie:**

2. On page 1, lawyer Hubbard states "*Plaintiff has been declared a vexatious litigant by the court and was required to seek leave prior to filing this instant complaint, which he failed to do so.*" This is a complete lie and I am surprised a BAR lawyer would be so dishonest. I was not "*declared*" a vexatious litigator by any court, rather there is a motion before the court made by a lawyer bribed by my *BUSH* Defendants and who is now a Defendant in this action.

**Hubbard's Second Lie:**

3. On page 3, lawyer Hubbard claims Judge Douglas R Cole's March 6, 2023 order of dismissal "*adopted*" the Magistrate's Report and Recommendations that recommended I be declared a vexatious litigator and that I then failed to challenge on appeal. This is a lie.

4. The truth is Judge Douglas R. Cole's order of dismissal *qualified* and *changed* the Magistrate's Report and Recommendations and as stating on page 2 "*Finally, the Court notifies Bardes that, should he file any more frivolous complaints, the Court will declare him a vexatious litigator.*" And again, stated on page 19, "*Finally, the Court notifies Bardes that submitting any additional objectively frivolous filings may result in the Court declaring him a vexatious litigator.*" This proves lawyer Hubbard is a liar, and is attempting to pass off these lies to achieve his malevolent ends.

5. Judge Douglas R. Cole dismissed the claimed "*factually frivolous*" case due to "*fanciful factual allegations*" only to be followed exactly two weeks later on March 20, 2023 when Judge Douglas R. Cole was caught having a secret meeting with my *BUSH* Defendants led by William Henry GATES, III and Lawrence Edward PAGE along with the CIA, which would never have a

need to occur if my allegations were actually *factually fanciful*. Upon confronting Judge Douglas R. Cole with the raw GoDaddy website log evidence along with accusations of accepting bribes from BUSH and the CIA, Judge Douglas R. Cole did not deny the secret meeting and bribing took place, instead he presented carefully worded alibis (see *Bardes v. Bush et al* (1:22-cv-290) doc#35 & 39.) Therefore, any reference or reliance on Judge Douglas R. Cole's criminally induced orders is tantamount to a furtherance of these heinous and disgraceful crimes. Given what has transpired in *Bardes v. Cole et al* (1:24-cv-701) over the past year only proves my allegations of criminal bribery as being true and Judge Douglas R. Cole orders as being *factually fanciful*, proving my claims against the *BUSH* Defendants by default.

6. It appears lawyer Hubbard merely read the cover page of Cole's dismissal and did not bother to read the whole document before making his false statements, or he is purposely lying to the court.

**Hubbard's Third Lie:**

7. On page 2, while summarizing my Complaint, lawyer Hubbard stated "*Plaintiff further alleges that a cabal of prominent political officials and CEO's has conspired...*" My objection here is his use of the antisemitic slur "*cabal*" insinuating that I myself used that word. I have never used that word in anything I have ever written. Given the meaning as an antisemitic dog whistle, revealing Hubbard's apparent hatred for Jews, I find it repulsive that he would claim I alleged something so repugnant.

8. I suspect lawyer Hubbard obtained that repulsive word from the QAon conspiracy lunatics. In 2017, after my petition at the US Supreme Court brought an end to George Walker BUSH's *TortureGate Corruption Scandal*, I was under 24/7 surveillance by BUSH and the CIA. Someone within the government who had access to my emails, sermons, and annotated website traffic logs,

began posting to the dark-web forum *4chan* under the name "Q" about a person who was battling a secret underground criminal "*deep state*" organization in an end times battle of GOG AND MAGOG that would end with what the prophets of Israel called "*The Dreaded Day of the Lord*" where God himself would execute all 120,000 members of the criminal group.

9. At the time, I was studying and writing about the eschatology of all three faiths in the God of Abraham and wrote about "*Al-Qa'im*" being the Islamic name for the person who this "Q" coopted from my writings. But the reporting of this "Q" poster grew into a worldwide conspiracy theory. The current day use of the word "*cabal*" comes from QAnon, see Wikipedia:

(https://en.wikipedia.org/wiki/QAnon)
*The Cabal and "the Storm"*
*QAnon's core beliefs are that the world is controlled by a secret cabal of Satan-worshipping child molesters, Trump is secretly battling to stop them, and Q reveals details about the battle online. According to one QAnon video, the battle between Trump and "the cabal" is of "biblical proportions", a "fight for earth, of good versus evil". Some QAnon supporters say the coming reckoning will be a "reverse rapture", that is "a revelation that means not only the end of the world but a new beginning", according to American political author Alexander Reid Ross.*

From the Anti-Defamation League:

(https://www.adl.org/resources/article/after-18-month-hiatus-new-qanon-posts-surface)
*QAnon first surfaced on 4chan in late 2017, when an anonymous user known as "Q" began making a series of cryptic posts on the board. Followers of Q, known as "anons," believe that Q is a military insider who has been sharing information about a secret war being waged by former president Donald Trump against the "Deep State," a cabal of shadowy pedophiles who control the world and engage in child sex trafficking. Anons believe that the cabal will be brought to justice during "the Storm," a day of reckoning in which the cabal and its collaborators will be arrested and sent to Guantanamo Bay, where they will face military tribunals and possible execution. If ardent members believe that this one facet of the QAnon prophecy has finally been fulfilled, then they might expect that the other tenets of QAnon lore – most notably "the Storm" – are soon to follow. As Q has promised in the past: "Nothing can stop what is coming."*

10. I have nothing to do QAnon or their online postings, rather I am just the person "Q" is referencing as the one fighting the battle of GOG AND MAGOG. And it is true that "*nothing can stop what is coming.*" Despite lawyer Hubbard's use of antisemitic slurs and dabbling in conspiracy theories, I have never spoken or written such words, rather I have been dealing with the very real and tangible battle against the powers and principalities of George Walker BUSH and those loyal to him. I adamantly object to lawyer Hubbard's efforts to prejudice me with his long train of lies.

11. On page 6 lawyer Hubbard claims "*He fails, however, to explain what an "Apple bot" is, or how a visit to his public website constitutes wrongdoing...*" It appears lawyer Hubbard may be from the *fax-machine dinosaur* generation and may also be unfamiliar with terms such as "web page," "website visitor," or "Internet." There is no need for me to educate lawyer Hubbard with twenty-first century common knowledge. It is also clear lawyer Hubbard has not read the exhibits associated with my Complaint, otherwise he would not make such statements.

**Doctrine of Claims Preclusion**

12. Lawyer Hubbard's entire legal argument of claims preclusion including all the case citations hinges on my previous lawsuit dismissals by Judge Douglas R. Cole as being lawfully issued. As we now painfully know, those orders were procured through criminal bribery at the hands of the *BUSH* Defendants, which undermines his entire argument rendering it moot as to the law.

**Failure to State a Claim and Lack of Personal Jurisdiction**

13. This appears to be *copy-and-paste* defenses that I addressed and incorporate herein to my opposition to META. INC./ZUCKERBERG's motion to dismiss (PACER Doc#20.)

**Insufficient Service of Process**

14. It is abundantly clear APPLE INC./COOK were timely served with summonses and

Complaint according to Rule 4 because they purposely waited until after the time to respond expired before submitting a responsive pleading of a motion to dismiss. At no time were they without timely knowledge and service.

**CONCLUSION**

15. Given lawyer Hubbard's outright lies and efforts to put repulsive antisemitic slurs into my mouth for the sole purpose of prejudicing me before the court, along with the reasons stated within, I respectively request the court DENY Defendants' Motion to Dismiss.

Respectfully submitted this day 25, of November, 2025,

x_____

David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above memorandum was deposited in the United States Postal Service and mailed, or emailed to:

Alexander Foxx
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
bmarcus@orrick.com
kip.bollin@thompsonhine.com

John J. Stark
Michael J.T. Downey
US Attorney Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
john.stark@usdoj.gov
Michael.Downey@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com

Edward G. Hubbard
101 E. Town St., Suite 500
Columbus, OH 43215
ehubbard@westonhurd.com

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

William Henry GATES, III
1835 73rd Ave NE
Medina, WA 98039

US Attorney Dominick S. Gerace II
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202

US Attorney General Pamela Bondi
950 Pennsylvania Avenue NW
Washington DC 20530

This day 25, of November, 2025,

x _____
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

**David Andrew Bardes**
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
davidbardes@yahoo.com
828-577-4980

November 25, 2025

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Re: Two filings in *Bardes v. Bush et al* (1:25-cv-661)

Dear Clerk:

Please file the two enclosed filings in *Bardes v. Bush et al* (1:25-cv-661.)

Thank you for your assistance.

Sincerely,

David Andrew Bardes, *Pro Se*

David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018



Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202