# IN THE UNITED STATES DISTRICT COURT
**For the District of Southern Ohio**
Southern Ohio District - Cincinnati, Ohio

Bardes v. Bush et al (No. 1:25-cv-661)

| | |
|---|---|
| *Plaintiff:* | ) |
| | ) |
| David Andrew BARDES, as a taxpayer | ) |
| | ) |
| *Defendants:* | ) |
| | ) |
| George Walker BUSH, individually | ) |
| Richard Bruce CHENEY, individually | ) |
| Barack Hussein OBAMA II, individually | ) |
| Joseph Robinette BIDEN Jr., individually | ) |
| Donald John TRUMP, officially and individually | ) |
| William Henry GATES, III | ) |
| MICROSOFT Corporation | ) |
| Lawrence Edward PAGE | ) |
| ALPHABET, Inc. | ) |
| Timothy Donald COOK | ) |
| APPLE, Inc. | ) |
| Mark Elliot Zuckerberg | ) |
| META PLATFORMS, INC. | ) |
| Jeffrey Preston Bezos | ) |
| AMAZON.COM, INC. | ) |
| GODADDY INC. | ) |
| UNITED STATES OF AMERICA | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| CENTRAL INTELLGENCE AGENCY | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Laura Lane Welch Bush | ) |
| Assistant US Attorney John J. Stark, officially and individually | ) |
| Jose A. Rodriguez Jr., individually | ) |
| James Alton Cannon Jr., officially and individually | ) |
| Paul W. Garfinkel, officially and individually | ) |
| Dr. Ralph B. Piening III, MD | ) |
| John and Jane DOE(s) | ) |
| | ) |

## OBJECTIONS AND CORRECTIONS TO ASSISTANT US ATTORNEY'S NOTICE OF SERVICE FAILURES

1. On November 19, 2025, Assistant United States Attorney Michael J.T. Downey of the Southern District of Ohio filed a Notice of Failure of Service (doc#25 & 26) claiming I have not served The United States of America, the Social Security Administration (SSA), the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), and Assistant United States Attorney (AUSA) John Stark. ASUA Downey stated "*To date, the United States Attorney for the Southern District of Ohio has not been served and none of the Federal Agency Defendants have received such copies. Accordingly, service has not been effected on any of the Federal Defendants.*"

2. The truth is only the FBI and CIA have not been served, but ASUA Downey's records apparently reflect none have "*received such copies*" which proves what I have suspected, that is George Walker BUSH and the CIA have intercepted the service mailings because they are terrified of US Attorney General Pam Bondi, President Donald TRUMP, or anyone friendly to TRUMP, reading the lawsuit that contains the raw website log evidence that my Defendants rigged the 2020 election, and subsequently effected TRUMP's criminal trials and then the CIA recruitment of Thomas Crooks to shoot TRUMP. President Donald John TRUMP has already broadcast that he will send the military to attack and kill all the members of what he calls the "*Deep State.*" I am not a TRUMP supporter and despise what he has done to our nation, but to the extent I can use one adversary to destroy another, in efforts to save our nation, I do so as my civic duty.

3. I offer as proof, the USPS tracking records of my process server's mailings of the summonses and Complaints to the various parties. The tracking records establish a pattern of criminal activity that could only be affected by the known tools and capabilities of the CIA loyal to and directed by George Walker BUSH.

**Service Upon George Walker BUSH**

4. Starting with the service upon George Walker BUSH, the tracking records found in Exhibit A, reflect the summons and Complaint being mailed with tracking number 9505 5152 0941 5267 1653 85, on September 24, 2025, with 2-day delivery expected on September 26, 2025. On the morning of September 26, 2025, at 6:21am the package was "*out for delivery*" to the Dallas BUSH residence. The next reporting at 9:13am stated the package was "*Held at the post office at the customer's request.*"

5. At 2:00pm, I sent an email from myself to myself addressing George Walker BUSH, knowing the CIA hacks my Yahoo email account, stating "*George, this screenshot of USPS tracking is not only evidence you had foreknowledge of the lawsuit coming to you, but further that you purposely evaded service of summons and suit knowing the contents. ...This also proves that you hacked my email, and had surveillance upon me, as my name is not on the envelope, so the only way you would know the contents to avoid delivery is by committing the crimes my lawsuit accuses you of committing.*"

6. George Walker BUSH was not aware of the detailed USPS tracking, and as a result of my rebuke he or his agent quickly drove to his post office and picked up the package at 4:56pm.

**Service Upon President Donald TRUMP**

7. I hired a process server out of Washington, DC to serve President Donald John TRUMP and US Attorney General Pam Bondi. Their affidavit of service and USPS tracking is found in Exhibit B. Mailed on September 18, 2025 under tracking number 9414 8362 0855 1287 8437 21, the package was quickly "*Lost*" and never delivered. All USPS efforts to find the package failed; it simply vanished. A second attempt to serve President TRUMP was mailed on October 29, 2025 under tracking number 9505 5152 0943 5302 1299 74, with two-day delivery scheduled for the

31st. Five days later on November 4, 2025, at 11:23am, the first "*attempt to deliver*" to the White House failed and reported as the "*Business Being Closed*" and "*Redelivery Scheduled for Next Business Day.*"

8. The White House never closes. No "*redelivery attempt the next business day*" was ever made because eight days later on November 12, 2025, a mystery person picked up the package at the post office in the middle of the night at 4:16am. Tracking reported "*Individual Picked Up at Post Office at 4:16am.*" I can guarantee you that no one at the White House who is loyal to Donald Trump has any knowledge of the lawsuit's existence.

**Service Upon US Attorney General Pam Bondi**

9. Exhibit C contains the affidavit of service and USPS tracking showing mailing on September 19, 2025 at 10:23am under tracking number 9414 8362 0855 1287 8437 45. On September 23, 2025 an attempt to deliver to the US Department of Justice at 12:34pm failed and reported as "*Redelivery Scheduled for Next Business Day.*" The next day in the middle of the night, a mystery person picked up the package from the post office at 4:47am. I can guarantee you that no one at the US Department of Justice has any knowledge of the lawsuit's existence, confirmed by ASUA Downey's claim I never served the US Attorney General.

**Service Upon the Social Security Administration (SSA)**

10. A similar story played out with the SSA as evidenced in Exhibit D. Mailed on September 24, 2025 under tracking number 9505 5152 0941 5267 1652 24, the package arrived at the Baltimore post office on September 26, 2025 at 8:15am, and it appears a person was expecting it, as twenty minutes later tracking reporting shows "*Individual Picked Up at Post Office at 8:35am.*" The fact ASUA Downey claims I never served the SSA again reflects the BUSH directed CIA staged a person to prevent the lawsuit from ever reaching anyone at the SSA.

**Service Upon the US Attorney in Cincinnati**

11. Exhibit E contains the tracking for the package to the US Attorney and John J. Stark in Cincinnati. Tracking reports on September 26, 2025 at 2:46pm "*Delivered In/At Mailbox.*" ASUA Downey claims I failed to serve them, but the well-established pattern of the BUSH directed CIA interceptors preventing delivery to the parties they do not want knowledge of the suit becomes self-evident.

12. The CIA pattern of holding the packages at the post office for a covert courier to intercept started with George Walker BUSH himself, and has been consistent for all of the deliveries. My Defendants are petrified of what Donald John TRUMP would do to them if informed, so making the lawsuit disappear becomes zealous self-preservation.

13. The unknown is whether Assistant United States Attorney Michael J.T. Downey has been similarly twisted and is now chiding me for what is an endless loop of governmental corruption and crimes. It appears he shares the same office with comrade John J. Stark who is a known stool of BUSH and the CIA.

14. I object to ASUA Downey's false service claim failures and while I have not served the CIA and FBI, there is no expectation that I would ever be able to do so. I cannot complete with so many corrupt criminal civil servants and judges who obey no laws or rules of the court, nor honor their oaths. But given the fact ASUA Downey obviously has full knowledge of summonses and Complaint along with the list of Defendants, I am making the claim they have all been served to the best of my ability according to rules that only I am apparently held to account.

15. Lastly, I object to ASUA Downey's reminder to the court of his comrade's motion to declare me a *vexatious litigator* in the *Cole* case, when I am the only person in both cases that has clean hands. It is my Defendants' *wet-dream* to have me declared a *vexatious litigator*. I am fully

confident that in due time, both of my lawsuits along with all the corrupt players will be held to account for their actions and words.

Respectfully submitted this day 25, of November, 2025,

x _____
David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above memorandum was deposited in the United States Postal Service and mailed, or emailed to:

Alexander Foxx
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
bmarcus@orrick.com
kip.bollin@thompsonhine.com

John J. Stark
Michael J.T. Downey
US Attorney Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
john.stark@usdoj.gov
Michael.Downey@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com

Edward G. Hubbard
101 E. Town St., Suite 500
Columbus, OH 43215
ehubbard@westonhurd.com

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

William Henry GATES, III
1835 73rd Ave NE
Medina, WA 98039

US Attorney Dominick S. Gerace II
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202

US Attorney General Pamela Bondi
950 Pennsylvania Avenue NW
Washington DC 20530

This day 25, of November, 2025,

x _/s/_____

David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

Exhibit A

USPS Tracking Service Upon George Walker BUSH



Exhibit B

Service Affidavit and USPS Tracking Service Upon Donald John TRUMP



Tracking Number:
**9505515209435302129974** White House - Trump

### Latest Update
Your item was picked up at the post office at 4:16 am on November 12, 2025 in WASHINGTON, DC 20500.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

- **Delivered**
  Delivered, Individual Picked Up at Post Office
  WASHINGTON, DC 20500
  November 12, 2025, 4:16 am

- Redelivery Scheduled for Next Business Day
  WASHINGTON, DC 20500
  November 4, 2025, 11:23 am

- Arrived at Post Office
  WASHINGTON, DC 20500
  November 4, 2025, 10:01 am

- Departed USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 4, 2025, 7:10 am

- Arrived at USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 4, 2025, 6:57 am

- Departed USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 4, 2025, 5:45 am

- Arrived at USPS Regional Destination Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 3, 2025, 8:31 am

- Arrived at USPS Regional Destination Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 2, 2025, 2:44 pm

- Arrived at USPS Regional Destination Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 2, 2025, 2:17 am

- Arrived at USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 2, 2025, 1:01 am

- In Transit to Next Facility
  November 2, 2025, 12:39 am

- Departed USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 2, 2025, 12:01 am

- Arrived at USPS Regional Destination Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 1, 2025, 4:30 pm

- Arrived at USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  November 1, 2025, 2:24 am

- Arrived at USPS Regional Destination Facility
  WASHINGTON DC DISTRIBUTION CENTER
  October 31, 2025, 11:36 pm

- Arrived at USPS Regional Destination Facility
  WASHINGTON DC DISTRIBUTION CENTER
  October 31, 2025, 2:05 pm

- Arrived at USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  October 31, 2025, 6:39 pm

- Arrived at USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  October 31, 2025, 1:53 pm

- Arrived at USPS Regional Facility
  WASHINGTON DC DISTRIBUTION CENTER
  October 31, 2025, 1:13 pm

- In Transit to Next Facility
  October 31, 2025, 10:37 am

- In Transit to Next Facility
  October 31, 2025, 7:10 am

- Departed USPS Regional Facility
  CINCINNATI OH DISTRIBUTION CENTER
  October 31, 2025, 3:40 am

- Arrived at USPS Regional Facility
  CINCINNATI OH DISTRIBUTION CENTER
  October 31, 2025, 3:05 am

- In Transit to Next Facility
  October 31, 2025, 3:01 am

- Departed USPS Facility
  CINCINNATI, OH 45345
  October 31, 2025, 2:49 am

- Arrived at USPS Origin Facility
  CINCINNATI, OH 45345
  October 30, 2025, 7:27 pm

- In Transit to Next Facility
  October 30, 2025

- Departed Post Office
  ERLANGER, KY 41018
  October 29, 2025, 6:11 pm

- USPS in possession of item
  ERLANGER, KY 41018
  October 29, 2025, 10:19 am

Hide Tracking History

What Do USPS Tracking Statuses Mean?

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTHERN OHIO

David Bardes
        **Plaintiff**

vs.        Case No: 1:25-cv-661

George Walker Bush, et al.
        **Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Kristine Ale a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, and Complaint with Exhibits

SERVE TO: Donald John Trump

SERVICE ADDRESS: 1600 Pennsylvania Avenue N.W., Washington, DC 20500

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Donald John Trump, 1600 Pennsylvania Avenue N.W., Washington, DC 20500 on 09/16/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1287 8437 21.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 09/16/2025

        Kristine Ale

Client Ref Number:
Job #:14153362

# Exhibit C

## Service Affidavit and USPS Tracking Service Upon US Attorney General Bondi



IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTHERN OHIO

David Bardes
    **Plaintiff**

vs.

Case No: 1:25-cv-661

George Walker Bush, et al.
    **Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Kristine Ale a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, and Complaint with Exhibits

SERVE TO: Pamela Bondi, US Attorney General

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pamela Bondi, US Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 09/16/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1287 8437 45.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on **09/16/2025**

_Kristine Ale_

Kristine Ale

Client Ref Number:
Job #:14156899

# Exhibit D

## USPS Tracking Service Upon the Social Security Administration (SSA)

/tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9505515209415267165224%2C

**Tracking Number:** 9505515209415267165224 — **Social Security Administration**

Copy | Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 8:35 am on September 26, 2025 in BALTIMORE, MD 21235.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

- **Delivered**
  Delivered, Individual Picked Up at Post Office
  BALTIMORE, MD 21235
  September 26, 2025, 8:35 am

- **Arrived at Post Office**
  BALTIMORE, MD 21235
  September 26, 2025, 8:15 am

- **Arrived at USPS Regional Facility**
  BALTIMORE MD DISTRIBUTION CENTER
  September 25, 2025, 4:10 pm

- **In Transit to Next Facility**
  September 25, 2025, 2:54 pm

- **Departed USPS Regional Facility**
  LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
  September 25, 2025, 2:47 pm

- **Arrived at USPS Regional Facility**
  LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
  September 25, 2025, 2:30 pm

- **In Transit to Next Facility**
  September 25, 2025, 10:54 am

- **In Transit to Next Facility**
  September 25, 2025, 7:31 am

- **Departed USPS Regional Facility**
  CINCINNATI OH DISTRIBUTION CENTER
  September 25, 2025, 4:11 am

- **Arrived at USPS Regional Facility**
  CINCINNATI OH DISTRIBUTION CENTER
  September 25, 2025, 3:03 am

- **In Transit to Next Facility**
  September 25, 2025, 3:00 am

- **Departed USPS Facility**
  CINCINNATI, OH 45246
  September 25, 2025, 2:35 am

- **Arrived at USPS Origin Facility**
  CINCINNATI, OH 45246
  September 24, 2025, 10:40 pm

- **Departed Post Office**
  ERLANGER, KY 41018
  September 24, 2025, 5:07 pm

- **USPS in possession of item**
  ERLANGER, KY 41018
  September 24, 2025, 10:58 am

Hide Tracking History

Exhibit E

USPS Tracking Service Upon the US Attorney for the Southern District of Ohio in Cincinnati

jo/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9505515209415267165248%2C

**Tracking Number:**
9505515209415267165248   **Cincy US Attorney**
Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered in or at the mailbox at 2:46 pm on September 26, 2025 in CINCINNATI, OH 45202.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, In/At Mailbox
CINCINNATI, OH 45202
September 26, 2025, 2:46 pm

**Out for Delivery**
CINCINNATI, OH 45202
September 26, 2025, 7:04 am

**Arrived at Post Office**
CINCINNATI, OH 45203
September 26, 2025, 6:53 am

**Arrived at USPS Facility**
CINCINNATI, OH 45203
September 26, 2025, 4:49 am

**Departed USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 26, 2025, 4:24 am

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 26, 2025, 1:07 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
September 25, 2025, 3:08 pm

**Arrived at USPS Regional Facility**
CINCINNATI OH DISTRIBUTION CENTER
September 25, 2025, 8:59 am

**Departed USPS Facility**
CINCINNATI, OH 45246
September 25, 2025, 8:50 am

**Arrived at USPS Facility**
CINCINNATI, OH 45246
September 24, 2025, 10:39 pm

**Departed Post Office**
ERLANGER, KY 41018
September 24, 2025, 5:07 pm

**USPS in possession of item**
ERLANGER, KY 41018
September 24, 2025, 10:59 am

Hide Tracking History



David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018



Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202