**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**AT CINCINNATI**

| | |
|---|---|
| David Andrew Bardes, | Case No. 1:25-CV-661 |
| Plaintiff, | Judge Jeffery P. Hopkins |
| vs. | |
| George Walker Bush, et al., | |
| Defendants. | |

### DEFENDANTS' REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS THE COMPLAINT

Now come Defendants Apple Inc. ("Apple") and Timothy Cook ("Cook") and reply to the Plaintiff's Memorandum in Opposition to the Defendants' Motion to Dismiss the Complaint (Doc # 31). Plaintiff's Opposition, like his Complaint, is replete with non-sequiturs and baseless allegations of conspiracy, neither of which elucidate, let alone save, his claims against these Defendants.

Furthermore, contrary to Plaintiff's argument, the Sixth Circuit's Order dismissing his prior action states unequivocally that, "[t]he district court . . . declared Bardes a vexatious litigator, enjoining him from filing any additional pleadings without leave of court." *Bardes v. Bush*, No. 23-3272, 2023 WL 9318039, at *1 (6th Cir. Dec. 4, 2023), *cert. denied*, 144 S. Ct. 1061, 218 L. Ed. 2d 243 (2024). Moreover, Plaintiff does not seem to dispute that the District Court, in adopting that part of the Magistrate's Report and Recommendation, required him to seek leave of court before commencing any future litigation or that he failed to do so in this case. For this reason and those set forth in Defendants' Motion—none of which Plaintiff substantively addresses in his Opposition—Plaintiff's Complaint should be dismissed.

Respectfully submitted,

By: /s/ *Edward G. Hubbard*
Edward G. Hubbard (0067784)
WESTON HURD LLP
101 E. Town St. - Suite 500
Columbus, OH 43215
614-280-1125 (direct)
614-280-0200 (main)
614-280-0204 (fax)
ehubbard@westonhurd.com
*Trial Attorney for Defendants Apple Inc. and Timothy Cook*

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, a copy of the foregoing *Motion to Dismiss* was served on the registered ECF participants, electronically through the court's ECF System at the e-mail address registered with the Court and by regular mail upon the Plaintiff at:

David Andrew Bardes
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018

/s/ *Edward G. Hubbard*
Edward G. Hubbard (0067784)
*Trial Attorney for Defendants Apple Inc. and Timothy Cook*

AFSDOCS:304405316.1

2