UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **DAVID ANDREW BARDES,** : | |
| : | Case No. 1:25-cv-00661 |
| Plaintiff, : | |
| : | |
| v. : | Judge Jeffrey P. Hopkins |
| : | |
| **GEORGE WALKER BUSH, et al.** : | |
| : | |
| Defendants. : | |

## CORPORATE DISCLOSURE STATEMENT

In compliance with the Corporate Disclosure Statement provisions in Local Rule 7.1.1[1], this Corporate Disclosure Statement is filed on behalf of Defendant Alphabet Inc. ("Alphabet").

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Alphabet Inc. discloses the following: Alphabet Inc. is a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Respectfully submitted,

/s/ Alexander X. Shadley
Anthony L. Osterlund (0071086)
 *Trial Attorney*
Alexander X. Shadley (0100801)
Vorys Sater Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
Telephone/Facsimile: (513) 723-4678
alosterlund@vorys.com
axshadley@vorys.com
*Counsel for Defendants Alphabet Inc. and Lawrence Edward Page*

---

[1] Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under a common control with a publicly held corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case. S.D. Ohio Civ. R. 7.1.1.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all parties and counsel registered with ECF.  In addition, Plaintiff has been served by email and regular mail as follows:

David Andrew Bardes
3522 Kimberly Drive, Apt. 8
Erlanger, KY 41018
davidbardes@yahoo.com

                                                  */s/ Alexander X. Shadley*
                                                  Alexander X. Shadley