# IN THE UNITED STATES DISTRICT COURT
### For the District of Southern Ohio
### Southern Ohio District - Cincinnati, Ohio

### Bardes v. Bush et al (No. 1:25-cv-661)

*Plaintiff:*  )
             )
David Andrew BARDES, as a taxpayer )
             )
*Defendants:* )
             )
George Walker BUSH, individually )
Richard Bruce CHENEY, individually )
Barack Hussein OBAMA II, individually )
Joseph Robinette BIDEN Jr., individually )
Donald John TRUMP, officially and individually )
William Henry GATES, III )
MICROSOFT Corporation )
Lawrence Edward PAGE )
ALPHABET, Inc. )
Timothy Donald COOK )
APPLE, Inc. )
Mark Elliot Zuckerberg )
META PLATFORMS, INC. )
Jeffrey Preston Bezos )
AMAZON.COM, INC. )
GODADDY INC. )
UNITED STATES OF AMERICA )
SOCIAL SECURITY ADMINISTRATION )
CENTRAL INTELLGENCE AGENCY )
FEDERAL BUREAU OF INVESTIGATION )
Laura Lane Welch Bush )
Assistant US Attorney John J. Stark, officially and individually )
Jose A. Rodriguez Jr., individually )
James Alton Cannon Jr., officially and individually )
Paul W. Garfinkel, officially and individually )
Dr. Ralph B. Piening III, MD )
John and Jane DOE(s) )
             )

## REQUEST AND AFFIDAVIT OF DEFAULT TO THE CLERK FOR ENTRY OF DEFAULT AGAINST GEORGE WALKER BUSH AND LAURA LANE WELCH BUSH

1. I, Plaintiff David Andrew Bardes, proceeding *pro se*, respectfully request that the Clerk of Court enter default against Defendants George Walker BUSH and Laura Lane Welch Bush pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and in support state as follows:

2. Defendants were served by certified mail with the summonses and Complaint in accordance with Rule 4(e.) The Process Server's Affidavit of Service is found in PACER doc#11.

3. The USPS tracking records found in Exhibit A, reflect the summonses and Complaint being mailed with tracking number 9505 5152 0941 5267 1653 85, on September 24, 2025, with 2-day delivery expected on September 26, 2025. On the morning of September 26, 2025, at 6:21am the package was "*out for delivery*" to the Dallas BUSH residence. The next reporting at 9:13am stated the package was "*Held at the post office at the customer's request.*"

4. At 2:00pm, I sent an email from myself to myself addressing George Walker BUSH, knowing the CIA hacks my Yahoo email account, stating "*George, this screenshot of USPS tracking is not only evidence you had foreknowledge of the lawsuit coming to you, but further that you purposely evaded service of summons and suit knowing the contents. ...This also proves that you hacked my email, and had surveillance upon me, as my name is not on the envelope, so the only way you would know the contents to avoid delivery is by committing the crimes my lawsuit accuses you of committing.*"

5. George Walker BUSH was not aware of the highly detailed USPS tracking, and as a result of my rebuke, he or his agent quickly drove to his post office before closing and picked up the package at 4:56pm.

6. Defendants' 21-day time period to respond, including the abeyance for the government shutdown, expired on December 1, 2025.

7. As of the date of this request, December 7, 2025, no answer, motion, or other responsive

pleading has been filed.

8. To the best of my knowledge, Defendants are not infants, incompetent persons, or members of the armed forces of the United States within the meaning of 50 U.S.C. § 3931.

9. Plaintiff, therefore, requests that the Clerk enter the default of Defendants George Walker BUSH and Laura Lane Welch Bush, for failure to plead or otherwise defend. I will file a Motion for Default Judgment after the entry of default has been entered.

10. I declare under penalty of perjury that the foregoing is true and correct.


Respectfully submitted this day 7, of December, 2025,

x_____

David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above memorandum was deposited in the United States Postal Service and mailed, or emailed to:

Alexander Foxx
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
bmarcus@orrick.com
kip.bollin@thompsonhine.com

John J. Stark
Michael J.T. Downey
US Attorney Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
john.stark@usdoj.gov
Michael.Downey@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com

Edward G. Hubbard
101 E. Town St., Suite 500
Columbus, OH 43215
ehubbard@westonhurd.com

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

William Henry GATES, III
1835 73rd Ave NE
Medina, WA 98039

This day 7, of December, 2025,
x _____
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

# Exhibit A

## USPS Delivery Receipt to Defendants George Walker BUSH and Laura Lane Welch Bush

m/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9505515209415267165385%2C

**Tracking Number:**
**9505515209415267165385**     Bush - "Picked Up"

Copy     Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:56 pm on September 26, 2025 in DALLAS, TX 75229.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

● **Delivered**
Delivered, Individual Picked Up at Post Office
DALLAS, TX 75229
September 26, 2025, 4:56 pm

● **Held at Post Office, At Customer Request**
DALLAS, TX 75229
September 26, 2025, 9:13 am

● **Out for Delivery**
DALLAS, TX 75229
September 26, 2025, 6:21 am

● **Arrived at Post Office**
DALLAS, TX 75229
September 26, 2025, 6:10 am

● **Departed USPS Regional Facility**
DALLAS TX DISTRIBUTION CENTER
September 26, 2025, 3:05 am

● **Arrived at USPS Regional Destination Facility**
DALLAS TX DISTRIBUTION CENTER
September 26, 2025, 1:13 am

● **Arrived at USPS Origin Facility**
CINCINNATI, OH 45246
September 24, 2025, 10:39 pm

● **Departed Post Office**
ERLANGER, KY 41018
September 24, 2025, 5:07 pm

● **USPS in possession of item**
ERLANGER, KY 41018
September 24, 2025, 11:03 am

● Hide Tracking History

**David Andrew Bardes**
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
davidbardes@yahoo.com
828-577-4980

December 7, 2025

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Re: Filing in *Bardes v. Bush et al* (1:25-cv-661)

Dear Clerk:

Please enter the enclosed default in *Bardes v. Bush et al* (1:25-cv-661.)

Thank you for your assistance.

Sincerely,

David Andrew Bardes, *Pro Se*

David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018

CINCINNATI OH 452
9 DEC 2025 PM 4 L



Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

45202-397699

