# IN THE UNITED STATES DISTRICT COURT

For the District of Southern Ohio
Southern Ohio District - Cincinnati, Ohio

Bardes v. Bush et al (No. 1:25-cv-661)

| | |
|---|---|
| *Plaintiff:* | ) |
| | ) |
| David Andrew BARDES, as a taxpayer | ) |
| | ) |
| *Defendants:* | ) |
| | ) |
| George Walker BUSH, individually | ) |
| Richard Bruce CHENEY, individually | ) |
| Barack Hussein OBAMA II, individually | ) |
| Joseph Robinette BIDEN Jr., individually | ) |
| Donald John TRUMP, officially and individually | ) |
| William Henry GATES, III | ) |
| MICROSOFT Corporation | ) |
| Lawrence Edward PAGE | ) |
| ALPHABET, Inc. | ) |
| Timothy Donald COOK | ) |
| APPLE, Inc. | ) |
| Mark Elliot Zuckerberg | ) |
| META PLATFORMS, INC. | ) |
| Jeffrey Preston Bezos | ) |
| AMAZON.COM, INC. | ) |
| GODADDY INC. | ) |
| UNITED STATES OF AMERICA | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| CENTRAL INTELLGENCE AGENCY | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Laura Lane Welch Bush | ) |
| Assistant US Attorney John J. Stark, officially and individually | ) |
| Jose A. Rodriguez Jr., individually | ) |
| James Alton Cannon Jr., officially and individually | ) |
| Paul W. Garfinkel, officially and individually | ) |
| Dr. Ralph B. Piening III, MD | ) |
| John and Jane DOE(s) | ) |
| | ) |

# MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS GEORGE WALKER BUSH, LAURA LANE WELCH BUSH, AND WILLIAM HENRY GATES, III

1. Defendants' George Walker BUSH, Laura Lane Welch Bush, and William Henry GATES, III have salient reasons to knowingly and willingly default from answering or otherwise plead against my Complaint, especially given the weight of the raw website log evidence provided in the Complaint and exhibits. Their defaults have been noticed on the docket.

2. Being the *ring-leaders* of their underground criminal organization, I have allocated 60% of my total $222 billion dollars sought in damages be taxed against them, which calculates to $66.6 billion dollars for each of the married BUSH couple and of GATES. Given the vast evil perpetrated upon me, I could justify the entire claim amount against them, but choose a lessor amount to preserve claims against their lessor but also culpable co-conspirators.

3. Therefore, according to Rule 55, I hereby motion the court to issue a default judgment ordering Defendants' George Walker BUSH and wife Laura Lane Welch Bush to pay me $66.6 billion dollars cash, and Defendant William Henry GATES, III to pay me $66.6 billion dollars cash, payable within fifteen (15) days of service of said issued order. Thank you.

Respectfully submitted this day 12, of December, 2025,

x _/s/_
David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above memorandum was deposited in the United States Postal Service and mailed, or emailed to:

Alexander Foxx
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
bmarcus@orrick.com
kip.bollin@thompsonhine.com

John J. Stark
Michael J.T. Downey
US Attorney Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
john.stark@usdoj.gov
Michael.Downey@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com

Edward G. Hubbard
101 E. Town St., Suite 500
Columbus, OH 43215
ehubbard@westonhurd.com

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

William Henry GATES, III
1835 73rd Ave NE
Medina, WA 98039


This day 12, of December, 2025,

x _/s/_

David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018



CINCINNATI OH 452
12 DEC 2025 PM 2 L



Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

45202-397699