# IN THE UNITED STATES DISTRICT COURT



For the District of Southern Ohio

Southern Ohio District - Cincinnati, Ohio

FILED
RICHARD W. NAGEL
DEC 31 2025 11: 33 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT

Bardes v. Bush et al  (No. 1:25-cv-661)

*Plaintiff:*                                                                                  )
)
David Andrew BARDES, as a taxpayer                                     )
)
*Defendants:*                                                                                )
)
George Walker BUSH, individually                                              )
Richard Bruce CHENEY, individually                                          )
Barack Hussein OBAMA II, individually                                     )
Joseph Robinette BIDEN Jr., individually                                   )
Donald John TRUMP, officially and individually                        )
William Henry GATES, III                                                             )
MICROSOFT Corporation                                                           )
Lawrence Edward PAGE                                                             )
ALPHABET, Inc.                                                                           )
Timothy Donald COOK                                                                )
APPLE, Inc.                                                                                  )
Mark Elliot Zuckerberg                                                                )
META PLATFORMS, INC.                                                           )
Jeffrey Preston Bezos                                                                 )
AMAZON.COM, INC.                                                                  )
GODADDY INC.                                                                           )
UNITED STATES OF AMERICA                                                  )
SOCIAL SECURITY ADMINISTRATION                                     )
CENTRAL INTELLGENCE AGENCY                                          )
FEDERAL BUREAU OF INVESTIGATION                                )
Laura Lane Welch Bush                                                              )
Assistant US Attorney John J. Stark, officially and individually  )
Jose A. Rodriguez Jr., individually                                              )
James Alton Cannon Jr., officially and individually                    )
Paul W. Garfinkel, officially and individually                               )
Dr. Ralph B. Piening III, MD                                                         )
John and Jane DOE(s)                                                                 )
                                                                                                        )

## MOTION FOR EXTENSION OF TIME
## AND LEAVE TO OBTAIN COUNSEL

Page 1 of 3

1. On Saturday, December 20, 2025, I received in the postal mail, District Judge Jack Zouhary's order of dismissal without prejudice of related case *Bardes v. Cole et al* (1:24-cv-701) along with the declaration that I am a *vexatious litigator*.

2. Given the gravity of such a declaration, including but not limited to the egregious violation of my rights, I hereby motion the court for an extension of time and leave to obtain qualified counsel to assume and carry my action to justice. I motion for an extension of time to object to Defendants' Lawrence Edward PAGE and ALPHABET, INC.'s motion to dismiss.

3. Given the fact that over the last seventeen years over seventeen lawsuits being *Pro Se*, I have never had legal representation, all my claims carry forward for adjudication, once I obtain qualified counsel.

4. I do not know how long it will take me to obtain qualified counsel, as it will require media tombstone advertising and direct mail campaigns to canvas all of OHIO and specialty law firms throughout the United States. I will provide updates to the court as progress is achieved with realistic time frames.

Respectfully submitted this day 29, of December, 2025,

x *s/David Andrew Bardes*
David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above memorandum was deposited in the United States Postal Service and mailed, or emailed to:

Alexander Foxx
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
bmarcus@orrick.com
kip.bollin@thompsonhine.com

John J. Stark
Michael J.T. Downey
US Attorney Office
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
john.stark@usdoj.gov
Michael.Downey@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com

Edward G. Hubbard
101 E. Town St., Suite 500
Columbus, OH 43215
ehubbard@westonhurd.com

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

William Henry GATES, III
1835 73rd Ave NE
Medina, WA 98039


This day 29 of December, 2025,

x *s/David Andrew Bardes*
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

**David Andrew Bardes**
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
davidbardes@yahoo.com
828-577-4980

December 29, 2025

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Re: Motion in *Bardes v. Bush et al* (1:25-cv-661)

Dear Clerk:

Please file the enclosed motion in *Bardes v. Bush et al* (1:25-cv-661.)

Thank you for your assistance.

Sincerely,

David Andrew Bardes, *Pro Se*

Page 1 of 1



David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018

CINCINNATI OH 452

29 DEC 2025 PM 6 L



Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

45202-397699