USPS TRACKING #

9590 9[...] 7186 82

RECEIVED

United States Postal Service MAR 12 2026

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

Clerk, United States District Court
Southern District of Ohio
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Eri D. Grier* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) *Eric Grier* Date of Delivery 3/4/26 |
| 1. Article Addressed to:<br><br>William Henry GATES, III<br>1835 73rd Ave NE<br>Medina, WA 98039<br>(Bardes v. Bush 1:25-cv-661) | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>1:25-cv-661<br><br>Rule 4.2 |
| <br>9590 9402 9735 5199 7186 82 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 3442 6265 21 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt