

# IN THE UNITED STATES DISTRICT COURT

## For the District of Southern Ohio

Southern Ohio District - Cincinnati, Ohio

**Bardes v. Bush et al  (No. 1:25-cv-661)**

| | |
|---|---|
| *Plaintiff:* | ) |
| | ) |
| David Andrew BARDES, as a taxpayer | ) |
| | ) |
| *Defendants:* | ) |
| | ) |
| George Walker BUSH, individually | ) |
| Richard Bruce CHENEY, individually | ) |
| Barack Hussein OBAMA II, individually | ) |
| Joseph Robinette BIDEN Jr., individually | ) |
| Donald John TRUMP, officially and individually | ) |
| William Henry GATES, III | ) |
| MICROSOFT Corporation | ) |
| Lawrence Edward PAGE | ) |
| ALPHABET, Inc. | ) |
| Timothy Donald COOK | ) |
| APPLE, Inc. | ) |
| Mark Elliot Zuckerberg | ) |
| META PLATFORMS, INC. | ) |
| Jeffrey Preston Bezos | ) |
| AMAZON.COM, INC. | ) |
| GODADDY INC. | ) |
| UNITED STATES OF AMERICA | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| CENTRAL INTELLGENCE AGENCY | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Laura Lane Welch Bush | ) |
| Assistant US Attorney John J. Stark, officially and individually | ) |
| Jose A. Rodriguez Jr., individually | ) |
| James Alton Cannon Jr., officially and individually | ) |
| Paul W. Garfinkel, officially and individually | ) |
| Dr. Ralph B. Piening III, MD | ) |
| John and Jane DOE(s) | ) |
| | ) |

## REQUEST AND AFFIDAVIT OF DEFAULT TO THE CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANTS' GEORGE WALKER BUSH AND LAURA LANE WELCH BUSH

1. I, Plaintiff David Andrew Bardes, proceeding *pro se*, respectfully request that the Clerk of Court enter default against Defendants' George Walker BUSH and Laura Lane Welch Bush pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and in support state as follows:

2. Per Magistrate Judge Chelsey M. Vascura's order of February 2, 2026 (Doc#54), I prepared and mailed to the clerk in Cincinnati, a postage prepaid certified mail envelope containing summonses and Complaint for Defendants George Walker BUSH and Laura Lane Welch Bush pursuant in accordance with Rule 4 and the court's local rule 4.2. On February 27, 2026, the clerk inspected the envelope's contents confirming the summonses and Complaint and placed in the outgoing mail (Doc#58) with USPS tracking number 9589071052703442626484.

3. According to the USPS tracking records found in Exhibit A, on the morning of March 2, 2026, at 6:10am the envelope was "*out for delivery*" to the Dallas, Texas BUSH residence. The next reporting at 9:46am stated "*No access to delivery location*" (due to locked entrance security gate.) A standard notice was placed in their mailbox, to which the BUSH's or their agent, returned requesting the envelope be forwarded to an unknown Dallas P.O. box address. Tracking reported the envelope being forwarded and confirmed delivered at 9:51am on March 10, 2026. After waiting one month, no green card was returned, indicating the BUSH's or their agent, purposely chose not to return the green card, perhaps to evade the court/clerk's service. But the affirmed request to forward, and USPS delivery confirmation, constitute service.

4. Defendants' 21-day time period to respond expired on March 31, 2026.

5. As of the date of this request, April 10, 2026, 31 days hence, no answer, motion, or other responsive pleading has been filed.

6. To the best of my knowledge, Defendants are not infants, incompetent persons, or members of the armed forces of the United States within the meaning of 50 U.S.C. § 3931.

7. Plaintiff, therefore, requests that the Clerk enter the default of Defendants' George Walker BUSH and Laura Lane Welch Bush, for failure to plead or otherwise defend. I will file a Motion for Default Judgment after the entry of default has been entered into the record.

8. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this day 10, of April 2026,

x _*s/David Andrew Bardes*__
David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was deposited in the United States Postal Service and mailed, or emailed to:

Andrew R. Mayle
Mayle LLC
P.O. Box 263
Perrysburg, OH 43552
amayle@maylelaw.com

John Charles Hansberry
Fox Rothschild LLP
Six PPG Place, Ste 1000
Pittsburgh, PA 15222
jhansberry@foxrothschild.com
wmorrison@foxrothschild.com
robertowhite@foxrothschild.com

Alexander Xavier Shadley & Anthony L Osterlund
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street. Suite 3500
Cincinnati, OH 45202
axshadley@vorys.com
alosterlund@vorys.com

Edward G. Hubbard
Weston Hurd LLP
101 East Town Street, Suite 500
Columbus, OH 43215
ehubbard@westonhurd.com

Alexander Foxx & Kip T Bollin
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
kip.bollin@thompsonhine.com

Bradley A. Marcus
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
bmarcus@orrick.com

James M Doerfler
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
jdoerfler@reedsmith.com

Travis Lyle Brannon
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
travis.brannon@klgates.com

Robert W. Sparkes, III
Reed Smith LLP
100 High Street
Boston, MA 02110
rsparkes@reedsmith.com

Michael John Thomas Downey
US Attorney's Office
303 Marconi Blvd, Ste 200
Columbus, OH 43215
michael.downey@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229


This day 10, of April 2026,

x _s/David Andrew Bardes_
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

Exhibit A

USPS Delivery Receipt to Defendants George Walker BUSH and Laura Lane Welch Bush

Tracking Number:

## 9589071052703442626484

☐ Copy   ⚡ Add to Informed Delivery

### Latest Update

Your item has been delivered and is available at a PO Box at 9:51 am on March 10, 2026 in DALLAS, TX 75225.

Get More Out of USPS Tracking:

📷 USPS Tracking Plus®

● **Delivered**
Delivered, PO Box
DALLAS, TX 75225
March 10, 2026, 9:51 am

● **Forwarded**
DALLAS, TX
March 6, 2026, 1:46 pm

● **No Access to Delivery Location**
DALLAS, TX 75229
March 2, 2026, 9:46 am

● **Out for Delivery**
DALLAS, TX 75229
March 2, 2026, 6:10 am

● **Arrived at Post Office**
DALLAS, TX 75229
March 2, 2026, 3:48 am

● **In Transit to Next Facility**
March 1, 2026

● **Arrived at USPS Facility**
DALLAS, TX 75211
February 28, 2026, 8:49 pm

● **Arrived at USPS Facility**
CINCINNATI, OH 45246
February 27, 2026, 11:40 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?**

**David Andrew Bardes**
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
davidbardes@yahoo.com
828-577-4980

April 10, 2026

Clerk' s Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Re: Filing in *Bardes v. Bush et al* (1:25-cv-661)

Dear Clerk:

Please enter the enclosed default in *Bardes v. Bush et al* (1:25-cv-661.)

Thank you for your assistance.

Sincerely,

David Andrew Bardes, *Pro Se*

Page 1 of 1



David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018



Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202