# IN THE UNITED STATES DISTRICT COURT

### For the District of Southern Ohio

### Southern Ohio District - Cincinnati, Ohio

### Bardes v. Bush et al  (No. 1:25-cv-661)

| | |
|---|---|
| *Plaintiff:* | ) |
| | ) |
| David Andrew BARDES, as a taxpayer | ) |
| | ) |
| *Defendants:* | ) |
| | ) |
| George Walker BUSH, individually | ) |
| Richard Bruce CHENEY, individually | ) |
| Barack Hussein OBAMA II, individually | ) |
| Joseph Robinette BIDEN Jr., individually | ) |
| Donald John TRUMP, officially and individually | ) |
| William Henry GATES, III | ) |
| MICROSOFT Corporation | ) |
| Lawrence Edward PAGE | ) |
| ALPHABET, Inc. | ) |
| Timothy Donald COOK | ) |
| APPLE, Inc. | ) |
| Mark Elliot Zuckerberg | ) |
| META PLATFORMS, INC. | ) |
| Jeffrey Preston Bezos | ) |
| AMAZON.COM, INC. | ) |
| GODADDY INC. | ) |
| UNITED STATES OF AMERICA | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| CENTRAL INTELLGENCE AGENCY | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Laura Lane Welch Bush | ) |
| Assistant US Attorney John J. Stark, officially and individually | ) |
| Jose A. Rodriguez Jr., individually | ) |
| James Alton Cannon Jr., officially and individually | ) |
| Paul W. Garfinkel, officially and individually | ) |
| Dr. Ralph B. Piening III, MD | ) |
| John and Jane DOE(s) | ) |
| | ) |

## OBJECTIONS TO DEFENDANTS' WILLIAM HENRY GATES, III AND MICROSOFT CORPORATION'S MOTIONS TO DISMISS

1. Now come lawyers for Defendants' William Henry Gates, III and Microsoft Corporation, collectively as ("Microsoft" or "Gates") both filing similar motions to dismiss, therefore, I combine my objections into one filing. Both Defendants claimed I failed to state a claim under Rule 12(b)(6), and both claimed I lack jurisdiction over them, specifically lack of subject-matter jurisdiction under Rule 12(b)(1) as to Gates, and lack of personal jurisdiction over Microsoft pursuant to Rule 12(b)(2.)

**Plaintiff must plead sufficient facts**

2. Microsoft stated "*a plaintiff must plead sufficient facts*" and "*at no point does Plaintiff explain how Microsoft relates to his allegations*" and "*Plaintiff does not allege any facts that, even if true, would demonstrate that Microsoft engaged in any purposeful, deliberate conduct in Ohio.*" Gates states the same. It appears their lawyers have not read everything, and have only read the body of the Complaint and blew off the rest. I specifically incorporated the exhibits from the related cases into my Complaint, which contain the sufficient facts and allegations they claim are missing.

3. I recommend the lawyers start with reading exhibits 1 to 4 from my December 21, 2022 filing of "Objections to Report and Recommendations" (Doc#31) from the first *Bush* lawsuit, *Bardes v. Bush et al* (1:22-cv-290.) As well as exhibit A from that complaint. I have provided all the lawyers with a courtesy copy of these exhibits in my service email to save them PACER fees, but they are already in the record. Below are *some* excerpts that present the facts tying both Defendants to Cincinnati, where a majority of the attempts to kill me occurred.

> Exhibit 4-Page 5
> Special Forces Attack Helicopters - First Attack of Four
> (10:40pm ET, on June 3. 2019)
>
> What I did not know at the time, was that George had used his CIA spy satellites
> to track me, not just my cell phone pinging off of cell towers, my Apple iPad, and

my Microsoft Windows laptop. At 10:40pm ET, on June 3rd, I noticed a website log meeting between George and someone in Fayetteville, North Carolina (Fort Bragg). Then again, the next day, along with someone in Richmond, Virginia, followed by someone at the Eglin Air Force Base in Florida. I figured out George was recruiting special forces attack helicopters to come and kill me. For some reason, I refused to believe it, and ignored it as not being a possibility. The next day, however, on June 5th, I was overwhelmed with the realization that George was serious about killing me, and I needed to flee immediately.

Exhibit 4-Page 7
More Special Forces Attack Helicopters - Attacks Two, Three, and Four
(June 9, 2019 - Haughton Lake, Michigan)

After spending two nights hiding out at my secret campground, I drove back to Haughton Lake to check back in with David. No sooner did I use my Windows laptop on Wi-Fi, that I had website visits again from George and Bill, and someone at Fort Bragg in Fayetteville, North Carolina. I was using a secure back door to check my website log files, but the GoDaddy CEO caught me, and immediately reported my activity to George.

(June 11, 2019 - Indian River, Michigan)

David and I then drove back down into Michigan, and stopped in Indian River, Michigan, the town I grew up spending my summers. We rented a cabin at the Brentwood Lodge Cabins in Indian River. After two nights we ran out of money, and I had to risk turning on my cell phone to call friends requesting money. No sooner did I turn on my cell phone and Windows laptop, came website visits from George and the military at Fort Bragg in Fayetteville, North Carolina. This meant George was going to resend the special forces attack helicopters to Indian River.

Exhibit 4-Page 22
(September 1, 2019 - Cincinnati, Ohio]

Inside the McDonalds [in Cincinnati, Ohio], using my Windows laptop on free WiFi, was suffering from freezes due to too many background processes. Upon examination, using scopes and calls, someone was actively tunneling in through the operating system undetected, gaining what is called full control of my computer.

The President of China, Xi Jinping, recently launched an urgent project to purge

his entire government of every Windows based computer. Switching to a customized version of Unix. This abrupt reversal in trust of anything Microsoft, gives way to knowledge learned while agreeing to keep Bush bribes secret, with Bill Gates being a ringleader in George W. Bush's underground criminal organization. Learning of such capabilities of Bill tunneling through his operating system undetected - not on his computers, said Xi.

**Defies reality, akin to time traveling to Pluto**

4. The lawyers stated the courts "do not accept 'allegations that are sufficiently fantastic to defy reality as we know it,' like 'claims about little green men, or the plaintiff's recent trip to Pluto, or experiences in time travel.'" (quoting Courie v. Alcoa Wheel & Forged Prods., 577 F.3d 625, 629 (6th Cir. 2009)). Yet the lawyers fail to point out a single instance in my facts that they have not read yet, that is not *possible* and *defies reality*? Every word I wrote is *possible*, nothing is *fantastical* except for these lawyer's completely subjective conclusions without citing a single example. Even after reading the facts that they clearly did not read, they cannot cite a single instance of anything that is not *possible* and is akin to "claims about little green men, or the plaintiff's recent trip to Pluto, or experiences in time travel." I understand lawyers are paid to hide and distort the truth to earn fees, but I object to their speculation they accuse me of doing.

5. I would have surely been accused of making frivolous claims had I alleged that almost all of my Defendants were named in the Epstein crime files, that allege William Henry Gates, III secretly drugged his wife with antibiotics to mask contracting a sexually transmitted disease from serial affairs with two Russian women, or that two photos of William Henry Gates, III with his arms around little young girls with redacted faces would be produced, or that William Henry Gates, III used Jeffrey Epstein to negotiate exit packages for his key employees paying them millions of dollars to keep secrets, or that Jeffrey Epstein was blackmailing William Henry Gates, III to repay hush money paid to his secret Russian lovers to maintain silence setting up

what could be William Henry Gates, III motive to kill Epstein using what is shaping up to be George W. Bush's CIA favored methods of killing inmates in feigned suicides. Such claims would have been dismissed as "*fantastical delusions*" yet William Henry Gates, III confessed to such serial adultery to his own employees but only after being implicated by documentary evidence released by the US Department of Justice. Even Gate's close friend Warren Buffett has cut off communication telling reporters "I don't want to be in the position where I know things." Even congress has called Gates to testify on June 10, 2026.

6. So, given the fact William Henry Gates, III confessed to leading a secret life of apparent crime lying to even his own wife and children, why would my claims that William Henry Gates, III and my other named Epstein class of Defendants spending three years trying to kill me after I unknowingly recorded the evidence of their rigging the 2020 election using Microsoft's tools and operating system be deemed and dismissed as being frivolous? Are not those who protect such criminals committing crimes themselves? I am fully confident the whole truth will soon be revealed and the actions of each bad actor, including the judges and lawyers, will be thoroughly investigated and prosecuted as to the law.

**Quoting from disgraced judges**

7. All the previous federal judges up to December 9, 2014, dismissed my lawsuits claiming cold cell torture did not exist, and that was I spewing senseless delusions like a paranoid schizophrenic in need of serious help the courts could not provide. This was the case until the December 9, 2014 publishing of the US Senate Report on CIA Torture that graphically detailed George Walker Bush's extensive use of cold cell torture used to murder innocent Muslims, followed by eighteen domestic inmates murdered in highly engineered cold cells, the last of which being the January 26, 2023 murder of Alabama inmate Tony Mitchell that went viral in the

news and has resulted in twenty (20) criminal indictments and thirteen (13) criminal convictions of confessed violations of rights by homicide by cold cell torture, leaving their sheriff to publicly state "As long as I am the sheriff, I will never use that cell again." I have proven all those judges to be complete liars protecting fellow civil servants from the law.

8. The lawyers for both Microsoft and Gates quoted extensively from the highly disgraced Judge Douglas R. Cole and long retired Judge Jack Zouhary from Toledo, Ohio. I have already published into the record the irrefutable evidence both of these judges were compromised by George Walker BUSH and his crime syndicate of loyalists.

**As to Judge Douglas R. Cole**

9. On March 20, 2023, at 5:04pm, two weeks after Judge Douglas R. Cole dismissed my first *Bush* lawsuit with prejudice claiming my story defied reality being akin to time traveling to Pluto, someone on an IP address at the "*US Courts*" in "*Cincinnati, Ohio*" (where Judge Cole worked) typed "*coldcelltorture.com*" into Google, then clicked and visited "*ColdCellTorture.com*" giving me the website hit. Then they clicked the link for "*DavidBardes.com*" and visited, downloading three (3) lawsuit files. Also visiting at the same time, indicating a joint meeting, was William Henry Gates, III on the Microsoft network IP address, Lawrence Edward Page on the Alphabet's network IP address, someone at the CIA on their backbone network IP address, and someone in Washington State that I assumed was a lawyer for Microsoft or Gates, perhaps from Fox Rothschild LLP (today that IP address pings to the FBI network, the change which occurred after I published the raw website log evidence with IP addresses.)

10. The topic of their secret meeting was obviously me and my websites. The only person in the federal courthouse in Cincinnati who my *Bush* defendants would have an interest in plotting

against me is Judge Douglas R. Cole. The mathematical probability that this US Courts courthouse employee was Judge Douglas R. Cole nears 100%, albeit with a standard deviation.

11. Four days later, on March 24, 2023, I filed a motion to reconsider (Doc#35) that included the raw website traffic log evidence directly accusing Judge Douglas R. Cole of criminal bribery. On April 17, 2023, Judge Douglas R. Cole issued an order (Doc#39) denying my motion to reconsider that contained no denial of wrong doing, but rather contained well worded alibis that amounted to a protected confession against future criminal prosecution. Judge Douglas R. Cole did not deny a meeting occurred, but rather claimed anyone at the courthouse could be the culprit. Which I refuted because the US Court's own IT department could identify the exact computer and name of employee logged on at the time, even confirm that person downloaded three files to their computer.

**As to Senior District Judge Zack Zouhary**

12. This damning evidence fingering Judge Douglas R. Cole in serious crimes, became the foundation for my *Bardes v. Cole et al* (1:24-cv-701) civil claims from criminal bribery lawsuit, that experienced the rapid replacement of three district judges and then an outright recusal of the magistrate judge.

13. In my July 17, 2025 objections to the court playing musical judges (Doc#17,) I provided the raw website traffic log evidence of a meeting that occurred at 3:54pm ET on Thursday, July 10, 2025 between Lawrence Edward Page on the Alphabet network IP address, someone in Cincinnati, Ohio on a Verizon iPhone, and someone in Toledo, Ohio on an iPhone and Mac computer on Wi-Fi from Buckeye Cablevision. This was my first ever visitor from Toledo, Ohio, so I had no idea whom it could be. That was, until four days later on July 14, 2025, when the *Cole* case was reassigned (Doc#16) to a long-retired President Bush appointed Judge Zack

Zouhary from Toledo, Ohio.

14. Therefore, I object to Microsoft and Gates relying upon and quoting from judges long proven to be criminals who break many laws deserving of prosecution and lengthy imprisonments, as well as to all those who did not refer the *Cole* case and evidence to the proper authorities for investigation, instead choosing to commit misprision of felony themselves, compounding the long train of law breaking under the auspices of George Walker Bush and William Henry Gates, III as leaders, in concert with my other Epstein class of Defendants, underground crime syndicate of loyalists. Every word these disgraced judges issued is evidence of their proven crimes, and must be stricken from the record. Therefore, it is not my Complaint that is baseless, but rather these motions to dismiss from Microsoft and Gates that are baseless. When you combine the abysmal litigation track record of the *Bush* and *Cole* cases with their proven disgraced criminal judges, and the evidenced contained within, along with Defendants' lawyer's refusal to read the facts presented, claiming I failed to state a claim under rule 12, it not only proves by default that I did state a valid claim, but further my claim is true, as the former could and would not exist, if the latter was not true.

**Placing Gates and Microsoft in Ohio**

15. From Gates using Microsoft's tools and network to conduct clandestine criminal ex-parte meetings with federal judges located in the actual federal courthouse in downtown Cincinnati, Ohio, to plot further injury upon me, to using Microsoft's tools and network to hunt me down burrowing onto my Windows laptop computer through the operating system to direct the killers they hired within and to travel to Ohio to kill me, causing intentional infliction of emotional distress, not only locates both Gates and Microsoft within Ohio, but further shows how extensive their Ohio contacts actually manifested themselves. Deep, deep, into Ohio, right into the federal

judge's chambers in downtown Cincinnati, Ohio.

16. Based on *Calder v. Jones* (465 U.S. 783 (1984)) under the Due Process Clause, using Microsoft's tools and network for close surveillance and conspiring to hire killers to come into Ohio, and sending killers from Ohio, to kill someone in Ohio provides sufficient minimum contacts to permit the assertion of personal jurisdiction over both Microsoft and Gates.

17. This court has subject-matter jurisdiction under both Diversity of Parties (28 U.S.C 1332(a)) and Federal Question Jurisdiction (28 U.S.C. § 1331.) Plaintiff and Defendants are in different states and the damages exceed $75,000. Federal Question Jurisdiction where the Defendants acted in conspiracy with governmental bad actors, both the CIA and US Military, that creates federal-law claims in addition to the IIED tort, under both 42 U.S.C. §1983 where the governmental bad actors were acting "*under color of law*." and 42 U.S.C. §1985(3) where the conspiracy deprived me of Constitutional rights. Certainly, the evidence of Gates using Microsoft's tools and networks, working in concert with the CIA, to hire and send killers including assets of the US Military, to Ohio to deprive me of rights and commit the intentional infliction of emotional distress, along with the foregoing, proves both the court's subject-matter jurisdiction and personal jurisdiction over both Gates and Microsoft.

**Conclusion**

18. When a lawyer who fails to even read the Complaint and incorporated related case exhibits as referenced in the Complaint, makes statement such as "*The only thing the Complaint makes clear is that it should be dismissed.*" I would conclude that the time has come to bring an end to the endless corruption, crimes, bribery, and protection of George Walker Bush and his crime syndicate of loyalists. The sheer number of people implicated in crimes protecting George Walker Bush from the law, and the long prison sentences that will result from the fallout we all

know will eventually occur, prudence dictates the speed of which George Walker BUSH must be brought to Justice.

19. To avoid further antisemitism by the Gates and Microsoft lawyers, I have stopped using the term "*Gog and Magog.*" A term which comes not from me, but rather the three orthodox rabbis who on January 6, 2008, presented to then President Bush in Israel, a scroll that named him "*GOG, prince of Magog.*" I will use the other term God used to describe the end times Satanic crime syndicate "*Babylon.*" As in "*Babylon must fall*" and "*Flee from Babylon, do not be caught with her sins.*"

20. For the above-mentioned reasons, I humbly ask the court to deny the Gates and Microsoft motions to dismiss.

Respectfully submitted this day 11, of April 2026,

x *s/David Andrew Bardes*
David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was deposited in the United States Postal Service and mailed, or emailed to:

Andrew R. Mayle
Mayle LLC
P.O. Box 263
Perrysburg, OH 43552
amayle@maylelaw.com

John Charles Hansberry
Fox Rothschild LLP
Six PPG Place, Ste 1000
Pittsburgh, PA 15222
jhansberry@foxrothschild.com
wmorrison@foxrothschild.com
robertowhite@foxrothschild.com

Alexander Xavier Shadley & Anthony L Osterlund
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
axshadley@vorys.com
alosterlund@vorys.com

Edward G. Hubbard
Weston Hurd LLP
101 East Town Street, Suite 500
Columbus, OH 43215
ehubbard@westonhurd.com

Alexander Foxx & Kip T Bollin
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
kip.bollin@thompsonhine.com

Bradley A. Marcus
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
bmarcus@orrick.com

James M Doerfler
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
jdoerfler@reedsmith.com

Travis Lyle Brannon
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
travis.brannon@klgates.com

Robert W. Sparkes, III
Reed Smith LLP
100 High Street
Boston, MA 02110
rsparkes@reedsmith.com

Michael John Thomas Downey
US Attorney's Office
303 Marconi Blvd, Ste 200
Columbus, OH 43215
michael.downey@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229


This day 11, of April 2026,

x *s/David Andrew Bardes*
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

**David Andrew Bardes**
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
davidbardes@yahoo.com
828-577-4980

April 11, 2026

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

Re: Filing of Objections in *Bardes v. Bush et al* (1:25-cv-661)

Dear Clerk:

Please file the enclosed objections in *Bardes v. Bush et al* (1:25-cv-661.)

Thank you for your assistance.

Sincerely,

David Andrew Bardes, *Pro Se*



David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202