# IN THE UNITED STATES DISTRICT COURT

**For the District of Southern Ohio**

Southern Ohio District - Cincinnati, Ohio

FILED

APR 20 2025 12: 04 P

**Bardes v. Bush et al  (No. 1:25-cv-661)**

| | |
|---|---|
| *Plaintiff:* | ) |
| | ) |
| David Andrew BARDES, as a taxpayer | ) |
| | ) |
| *Defendants:* | ) |
| | ) |
| George Walker BUSH, individually | ) |
| Richard Bruce CHENEY, individually | ) |
| Barack Hussein OBAMA II, individually | ) |
| Joseph Robinette BIDEN Jr., individually | ) |
| Donald John TRUMP, officially and individually | ) |
| William Henry GATES, III | ) |
| MICROSOFT Corporation | ) |
| Lawrence Edward PAGE | ) |
| ALPHABET, Inc. | ) |
| Timothy Donald COOK | ) |
| APPLE, Inc. | ) |
| Mark Elliot Zuckerberg | ) |
| META PLATFORMS, INC. | ) |
| Jeffrey Preston Bezos | ) |
| AMAZON.COM, INC. | ) |
| GODADDY INC. | ) |
| UNITED STATES OF AMERICA | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| CENTRAL INTELLGENCE AGENCY | ) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Laura Lane Welch Bush | ) |
| Assistant US Attorney John J. Stark, officially and individually | ) |
| Jose A. Rodriguez Jr., individually | ) |
| James Alton Cannon Jr., officially and individually | ) |
| Paul W. Garfinkel, officially and individually | ) |
| Dr. Ralph B. Piening III, MD | ) |
| John and Jane DOE(s) | ) |
| | ) |

# MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS' GEORGE WALKER BUSH AND LAURA LANE WELCH BUSH

1. Defendants' George Walker Bush and Laura Lane Welch Bush have salient reasons to knowingly and willingly default from answering or otherwise pleading against my Complaint, that per Magistrate Judge Chelsey M. Vascura's February 2, 2026 order (Doc#33) was re-served in accordance to rule 4 and local rule 4.2 (Doc#58.) Their defaults have been noticed on the docket (Doc#74.)

2. Being the *ring-leaders* of their crime syndicate of loyalists, I have allocated 30% of my total $222 billion dollars sought in damages be taxed against them, which calculates to $66.6 billion dollars. Given the vast evil perpetrated upon me, I could justify the entire claim amount against them, but I chose a lessor amount to preserve claims against their other culpable co-conspirators.

3. Therefore, in accordance with Rule 55, I hereby motion the court to issue a default judgment ordering Defendants' George Walker Bush and wife Laura Lane Welch Bush to pay me $66.6 billion dollars cash, payable within fifteen (15) days of service of said issued order. Thank you.

Respectfully submitted this day 15, of April 2026,

x  *s/David Andrew Bardes*
David Andrew Bardes, *Pro Se*
3522 Kimberly Dr, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above motion was deposited in the United States Postal Service and mailed, or emailed to:

Andrew R. Mayle
Mayle LLC
P.O. Box 263
Perrysburg, OH 43552
amayle@maylelaw.com

John Charles Hansberry
Fox Rothschild LLP
Six PPG Place, Ste 1000
Pittsburgh, PA 15222
jhansberry@foxrothschild.com
wmorrison@foxrothschild.com
robertowhite@foxrothschild.com

Alexander Xavier Shadley & Anthony L Osterlund
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, OH 45202
axshadley@vorys.com
alosterlund@vorys.com

Edward G. Hubbard
Weston Hurd LLP
101 East Town Street, Suite 500
Columbus, OH 43215
ehubbard@westonhurd.com

Alexander Foxx & Kip T Bollin
Thompson Hine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202
alexander.foxx@thompsonhine.com
kip.bollin@thompsonhine.com

Bradley A. Marcus
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
bmarcus@orrick.com

James M Doerfler
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
jdoerfler@reedsmith.com

Travis Lyle Brannon
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
travis.brannon@klgates.com

Robert W. Sparkes, III
Reed Smith LLP
100 High Street
Boston, MA 02110
rsparkes@reedsmith.com

Michael John Thomas Downey
US Attorney's Office
303 Marconi Blvd, Ste 200
Columbus, OH 43215
michael.downey@usdoj.gov

Robin L. Jackson
Senn Legal
P.O. Box 12279
Charleston, SC 29422
Robin@sennlegal.com
ryanjshepler@gmail.com George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

George W. Bush, Laura Lane Welch Bush
10141 Daria Place
Dallas, TX 75229

This day 15, of April 2026,

x___*s/David Andrew Bardes*_____
David Andrew Bardes, *Pro Se*
3522 Kimberly Drive, Apt 8
Erlanger, KY 41018
828-577-4980
davidbardes@yahoo.com



David A. Bardes
3522 Kimberly Dr. Apt 8
Erlanger, KY 41018



UNITED STATES
OF AMERICA

FOREVER/USA

Clerk's Office
United States District Court Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202