**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 30, 2026

Mr. David Andrew Bardes
3522 Kimberly Drive
Apartment 8
Erlanger, KY 41018

     Re: Case No. 26-3585
        *David Bardes v. George Bush, et al*
        Originating Case No. 1:25-cv-00661

Dear Mr. Bardes,

   This appeal has been docketed as case number **26-3585** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **July 30, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

            Appellee:    Appearance of Counsel
                        Disclosure of Corporate Affiliation
                        Application for Admission to 6th Circuit Bar (if applicable)

   The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                        Sincerely,

s/Kelly Stephens

Appeal Case Manager: Joshua
Direct Dial No. 513-564-7013

cc: Mr. Kip Thomas Bollin
    Mr. James Michael Doerfler
    Mr. Michael Downey
    Mr. Alexander Foxx
    Mr. John C. Hansberry
    Mr. Edward G. Hubbard
    Mr. Andrew R. Mayle
    Mr. Anthony Lynn Osterlund
    Mr. Ryan J. Shepler

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3585**

DAVID ANDREW BARDES

      Plaintiff - Appellant

v.

GEORGE WALKER BUSH, individually; RICHARD BRUCE CHENEY, individually; BARACK HUSSEIN OBAMA, individually; JOSEPH R. BIDEN, individually; DONALD J. TRUMP, officially and individually; WILLIAM HENRY GATES, III; MICROSOFT CORPORATION; LAWRENCE EDWARD PAGE; ALPHABET, INC.; TIMOTHY DONALD COOK; APPLE, INC.; MARK ZUCKERBERG; META PLATFORMS, INC.; JEFF BEZOS; AMAZON.COM, INC.; GODADDY, INC.; UNITED STATES OF AMERICA; SOCIAL SECURITY ADMINISTRATION; CENTRAL INTELLIGENCE AGENCY; FEDERAL BUREAU OF INVESTIGATION; LAURA LANE WELCH BUSH; JOHN J. STARK, Assistant US Attorney, officially and individually; JOSE A. RODRIGUEZ, JR., individually; JAMES ALTON CANNON, officially and individually; PAUL W. GARFINKEL, officially and individually; DR. RALPH B. PIENING, III, MD; JOHN/JANE DOE(S)

      Defendants - Appellees